# Lee Litigation Group, PLLC

148 West 24th Street, Eighth Floor
New York, NY 10011
Tel: 212-465-1180
Fax: 212-465-1181
info@leelitigation.com

Writer's Direct:   212-465-1188
cklee@leelitigation.com

September 20, 2021

**VIA ECF**

The Honorable Jesse M. Furman, U.S.D.J.
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

        Re:   *Tueros et al. v. Urban Health Plan, Inc. et al.*
                Case No.: 21-cv-4525 (JMF)

Dear Judge Furman:

    This firm represents Plaintiffs in the above-referenced matter.  We write, jointly with counsel for Defendants, to respectfully request a 30-day stay of all pending dates and deadlines, including Defendants' 9/24/21 opposition and Plaintiffs' 10/8/21 reply on Plaintiffs' pending motion for FLSA collective notice.  The parties make this request to permit an opportunity for further class-wide settlement talks and a potential class-wide private mediation.

    The parties have aggressively positioned the case to explore an early class-wide resolution. Within a month after the Case Management Plan was entered, the parties exchanged paper discovery and conducted the depositions of both named Plaintiffs and non-party putative class member Diana Rodriguez.  On September 3, 2021, Plaintiffs served a motion for FLSA collective notice.  At this juncture, the parties believe a brief pause in the litigation activity would greatly aid the parties' efforts to advance settlement talks.

    The parties propose to submit a status report in thirty days regarding the progress of settlement negotiations, as well as any further scheduling matters that may require attention at that time.

    We thank Your Honor for considering our request.

Respectfully submitted,

*/s/ C.K. Lee*
C.K. Lee, Esq.

cc: all parties via ECF

Application GRANTED.  The deadline for Defendants to file any opposition to Plaintiffs' motion for preliminary certification of a collective action is hereby extended to **October 25, 2021**, and the deadline for Plaintiffs to file any reply is hereby extended to **November 8, 2021**.  The parties shall submit a joint status report no later than **October 23, 2021**, regarding the progress of settlement negotiations.  The Clerk of Court is directed to terminate ECF No. 23.

SO ORDERED.

/September 23, 2021