# LEE LITIGATION GROUP, PLLC

148 WEST 24TH STREET, EIGHTH FLOOR
NEW YORK, NY 10011
TEL: 212-465-1180
FAX: 212-465-1181
INFO@LEELITIGATION.COM

WRITER'S DIRECT:  212-465-1188
cklee@leelitigation.com

October 26, 2021

**VIA ECF**

The Honorable Jesse M. Furman, U.S.D.J.
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

Re:  *Tueros et al. v. Urban Health Plan, Inc. et al.*
Case No.: 21-cv-4525 (JMF)

Dear Judge Furman,

Plaintiffs write, jointly with Defendants' counsel, regarding the status of class negotiations. The parties have selected Stephen Sonnenberg as a class mediator and obtained his availability for a class mediation in December. Defendants are in the process of (i) obtaining and reviewing class documents necessary for the class mediation and (ii) finalizing a date for class mediation in December.

As such, given the progress on discussions, the parties respectfully request that the Court continues to extend the hold on all dates and deadlines, including briefing of Plaintiffs' 216(b) motion, through the end of December 2021. After such time the parties will either report on a successful settlement, or inform the Court that the parties need to reopen the lawsuit and establish a new discovery schedule.

We thank Your Honor for considering our request.

Respectfully submitted,

*/s/ C.K. Lee*
C.K. Lee, Esq.

cc: all parties via ECF

Application GRANTED. In light of the parties' potential class mediation, all dates and deadlines in this case are hereby suspended until **January 4, 2022**. On that date, the parties shall file a joint status report regarding the progress of class negotiations. Additionally, in light of the foregoing, Plaintiff's motion for conditional collective certification is DENIED without prejudice to renewal in the event that the mediation is unsuccessful. The Clerk of Court is directed to terminate ECF No. 17.

SO ORDERED.

[signature]

October 26, 2021