USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/13/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
CHRISTINA TUEROS, et al.,                          :
                                                   :          21-CV-4525 (JMF) (RWL)
                           Plaintiffs,             :
                                                   :
             - against -                           :          **ORDER**
                                                   :
URBAN HEALTH PLAN INC.,                             :
                                                   :
                           Defendant.              :
                                                   :
-------------------------------------------------------------X

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

It has come to the attention of the Court that the parties were directed shortly after the case was filed to schedule a settlement conference with the undersigned. Considerable litigation has ensued. Accordingly, by **January 23, 2022**, the parties shall file a joint letter with the Court indicating whether they believe it would be productive to hold a settlement conference at this time, and, if not, when they believe would be a fruitful juncture to do so

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: January 13, 2022
        New York, New York

Copies transmitted this date to all counsel of record.

1