UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- x
CHRISTINA TUEROS and HERMEL LOPEZ,  :
:
                     Plaintiff,  :
:   21-cv-4525 (JMF)
-against-  :
:   **DECLARATION OF ARTHUR**
URBAN HEALTH PLAN, INC.  :   **J. ROBB**
:
                  Defendants.  :
-------------------------------------------------------------- X

      I, ARTHUR J. ROBB, declare, upon personal knowledge and under penalty of perjury, pursuant to 28 U.S.C. §1746, that the following is true and correct:

      1.     I am a partner with the law firm of Clifton Budd & DeMaria, LLP, counsel for Defendant Urban Health Plan, Inc.  I submit this declaration in opposition to Plaintiffs' motion for FLSA conditional certification and court-authorized notice.

      2.     **Exhibit A**, attached hereto, is a true copy of the Complaint in this matter.

      3.     **Exhibit B**, attached hereto, is a true copy of the Complaint filed in Queens Supreme Court by Diana Rodriguez.

      4.     **Exhibit C**, attached hereto, is a true copy of Urban's Employee Handbook.

      5.     **Exhibit D**, attached hereto, is a true copy of Urban's Finance Manual.

      6.     **Exhibit E**, attached hereto, is a true copy of the deposition transcript of Christina Tueros.

      7.     **Exhibit F**, attached hereto, is a true copy of the deposition transcript of Hermel Lopez.

      8.     **Exhibit G**, attached hereto, is a true copy of the deposition transcript of Diana Rodriguez.

1

9. **Exhibit H**, attached hereto, is a true copy of the Declaration of Kevin Oria.

10. **Exhibit I**, attached hereto, is a true copy of the Declaration of Jeanette Melendez.

11. **Exhibit J**, attached hereto, is a true copy of the Declaration of Duarna Oller.

12. **Exhibit K**, attached hereto, is a true copy of the Declaration of Sherrie Anne Young.

13. **Exhibit L**, attached hereto, is a true copy of the Declaration of Candida Baez.

14. **Exhibit M**, attached hereto, is a true copy of the Declaration of Michael Fermin.

15. **Exhibit N**, attached hereto, is a true copy of the Declaration of Grace Baez.

16. **Exhibit O**, attached hereto, is a true copy of the Declaration of Subhana Rahman.

17. **Exhibit P**, attached hereto, is a true copy of the Declaration of Magic Martinez.

18. **Exhibit Q**, attached hereto, is a true copy of the Declaration of Pedro Perez.

19. **Exhibit R**, attached hereto, is a true copy of the Declaration of Rolando Sarracent.

20. **Exhibit S**, attached hereto, is a true copy of a Paylocity Employee Notes and Comments Report for Christina Tueros.

21. **Exhibit T**, attached hereto, is a true copy of a Paylocity Employee Notes and Comments Report for Hermel Lopez.

22. **Exhibit U**, attached hereto, is a true copy of a Paylocity Employee Notes and Comments Report for Diana Rodriguez.

23. **Exhibit V**, attached hereto is an e-mail exchange dated July 15-16, 2019 between Christina Tueros and Collette Sturgis.

3

24. For the reasons set forth in the accompanying memorandum of law, the Court should deny Plaintiffs' motion in its entirety, grant Defendant its reasonable attorneys' fees and such other and further relief as the Court deems proper and just.

25. I have read the foregoing 24 paragraphs and I believe them to be true. I understand I am subject to perjury if anything herein is willfully false.

Dated: New York, New York
       February 4, 2022

_____
Arthur J. Robb