Urban Health Plan, Inc.
Human Resources
Policies and Procedures

# Human Resources Policies & Procedures

Director of Human Resources  *Marta Reyes*  Date: 11/29/17

Chief Executive Officer  *Palmer Fernandez*  Date: 12/10/17

Board Approval  *Francis Castro*  Date: 11/29/17

1

©Copyright 2017 Urban Health Plan, Inc.
Administration Policies & Procedures, Human Resources
All rights reserved

Urban Health Plan, Inc.
Human Resources
Policies and Procedures

# TABLE OF CONTENTS

| Title | Page # | Date |
|---|---|---|
| **Forward** | 5 | 11/2017 |
| **A. HUMAN RESOURCES MISSION, VISION AND COMMITMENT** | 6 | 11/2017 |
| **B. INTRODUCTION** | | |
| 1. Mission, Vision and Values | 8 | 11/2017 |
| 2. Equal Employment Opportunity/AA Policy & Complaint Procedure (Revised) | 9 | 11/2017 |
| 3. Philosophy and Objective | 16 | 11/2017 |
| 4. Harassment (Revised) | 17 | 11/2017 |
| 5. Responsibility for Public Statements | 27 | 11/2017 |
| 6. Definition of Terms | 28 | 11/2017 |
| **C. GENERAL POLICIES** | | |
| 1. Employment Status (Revised) | 30 | 11/2017 |
| 2. Classification of Associates (Revised) | 32 | 11/2017 |
| 3. "Per-Diem" Positions | 36 | 11/2017 |
| 4. Selection/Hiring Process (Revised) | 38 | 11/2017 |
| 5. I-9 Verification, E-Verify and Streamline Verify | 49 | 11/2017 |
| 6. Position Description | 51 | 11/2017 |
| 7. Job Posting Policy (Revised) | 56 | 11/2017 |
| 8. Introductory Period | 59 | 11/2017 |
| 9. Fingerprint | 60 | 11/2017 |
| 10. Associates Request for Exception (Revised) | 61 | 11/2017 |
| 11. Human Resources Record | 63 | 11/2017 |
| 12. Transfer, Promotions and Change of Job Positions | 67 | 11/2017 |
| **D. TRAINING AND EVALUATIONS** | | |
| 1. Assurance of Associates Competency | 69 | 11/2017 |
| 2. Licensure | 72 | 11/2017 |
| 3. Performance Evaluation | 73 | 11/2017 |
| 4. New Associate Orientation & Attachment | 75 | 11/2017 |
| 5. Associate Development and Training Policy | 76 | 11/2017 |
| 6. Mandatory Training Policy | 77 | 11/2017 |
| 7. Contractual Services Associates Processing | 78 | 11/2017 |
| 8. Orientation | 79 | 11/2017 |
| 9. Disaster Privileges for Non-Licensed Independent | 80 | 11/2017 |

Reviewed by Human Resources 11/2017

2

©Copyright 2017 Urban Health Plan, Inc.
Administration Policies & Procedures, Human Resources
All rights reserved

Urban Health Plan, Inc.
Human Resources
Policies and Procedures

Practitioners

**E. CODE OF CONDUCT**
  1. Ethics                                                        85    11/2017
  2. Conflict of Interest (Revised)                                90    11/2017
  3. Authority, Responsibility and Accountability                 92    11/2017
  4. Non-Solicitation Policy                                       93    11/2017
  5. Confidentiality                                               96    11/2017
  6. Code of Conduct                                              102    11/2017
  7. Disciplinary Action                                          106    11/2017
  8. Drug and Alcohol Free Workplace                              108    11/2017
  9. Associate Grievance                                          115    11/2017

**F. LEAVES DURING EMPLOYMENT**
  1. Vacation Leave (Revised)                                     118    11/2017
  2. Sick Leave                                                   122    11/2017
  3. Personal Days (Revised)                                      125    11/2017
  4. Holidays                                                     129    11/2017
  5. Family and Medical Leave & Attachments                       130    11/2017
  6. Military Leave                                               158    11/2017
  7. New York Paid Family Leave (NYPFL) (New)                     159    11/2017
  8. Bereavement Leave                                            161    11/2017
  9. Jury Duty                                                    162    11/2017
  10. Temporary Disability                                        163    11/2017
  11. Worker's Compensation                                       164    11/2017

**G. Benefits**
  1. Employee Health Insurance                                    167    11/2017
  2. Dental Insurance                                             168    11/2017
  3. Flexible Spending Account (Revised)                          169    11/2017
  4. Group Life & Accidental Death & Dismemberment Insurance      172    11/2017
  5. 401k Plan – Retirement                                       173    11/2017
  6. Employee Assistance Program (New)                            174    11/2017
  7. UHP Associate Referral Program                               175    11/2017
  8. Employee Health Services                                     178    11/2017
  9. Continuing Medical Education                                 181    11/2017
  10. Tuition Assistance Program                                  183

**H. TIMEKEEPING & COMPENSATION**
  1. Payroll and Electronic Time Reporting                        185    11/2017
  2. Wage & Salary Structure                                      190    11/2017

Reviewed by Human Resources 11/2017

©Copyright 2017 Urban Health Plan, Inc.
Administration Policies & Procedures, Human Resources
All rights reserved

Urban Health Plan, Inc.
Human Resources
Policies and Procedures

|     |                                                                            |     |         |
| --- | -------------------------------------------------------------------------- | --- | ------- |
|     | 3. The Wage Theft Prevention Act & Attachments                             | 195 | 11/2017 |
| I.  | **DAY TO DAY POLICIES**                                                    |     |         |
|     | **1.** Attire                                                              | 197 | 11/2017 |
|     | 2. Personnel Identification Badge Policy                                   | 202 | 11/2017 |
|     | 3. Working Hours                                                           | 203 | 11/2017 |
|     | 4. Attendance                                                             | 204 | 11/2017 |
|     | 5. Working from Home/Telecommuting Policy (New)                           | 205 | 11/2017 |
|     | 6. Meal Period                                                            | 208 | 11/2017 |
|     | 7. Notification of Absence                                               | 209 | 11/2017 |
|     | 8. Excessive Absenteeism                                                  | 210 | 11/2017 |
|     | 9. Smoke-Free Environment                                                 | 211 | 11/2017 |
|     | 10. Rights of Nursing Mothers (New)                                       | 213 | 11/2017 |
|     | 11. Visitors in the Workplace                                             | 215 | 11/2017 |
|     | 12. Workplace Anti-Violence                                               | 216 | 11/2017 |
|     | 13. Sexual Harassment Prevention (Revised)                                | 220 | 11/2017 |
|     | 14. Addition/Deletion of Associates to Network                            | 223 | 11/2017 |
|     | 15. Addition/Returned of Issued Items at the Time of Separation & Attached | 224 | 11/2017 |
| J.  | **SEPERATIONS**                                                            |     |         |
|     | 1. Resignation and Retirement                                             | 228 | 11/2017 |
|     | 2. Exit Interviews &Attachments                                          | 229 | 11/2017 |
|     | 3. Separations                                                           | 230 | 11/2017 |
|     | 4. Other Separations                                                      | 233 | 11/2017 |
| K.  | **ASSOCIATE PROGRAM**                                                      |     |         |
|     | **1.** Associate Recognition Program and the **"URBAN STAR"** (Revised)   | 235 | 11/2017 |
| L.  | **INDEX**                                                                  | 246 | 11/2017 |

©Copyright 2017 Urban Health Plan, Inc.
Administration Policies & Procedures, Human Resources
All rights reserved

Urban Health Plan, Inc.
Human Resources
Policies and Procedures

# FORWARD

The basic policies and procedures of Urban Health Plan, Inc. (Urban Health Plan or UHP) set forth in this Human Resources Policies & Procedures Manual are intended to serve as a foundation on which to build sound, uniform and equitable employee relations.  These policies and procedures are designed to help Urban Health Plan provide high quality health care to the community.  Toward this end, this manual is intended to reduce the possibility of friction and misunderstandings among its workers and the management of the organization.

The main purpose of this manual is to provide a reference for making day-to-day decisions involving the human resources management of UHP. However, it should be kept in mind that this manual is not meant to provide the final answer for every problem that may arise.  It is intended as a guide for consistent action and can never be used as a substitute for good judgment.

This Manual is not a contract, express or implied, guaranteeing employment for any specific duration.  Urban Health Plan, Inc. retains the absolute right to modify or alter these policies and procedures based upon professional and business concerns we consider in the best interests of all involved, including management and associates.

UHP reserves the right to review, revise, modify or terminate any of the benefits, policies and procedures, or practices set forth in this manual, with or without prior notice.

All changes in practices will be included in the next revised manual, which is reviewed on an annual basis to reflect changes in benefits, policies and procedures, and practices of the organization.

Although we hope that your employment relationship with us will be long term, either you or Urban Health Plan may terminate this relationship at any time, for any reason, with or without cause or notice.

Please note that no representative of Urban Health Plan, Inc. other than the President and Chief Executive Officer has the authority to enter into any agreement with you for employment for any specified period of time or to make any promises or commitments contrary to the foregoing.  Further, any employment agreement entered into by the President and Chief Executive Officer shall not be enforceable unless it is in a formal written agreement and signed by you and the President and Chief Executive Officer.

5

Reviewed by Human Resources 11/2017

©Copyright 2017 Urban Health Plan, Inc.
Administration Policies & Procedures, Human Resources
All rights reserved

Urban Health Plan, Inc.
Human Resources
Policies and Procedures

# HUMAN RESOURCES MISSION, VISION AND COMMITMENT

## MISSION

In support of Urban Health Plan, Inc ("UHP") mission, vision and values, it is the Human Resource's Mission to support the total operation in meeting its goals through its most valuable resource – it's PEOPLE.   We achieve our mission by recruiting/selecting, employing, retaining, and developing associates and by maximizing excellent employee relations and excellent personal and group performance through internal consulting, problem resolution, and the provision of efficient, cost effective, customer responsive human resource services.

We work in partnerships with managers and their teams, with individual associates, and with other groups to provide programs and services that create a work environment of associate empowerment and involvement in the business.   Our organizational values of customer orientation, continuous improvement, teamwork, and achieving results are woven into every aspect of human resources management.

## VISION

Our strategic aspirations are to create an HR community where people thrive, partnerships prevail and performance excels.

Responsive to UHP mission.
Sensitive to people.
Respected by our customers.

## COMITTMENT

The Human Resource community will help sustain service excellence, foster active engagement and build collaborative learning communities to champion the mission and values of the organization.  Create a fun environment.

Reviewed by Human Resources 11/2017

6

©Copyright 2017 Urban Health Plan, Inc.
Administration Policies & Procedures, Human Resources
All rights reserved

Urban Health Plan, Inc.
Human Resources
Policies and Procedures

# INTRODUCTION

Reviewed by Human Resources 11/2017

7

©Copyright 2017 Urban Health Plan, Inc.
Administration Policies & Procedures, Human Resources
All rights reserved

Urban Health Plan, Inc.
Human Resources
Policies and Procedures

## MISSION STATEMENT

Urban Health Plan's mission is to continuously improve the health of communities and the quality of life of the people we serve by providing affordable, comprehensive, quality, primary and specialty health care and by assuring the performance and advancement of innovative best practices.

## OUR VISION

Urban Health Plan will remain nationally acclaimed through its transformative and innovative approaches to fostering healthy and vibrant communities.

## OUR VALUES

**Excellence**
Excellence drives everything we do. We strive for superior Performance to assure health equity and to improve the quality of life of the communities we serve. We enjoy what we do, we have fun.

**Diversity**
We non-judgmentally embrace our differences and accept all cultures. We are a welcoming and family-centered organization characterized by respect and empathy.

**Trust**
Trust characterizes our every interaction. Our culture is one of integrity, transparency, credibility and open communication. We are responsible and accountable for all of our actions.

**Patient-Focused Holistic Care**
Healthy, happy people are our goal. Our focus is on timely, safe, efficient and effective services. We strive to heal the mind, body and spirit by delivering care that is individualized, confidential and coordinated.

**Continuous Improvement & Innovation**
We are process improvement experts. The quest for continuous improvement and innovation drives our work. Continuous learning and optimization of technology allows us to adapt evidence-based guidelines and develop best practices. We transform health care.

**Community**
Community is at the heart of everything we do. We are a warm and nurturing family that puts people first. We value and invest in ourselves and our communities in order to make a positive impact on social conditions.

Reviewed by Human Resources 11/2017

8

©Copyright 2017 Urban Health Plan, Inc.
Administration Policies & Procedures, Human Resources
All rights reserved

Urban Health Plan, Inc.
Human Resources
Policies and Procedures

| Issued by (Site/Dept): | | | Revision Date: | | |
|---|---|---|---|---|---|
| Human Resources | | | November 2017 | | |
| Prepared By: | *Marta Rey* | 11/29/17 | Approved By: | | 12/10/17 |
| | Signature | Date | | Signature | Date |

# EQUAL EMPLOYMENT OPPORTUNITY POLICY/AFFIRMATIVE ACTION & COMPLAINT PROCEDURE

## I. Policy and Responsibilities

Urban Health Plan, Inc believes strongly in the principles of Equal Employment Opportunity/Affirmative Action that include prevention of Discrimination and harassment.

It is the policy of UHP to further its goal of Equal Employment for all associates and prospective associates by assuring that:

1. In all of its personnel actions, UHP, in conformity with applicable laws, does not discriminate on the basis of race, color, religion, sex (except where sex is a bona fide occupational classification), age, national origin, marital status, sexual orientation, physical or mental disability, gender identity, familial or parental status, genetic information and/or veteran status, or any other characteristic protected by federal, state or local laws.  In addition UHP will provide reasonable accommodations for qualified individuals with disabilities. Personnel actions include, but are not limited to, recruitment, selection, position assignments, compensation, training, promotion, retention, lay-off, termination, and benefits.

2. In all of its personnel actions, UHP, in conformity with applicable laws, does not discriminate on the basis of race, color, religion, sex (except where sex is a bona fide occupational classification), age, national origin, marital status, sexual orientation, physical or mental disability, gender identity, familial or parental status, genetic information and/or veteran status, or any other characteristic protected by federal, state or local laws.  In addition UHP will provide reasonable accommodations for qualified individuals with disabilities. Personnel actions include, but are not limited to, recruitment, selection, position assignments, compensation, training, promotion, retention, lay-off, termination, and benefits.

3. In all of its personnel actions, UHP, in conformity with applicable laws, does not discriminate on the basis of race, color, religion, sex (except where sex is a bona fide occupational classification), age, national origin, marital status, sexual orientation, physical or mental disability, gender identity, familial or parental status, genetic

Reviewed by Human Resources 11/2017

9

©Copyright 2017 Urban Health Plan, Inc.
Administration Policies & Procedures, Human Resources
All rights reserved

Urban Health Plan, Inc.
Human Resources
Policies and Procedures

information and/or veteran status, or any other characteristic protected by federal, state or local laws.  In addition UHP will provide reasonable accommodations for qualified individuals with disabilities. Personnel actions include, but are not limited to, recruitment, selection, position assignments, compensation, training, promotion, retention, lay-off, termination, and benefits.

4.  In all of its personnel actions, UHP, in conformity with applicable laws, does not discriminate on the basis of race, color, religion, sex (except where sex is a bona fide occupational classification), age, national origin, marital status, sexual orientation, physical or mental disability, gender identity, familial or parental status, genetic information and/or veteran status, or any other characteristic protected by federal, state or local laws.  In addition UHP will provide reasonable accommodations for qualified individuals with disabilities. Personnel actions include, but are not limited to, recruitment, selection, position assignments, compensation, training, promotion, retention, lay-off, termination, and benefits.

5.  UHP actively pursues an Affirmative Action Plan designed to ensure full opportunities for women and members of minority groups in its work environment, Vietnam-era veterans, disabled veterans, qualified individuals with disabilities, and takes affirmative action to increase the employment of minorities and females through setting goals and special emphasis recruiting for functional units to accomplish these objectives.

UHP takes allegations of harassment or discrimination seriously and will respond promptly to complaints.  Where it is determined that inappropriate conduct has occurred, UHP will act promptly to eliminate the conduct and will impose corrective action as necessary, including disciplinary action where appropriate, which may include termination of employment.  Each UHP facility/department is responsible for disseminating and enforcing the policy and procedures so that each member of the UHP family is aware of the policy and held responsible for his/her behavior.

## II.    Definitions
**Equal Employment Opportunity**

Equal employment opportunity means the right to enjoy equal employment opportunity in employment, admission to and participation  in UHP programs and activities, the provision of UHP services, and the selection of vendors who provide services or products to UHP without regard to an individual's race, color, religion, sex, age, national origin, marital status, sexual orientation, physical or mental disability, gender identity, familial or parental status, genetic information and/or veteran status.

Reviewed by Human Resources 11/2017

©Copyright 2017 Urban Health Plan, Inc.
Administration Policies & Procedures, Human Resources
All rights reserved

Urban Health Plan, Inc.
Human Resources
Policies and Procedures

## Discrimination

Broadly defined, discrimination is an intentional or unintentional act which adversely affects employment opportunities because of race, color, religion, sex, handicap, national origin, marital status, gender identity, disability, age, genetic information, family or parental status, or sexual orientation.

## Harassment

"Harassment" means unwelcome conduct, whether verbal or physical, that is based on a characteristic protected by law.  Harassment includes, but not limited to:

1. Display or circulation of written materials or pictures that are degrading to a person or group as previously described.

2. Verbal abuse or insults about, directed at, or made in the presence of an individual or group as previously described.

"Sexual harassment" means unwelcomed sexual advances, requests for sexual favors, and other verbal or physical conduct of a sexual nature when:

1. Submission to such conduct is made either explicitly or implicitly a term or condition of an individual 's employment;

2. Submission to or rejection of such conduct by an individual is used as the basis for employment decisions affecting such individual; or

3. Such conduct has the purpose or effect of unreasonably interfering with an individual's work performance or creating an intimidating, hostile or offensive working environment.

Under these definitions, direct or implied requests by management, coordinator/supervisor, or other individuals in a position of authority for sexual favors in exchange for actual or promised job benefits such as favorable reviews, salary increases, promotions, increased benefits, continued employment, or other advantages constitutes sexual harassment.

The definition of sexual harassment is broad and it includes a wide spectrum of interpretations. In addition to the above examples, other unwelcome sexually oriented conduct, whether intended or not, that has the effect of creating a work environment that is hostile, offensive, intimidating or humiliating to associates also may constitute sexual harassment.  Such conduct may include but is not limited to sexual denomination, jokes, comments, inquiries, or gossip regarding one's sex life or sexual activity; displaying sexually suggestive objects, offensive e-mails or instant messages, pictures or cartoons; and unwelcome leering, whistling, or brushing against the body

Reviewed by Human Resources 11/2017

11

©Copyright 2017 Urban Health Plan, Inc.
Administration Policies & Procedures, Human Resources
All rights reserved

Urban Health Plan, Inc.
Human Resources
Policies and Procedures

or sexual gestures.  Unwelcome conduct may be considered harassment or sexual harassment depending upon totality of the circumstances, including the severity of the conduct and its pervasiveness.

## III. Responsibilities/Expectations
### A. The President & Chief Executive Officer

1. The President & Chief Executive Officer is responsible for the overall direction of the EEO/Harassment/Complaints Procedure Policy and will provide the support as needed to ensure that the Equal Employment Opportunity and Affirmative Action objectives throughout the organization are met.

2. The President & CEO delegates' primary responsibility for planning, implementation and meeting plan objectives to the Director of Human Resources.

### B. Vice Presidents, Chiefs, Senior Administrators, Directors, Managers and Coordinators

1. Vice Presidents, Chiefs, Senior Administrators, Directors, Managers and Coordinators are responsible for implementation of the Affirmative Action Program within their respective facilities and/or departments and will ensure that all associates under their supervision are fully informed regarding the Affirmative Action Plan and are aware of its objectives.  In addition, these levels of management will be held accountable through the annual evaluation of their work and that part of their performance rating will be based on their efforts and effectiveness in the area of Equal Employment Opportunity and Affirmative Action.

2. Expectations for cooperation with EEO investigations.  All UHP associates are expected to fully cooperate with ongoing EEO investigations.  Information gathered from all affected associates' statements are crucial for completing a fair and balanced investigation of the complaint.  All members of the UHP family share responsibility for avoiding, discouraging and reporting any form of harassment or discrimination.

Management is required to allow adequate time as needed by the investigator for interviews with their associates during regular work hours.  Managers/coordinators will coordinate with the investigator to arrange scheduling of the interview.  In the event an associate does not show or refuses to show for a scheduled interview at the Human Resources Department with the Director, the manager/coordinator will coordinate with the investigator and reschedule a second interview time at the associates

Reviewed by Human Resources 11/2017

©Copyright 2017 Urban Health Plan, Inc.
Administration Policies & Procedures, Human Resources
All rights reserved

Urban Health Plan, Inc.
Human Resources
Policies and Procedures

work site.  Manager/coordinator will direct the associate to be in attendance at the scheduled appointment as part of that associate's regular job assignments for the day.

## C. Human Resources Department

1. The Director of Human Resources has the primary responsibility for ensuring that a proper investigation and resolution of discrimination or harassment complaints occurs.   The Director of Human Resources develops and recommends revisions as required.   The Director of Human Resources also manages the Equal Employment Opportunity/Harassment and Complaint Procedure Policy and procedures to ensure compliance with government regulations, as well as local, state, and federal laws.  The Director serves as a resource to managerial personnel offering support, guidance and direction in human resources related matters.

## IV.   Disseminating of Policy

## A.  Internal

UHP Equal employment Opportunity /Complaints Procedure policy is published and/or disseminated internally through:

- The Human Resources Policy and Procedures Manual;
- New Associate and Annual orientation
- Required EEO and Labor law posters displayed on bulletin boards.

## B. External

UHP commitment to its Equal Employment Opportunity/Complaints Procedure Policy is demonstrated through correspondence or disseminated externally by:

- Verbally and in writing advising all recruitment sources that UHP is an Equal Opportunity Employer;
- Informing prospective associates of our policy during the application making available to them the elements of the program which enable the prospective associate to know and avail themselves of its benefits;
- Advertising, and showing both minority and no-minority men and women in consumer ads.

## V.  EEO Complaint Procedures

These procedures are available to any UHP associate who believes that he or she has been discriminated against or harassed.   In addition, applicants, visitors, contractors, their agents, and employees may use these procedures where applicable to bring complaints against UHP associates whom they believe have engaged in discrimination or harassment in the course of the work or official activities of UHP, such as fundraising events, patient and their family interaction with associates, and other UHP sponsor events.   Internal

Reviewed by Human Resources 11/2017

13

©Copyright 2017 Urban Health Plan, Inc.
Administration Policies & Procedures, Human Resources
All rights reserved

Urban Health Plan, Inc.
Human Resources
Policies and Procedures

complaints of discrimination will be investigated by the Director of Human Resources.

## A. Initiating Internal Complaints

Any associate who feels that he or she has been subjected to discrimination and/or harassment of any kind should bring these matters to the attention of the Human resources department or, if they feel comfortable, anyone in their management reporting chain. If an associate seeks investigation through management, the complaint will promptly be investigated by the Director of Human Resources or designee. Prompt reporting of discrimination or harassment is in the best interest of the entire UHP family and is essential to fair, timely and thorough investigation. Accordingly, complaints should be filed as soon as possible following the incident(s) at issue. No associate or applicant be retaliated against for filing complaints by (a) opposing unlawful practices, or participating in investigations; (b) associate who reveal discrimination when responding to questions during an internal investigation are protected from retaliation; and (c) UHP does not discourage or obstruct associates and applicants from filing complaints with outside governmental agencies.

When initiating the complaint process, the complainant should provide the following information:

1. All relevant facts, including the date(s) of the occurrence(s), the identity of all parties, the location(s) and circumstances of the behavior at issue, and any information the complainant feels is relevant;
2. The specific nature of the discrimination or harassment involved in the complaint;
3. Other individuals who might be aware of have knowledge of the situation;
4. What actions, if any , the complainant has taken as a result of the incident(s); and
5. What remedy or relief is being sought (although the imposition of any particular remedy is in the discretion of UHP)

A full investigation, including a review of records, documents, witnesses and all data related to the allegation, will occur. The Director will advise management and the associate of the outcome of the investigation, offer recommendations regarding resolution of the issues which arose during the investigation, and assist management in determining the appropriate remedial or disciplinary action, if applicable.

All investigations will occur within a reasonable time frame, the spirit and intent being a timely resolution. Complaints initiated in good faith by an associate will in no way cast a reflection on that associate's standing, loyalty or desirability, nor will such be construed as any reflection on the associate's supervisor or fellow associates. Associates who initiate a complaint in good faith will in no way be faced any retaliatory consequences. The investigation will be conducted to maintain confidentiality to extend practicable under the circumstances.

Reviewed by Human Resources 11/2017

©Copyright 2017 Urban Health Plan, Inc.
Administration Policies & Procedures, Human Resources
All rights reserved

Urban Health Plan, Inc.
Human Resources
Policies and Procedures

Not all discrimination or harassment complaints require a detailed investigation process. Some complainants may wish to explore informal alternatives, which may involve, but are not limited to, one or more of the following:

1.　　The Director of Human Resources may counsel the complainant concerning options for responding to the problem on his/her own initiative, for example through oral or written communication  with the respondent or the respondent's department head/coordinator in the case of an associate.

2.　　The Director may arrange for a meeting(s) and /or distribution of relevant policy statements and/or other forms of educational materials to the appropriate department.

3.　　If both complainant and respondent agree, the Director may arrange and facilitate a meeting between the parties in an attempt to reach a mutually acceptable resolution.  Other options may be pursued which are consistent with applicable laws and/or UHP policies and procedures.

Associates found to be in violation of UHP discrimination or harassment policy will be subject to disciplinary actions.  Disciplinary actions should be based on the nature and severity of the offense as well as any record of prior disciplinary action imposed on the respondent.  In general, actions may include, but are not limited to, one or more of the following: apologies, verbal reprimands, written warnings, letters of reprimand, attendance at appropriate in-service, and, in the case of associates, suspension, involuntary demotion, removal from administrative or supervisory duties, and/or termination of employment.

### References
Title VII of the Civil Rights Act of 1964 as amended
The Civil Rights Act of 1991
Equal Pay Act of 1963
Age Discrimination in Employment Act of 1967 (ADEA) as amended
The Vietnam Era Veterans Readjustment Assistance Act of 1974
Uniform Services Employment and Reemployment Act (USERRA)
Rehabilitation Act of 1973, Sections 501 and 505
Title I and V of American with Disabilities Act of 1990 (ADA), and the ADA Amendment Act of 2008 (ADAA)
The Pregnancy Discrimination Act of 1978
The Genetic Information Nondiscrimination Act of 2008 (GINA)

Reviewed by Human Resources 11/2017

©Copyright 2017 Urban Health Plan, Inc.
Administration Policies & Procedures, Human Resources
All rights reserved

Urban Health Plan, Inc.
Human Resources
Policies and Procedures

# PHILOSOPHY & OBJECTIVES

Urban Health Plan, Inc. realizes the importance of each associate to the successful operation of the organization and therefore, wants all associates to be successful and satisfied with their work.  To promote this goal, Urban Health Plan will:

1.      Hire the best-qualified person available, regardless of race, color, creed, gender, age, physical or mental handicap, individual life style, national origin, religion, marital status, sexual orientation, and citizenship.

2.      Offer opportunities to qualify for promotion and promote from within wherever possible.

3.      Maintain fair salary levels.

4.      Provide a clean, healthy and safe place to work.

5.      Provide such other benefits as are in line with current practices and business conditions.

6.      Inform associates of developments in the organization that affect them.

7.      Discuss matters of interest or concern with its associates.

8.      Conduct regular staff meetings.

9.      Expect each associate to show a sincere interest in his/her job and to perform a good day's work.

10.     Provide the community with employment opportunities.

Reviewed by Human Resources 11/2017

16

©Copyright 2017 Urban Health Plan, Inc.
Administration Policies & Procedures, Human Resources
All rights reserved

Urban Health Plan, Inc.
Human Resources
Policies and Procedures

| Issued by (Site/Dept): | | Revision Date: | |
|---|---|---|---|
| Human Resources | | November 2017 | |
| Prepared By: | *Signature*      *Date* | Approved By: | Signature      Date |

# HARASSMENT

## PURPOSE

The most productive and satisfying work environment is one in which work is accomplished in a spirit of mutual trust and respect.   Harassment is a form of discrimination that is offensive, impairs morale, undermines integrity of employment relationships and causes serious harm to the productivity, efficiency and stability of our organization.

Urban Health Plan, Inc strives to create and maintain a work environment in which people are treated with dignity, decency and respect.   The environment of the organization should be characterized by mutual trust and the absence of intimidation, oppression and exploitation.   Associates should be able to work and learn in a safe environment, yet stimulating atmosphere.   The accomplishment of this goal is essential to the mission of the organization.   For that reason, UHP will not tolerate unlawful discrimination or harassment of any kind.   Through enforcement of this policy and by education of associates, the organization will seek to prevent, correct and discipline behavior that violates this policy.

All associates, regardless of their position, are covered by and expected to comply with this policy and to take appropriate measures to ensure that prohibited conduct does not occur.   Appropriate disciplinary action will be taken against any associate who violates this policy.   Based on the seriousness of the offense, disciplinary action may include verbal or written reprimand, suspension or termination of employment.

## POLICY

To ensure that all UHP associates have the right to work in an environment free from discrimination and harassment.   All associates have the right to work in a professional atmosphere that promotes equal employment opportunities and prohibits discriminatory practices, including harassment.   Therefore, Urban Health Plan, Inc expects that all relationships among persons in their respective departments/offices will be business-like and free of bias, prejudice and harassment.

17

Reviewed by Human Resources 11/2017

©Copyright 2017 Urban Health Plan, Inc.
Administration Policies & Procedures, Human Resources
All rights reserved

Urban Health Plan, Inc.
Human Resources
Policies and Procedures

It is the policy of Urban Health Plan, Inc. to ensure equal employment opportunity without discrimination or harassment on the basis of an **associate's race, color, ancestry, national origin, religion, age (40 and over), disability, sex, arrest or conviction record, marital status, sexual orientation, gender identity, membership in the military reserve or use or nonuse of lawful products away from work is expressly prohibited under this policy**. Offensive or harassing behavior will not be tolerated against any associate. This policy covers vendors, patients, customers, or others who enter our workplace, as well as all associates. Supervisors or managerial personnel are responsible for taking proper action to end such behavior in their workplace.

**Prohibited Conduct Under This Policy**
UHP, in compliance with all applicable federal, state and city anti-discrimination and harassment laws and regulations, enforces this policy in accordance with the following definitions and guidelines:

**Discrimination**
It is a violation of UHP policy to discriminate in the provision of employment opportunities, benefits or privileges; to create discriminatory work conditions; or to use discriminatory evaluative standards in employment if the basis of the discriminatory treatment is, in whole or in part, the person's race, color, national origin, age, religion, disability status, gender, sexual orientation, gender identity, genetic information or marital status.

Discrimination of this kind may also be strictly prohibited by a variety of federal, state and city laws, including Title VII of the Civil Rights Act 1964, the Age Discrimination Act of 1075, and the Americans with Disabilities Act of 1990. This policy is intended to comply with the prohibitions stated in these anti-discrimination laws.

Discrimination in violation of this policy will be subject to disciplinary measures up to and including termination.

**Harassment**
UHP prohibits harassment if any kind, including sexual harassment, and will take appropriate and immediate action in response to complaints or knowledge of violations of this policy. For purposes of this policy, harassment is any verbal or physical conduct designed to threaten, intimidate or coerce an associate, co-worker or any person working for or on behalf of UHP. Verbal taunting (including racial and ethnic slurs) that, in the associate's opinion, impairs his or her ability to perform his or her job included in the definition of harassment.

Reviewed by Human Resources 11/2017

18

©Copyright 2017 Urban Health Plan, Inc.
Administration Policies & Procedures, Human Resources
All rights reserved

Urban Health Plan, Inc.
Human Resources
Policies and Procedures

The following examples of harassment are intended to be guidelines and are not exclusive when determining whether there has been a violation of this policy:

1.  Verbal harassment includes comments that are offensive or unwelcome regarding a person's nationality, origin, race, color, religion, gender, sexual orientation, age, body, disability or appearance, including epithets, slurs and negative stereotyping.

2.  Nonverbal harassment includes distribution, display or discussion of any written or graphic material that ridicules, denigrates, insults, belittles or shows hostility, aversion or disrespect toward an individual or group because of national origin, race, color, religion, age, gender, sexual orientation, pregnancy, appearance, disability, sexual identity, marital or other protected status.

**Sexual harassment**

Sexual harassment is a form of unlawful employment discrimination under Title VII of the Civil Rights Act of 1964 and is prohibited under UHP's anti-harassment policy. According to the Equal Employment Opportunity Commission (EEOC), sexual harassment is defined as "unwelcome sexual advances, requests for sexual favors, and other verbal or physical conduct of a sexual nature…when…submission or rejection of such conduct is used as the basis for employment decisions…or such conduct has the purpose or effect of…creating an intimidating, hostile or offensive work environment."

There are two types of sexual harassment:

1.  "Quid pro quo" harassment where submission to harassment is used as the basis for employment decisions.  Employee benefits such as raises, promotions, and better working hours are directly linked to compliance with sexual advances.  Therefore, only someone in a supervisory capacity (with authority to grant such benefits) can engage in quid pro quo harassment.  Examples: A supervisor promising an employee a raise if he or she goes on a date with him or her; a manager telling an employee he or she will fire him or her if he or she does not have sex with him or her.

2.  "Hostile work environment" where the harassment creates an offensive and unpleasant working environment.  A hostile work environment can be created by anyone in the work environment, whether it be supervisors, other employees or customers.  Hostile environment harassment consists of verbiage of a sexual nature, unwelcome sexual materials or even unwelcome physical contact as a regular part of the work environment.  Texts, e-mails, cartoons or posters of a sexual nature, vulgar or lewd comments or jokes; or unwanted touching or fondling all fall into this category.

Reviewed by Human Resources 11/2017

19

©Copyright 2017 Urban Health Plan, Inc.
Administration Policies & Procedures, Human Resources
All rights reserved

Urban Health Plan, Inc.
Human Resources
Policies and Procedures

Sexual harassment occurs when unsolicited and unwelcome sexual advances, requests for sexual favors, or other verbal or physical conduct of a sexual nature:

- Is made explicitly or implicitly a term or condition of employment.
- Is used as the basis for an employment decision.
- Unreasonably interferes with an employee's work performance or creates an intimidating, hostile or otherwise offensive environment.

Sexual harassment may take different forms.   The following examples of sexual harassment are intended to be guidelines and are not exclusive when determining whether there has been a violation of this policy:

1.  Verbal sexual harassment includes innuendoes, suggestive comments, jokes of sexual nature, sexual propositions, lewd remarks and threats; request of any type of sexual favor (this includes repeated, unwelcome requests for dates); and verbal abuse or "kidding" that is oriented toward a prohibitive form of harassment, including that which is sexual in nature and unwelcome.

2.  Nonverbal sexual harassment includes the distribution, display or discussion of any written or graphic material, including calendars, posters and cartoons that are sexually suggestive or show hostility toward an individual or group because of sex; suggestive or insulting sounds; leering, staring; whistling; obscene gestures; content in letters and notes, facsimiles, e-mail, photos, text messages, tweets and Internet postings; or other form of communication that is sexual in nature and offensive.

3.  Physical harassment includes unwelcome, unwanted physical contact, including touching, tickling, pinching, patting, brushing up against, hugging, cornering, kissing and fondling and forced sexual intercourse or assault.

Courteous, mutually respectful, pleasant, non-coercive interactions between associates, including men and women, that are appropriate in the workplace and acceptable to and welcomed by both parties are not considered to be harassment, including sexual harassment

Reviewed by Human Resources 11/2017

©Copyright 2017 Urban Health Plan, Inc.
Administration Policies & Procedures, Human Resources
All rights reserved

Urban Health Plan, Inc.
Human Resources
Policies and Procedures

# RETALIATION

No hardship, loss, benefit or penalty may be imposed on an associate in response to:

- Filing or responding to a bona fide complaint of discrimination or harassment.

- Appearing as a witness in the investigation of a complaint.

- Serving as an investigator of a complaint.

Retaliation or attempted retaliation in response to lodging a complaint or invoking the complaint process is a violation of this policy. Any person who is found to violated this aspect of the policy will be subject to sanctions up to and including termination of employment.

**Consensual Romantic or Sexual Relationships**

UHP strongly discourages romantic or sexual relationships between a manager or other supervisory associate and his or her staff (an associate who reports directly or indirectly to that person) because such relationships tend to create compromising conflicts of interest or the appearance of such conflicts. In addition, such a relationship may give rise to the perception by others that there is favoritism or bias in employment decisions affecting the associate. Moreover, given the uneven balance of power with such relationships, consent by the associate is suspect and may be viewed by others or, at a later date, by the associate as having been given as the result of coercion or intimidation. The atmosphere created by such appearances of bias, favoritism, intimidation, coercion or exploitation undermines the spirit of trust and mutual respect that is essential to a healthy work environment. If there is such relationship, the parties need to be aware that one or both may be moved to a different department, or other actions may be taken.

If any associate of UHP enters into a consensual relationship that is romantic or sexual in nature with a member of his or her staff (an associates who reports directly or indirectly to him or her), or if one of the parties is in a supervisory capacity in the same department in which the other party woks, the parties must notify the human resources director. Because of potential issues regarding quid pro quo harassment, UHP has made reporting mandatory. This requirement does not apply to associates who do not work in the same department or to parties who do not supervise or otherwise manage responsibilities over the other.

One the relationship is made know to UHP, the organization will review the situation in light of all the facts (reporting relationship between the parties, effect on co-workers, job titles of the parties, etc.) and will determine whether one or both parties need to be moved to another job or department. If it is determined that one party must be moved,

Reviewed by Human Resources 11/2017

©Copyright 2017 Urban Health Plan, Inc.
Administration Policies & Procedures, Human Resources
All rights reserved

Urban Health Plan, Inc.
Human Resources
Policies and Procedures

and there are jobs in other departments available for both, the parties may decide who will be the one to apply for a new position. If the parties cannot amicably come to a decision, or the party is not chosen for the position to which he or she applied, the parties will contact human resources, which will decide which party should be moved. That decision will be based on which move will be least disruptive to the organization as a whole. If it is determined that one or both parties must be moved, but no other jobs are available for either party, the parties will be given the option of terminating their relationship or resigning.

## Complaint Process

UHP will courteously treat any person who invokes this complaint procedure, and the organization will handle all complaints quickly and confidentially to the extent possible in light of the need to take appropriate corrective action. Lodging a complaint will in no way be used against the associate or have an adverse impact on the individual's employment status. Because of the damaging nature of harassment to the victims and to the entire workforce, aggrieved associates are strongly urged to use this procedure. However, filing groundless or malicious complaints is an abuse of this policy and will be treated as a violation.

## Confidentiality

The employee assistance program (EAP) provides confidential counseling services to UHP associates. Individuals wishing to discuss an incident confidentially or seeking information and advice of a personal nature are encouraged to contact the EAP. The role of the EAP in such cases will be limited to personal counseling and treatment for the person who is then an EAP client. Contacting the EAP will not qualify as notification to UHP of a potential harassment or discrimination issue (see below complaint procedure for more on how to notify the organization of an issue or complaint).

During the complaint process, the confidentiality of the information received, the privacy of the individuals involved and the wishes of the complaining person will be protected to as great a degree as is possible. The expressed wishes of the complaining person for confidentiality will be considered in the context of the organization's legal obligation to act on the charge and the right of the charged party to obtain information. In most cases, however, confidentiality will be strictly maintained by the organization and those involved in the investigation. In addition, any notes or documents written by or received by the person (s) conducting the investigation will be kept confidential to the extent possible and according to any existing state or federal law.

Reviewed by Human Resources 11/2017

©Copyright 2017 Urban Health Plan, Inc.
Administration Policies & Procedures, Human Resources
All rights reserved

Urban Health Plan, Inc.
Human Resources
Policies and Procedures

**Complaint procedure**

UHP has established the following procedure for lodging a complaint of harassment, discrimination or retaliation. The organization will treat all aspects of the procedure confidentially to the extent reasonably possible.

1. An individual who feels harassed, discriminated or retaliated against may initiate the complaint process by filing a complaint in writing with UHP's human resources director. No formal action will be taken against any person under this policy unless HR has received a written and signed complaint containing sufficient details to determine if the policy may have been violated. The complainant (the associate making the complaint) may obtain the complaint form from the HR department. If a supervisor or director becomes aware that harassment or discrimination is occurring, either from personal observation or as a result of an associate's coming forward, the supervisor or director should immediately report it to the HR director

2. Upon receiving a complaint or being advised by a supervisor or director that violation of this policy may be occurring, the HR director will notify the CEO and review the complaint with the organization's legal labor counsel.

3. Within five working days of receiving the complaint, the HR director will notify the person(s) charged [hereafter referred to as "respondent(s)"] of a complaint and initiate the investigation to determine whether there is a reasonable basis for believing that the alleged violation of this policy occurred.

4. During the investigation, the HR director together with labor legal counsel or appropriate management associate, will interview the complainant, the respondent and any witness to determine whether the alleged conduct occurred.

5. Within 15 business days of the complaint being filed (or the matter being referred to the HR director), the HR director or other person conducting the investigation will conclude the investigation and submit a written report of his or her findings to the CEO.

6. If it is determined that harassment or discrimination in violation of this policy has occurred, the HR director will recommend appropriate disciplinary action. The appropriate action will depend on the following factors: a) the severity, frequency and pervasiveness of the conduct; b) prior complaints made by the complainant; c) prior complaints made against the respondent; and d) the quality of the evidence (e.g., first-hand knowledge, credible corroboration).

Reviewed by Human Resources 11/2017

23

©Copyright 2017 Urban Health Plan, Inc.
Administration Policies & Procedures, Human Resources
All rights reserved

Urban Health Plan, Inc.
Human Resources
Policies and Procedures

7.  If the investigation is inconclusive or if it is determined that there has been no violation of policy but potentially problematic conduct may have occurred, the HR director may recommend appropriate preventive action.

8.  Within five days after the investigation is concluded, the HR director will meet with the complainant and the respondent separately, notify them of the findings of the investigation, and inform them of the action being recommended.

9.  The complainant and the respondent may submit statements to the HR director challenging the factual basis of the findings. Any such statement must be submitted no later than five working dates after the meeting with the HR director in which the findings of the investigation are discussed.

10. Within 10 days from the date the HR director meets with the complainant and respondent, the CEO and/or labor legal counselor will review the investigative report and any statements submitted by the complainant or respondent, discuss results of the investigation with the HR director and the designated management associate as may be appropriate, and decide what action, if any, will be taken. The HR director will report the organization's decision to the complainant, the respondent and the appropriate management assigned to the department(s) in which the complainant and the respondent work.  The organization's decision will be in writing and will include findings of fact and a statement for or against disciplinary action.  If disciplinary action is to be taken, the respondent will be inform of the nature of the discipline and how it will be executed.

Reviewed by Human Resources 11/2017

24

©Copyright 2017 Urban Health Plan, Inc.
Administration Policies & Procedures, Human Resources
All rights reserved

Urban Health Plan, Inc.
Human Resources
Policies and Procedures

## Associate Harassment Complaint/Concern Form

The Department of Human Resources encourages you to contact the Director of Human resources or its designee if you have a complaint or a concern, or experience a problem that affects you or your co-workers.  We ask that you complete this form within five working days after the incidents or problem first occurred.  The HR director or its designee will contact you within five working days after the receipt of your form.

**Associate Name:** _____          **Date:** _____

**Date of Incident:** ___/_____/_____
Location of the incident:_____
*(If more than one event, please report each event on a separate form.)*

**Where did the specific event occur?**

_____
_____
_____
_____
_____

**Please explain the events that occurred?**

_____
_____
_____
_____
_____

**Please explain the events that occurred?**

_____
_____
_____
_____
_____

Reviewed by Human Resources 11/2017

©Copyright 2017 Urban Health Plan, Inc.
Administration Policies & Procedures, Human Resources
All rights reserved

Urban Health Plan, Inc.
Human Resources
Policies and Procedures

Are there others who have witnessed this behavior or others who has experienced a
similar concern or problem?  If so, please provide their name(s) and phone numbers.

_____
_____
_____
_____
_____

How did you feel?

_____
_____
_____
_____
_____

What would be your desired outcome as a result of an investigation?

_____
_____
_____
_____
_____

Do you have any additional information or comments?

_____
_____
_____
_____
_____

*Please return this form to Human Resources.*

Reviewed by Human Resources 11/2017

©Copyright 2017 Urban Health Plan, Inc.
Administration Policies & Procedures, Human Resources
All rights reserved

Urban Health Plan, Inc.
Human Resources
Policies and Procedures

# RESPONSIBILITY FOR PUBLIC STATEMENTS

**POLICY**

It is the policy of UHP that all public statements are to be made solely through the President/CEO's office. No individual staff member is authorized to speak on behalf of the organization unless specifically designated to do so by the President/CEO.

Reviewed by Human Resources 11/2017

©Copyright 2017 Urban Health Plan, Inc.
Administration Policies & Procedures, Human Resources
All rights reserved

Urban Health Plan, Inc.
Human Resources
Policies and Procedures

# DEFINITION OF TERMS

**OBJECTIVE:** The objective of a department is the aim or end to which that department's efforts are directed and which through its functions, contributes to the overall efforts of the organization in meeting its goals.

**POLICY:** A policy is a broad, general guide for thinking.  It is a framework within which the department may make many of the numerous decisions that will allow it to reach its objectives.  It is a guideline for determining a course of action.

## PROCEDURE
A procedure is more specific than a policy.  A procedure is a <u>guide to action</u> and is set up to provide uniformity in action for all similar situations by showing a definite chronological sequence of acts or steps to be taken.

## SCOPE
The scope of a department represents the extent and range of services available or provided at the Center. Operationally defined, scope means hours per day, days per week, etc.

## LOCATION
The physical location of the site, department and/or its offices

## CLASSIFICATION OF PERSONNEL
The job titles of the personnel in the organization.

## WORK WEEK
The days of the week that constitutes the start and end day and time of the official workweek.

Reviewed by Human Resources 11/2017

©Copyright 2017 Urban Health Plan, Inc.
Administration Policies & Procedures, Human Resources
All rights reserved

Urban Health Plan, Inc.
Human Resources
Policies and Procedures

# GENERAL POLICIES

Reviewed by Human Resources 11/2017

©Copyright 2017 Urban Health Plan, Inc.
Administration Policies & Procedures, Human Resources
All rights reserved

Urban Health Plan, Inc.
Human Resources
Policies and Procedures

| Issued by (Site/Dept):<br>Human Resources | | | Revision Date:<br>November 2017 | |
|---|---|---|---|---|
| Prepared<br>By: | *Marta Keyr* <br>Signature | *11/29/17* <br>Date | Approved<br>By: | *[signature]*<br>Signature |  *12/10/17* <br>Date |

# EMPLOYMENT STATUS

## POLICY

It is the intent of Urban Health Plan "UHP" to clarify the definitions of employment classifications so that associates understand their employment status and benefits eligibility. These classifications do not guarantee employment for any specified period of time. The right to terminate the employment relationship at will at any time is retained by both the associate and UHP.

All associates will be classified according to job status, exempt status and classification title.  All associates shall be slotted into one of the following basic categories.

## JOB STATUS

1. **Regular Full-Time Associates**

   An associate who is hired to work a full normal schedule of **35-40** hours in any work week and has been employed to serve for an indefinite period of time.  Full-time associates are eligible for all supplementary associate benefits.

2. **Temporary Full-time Associates**

   An associate hired as interim replacements to temporarily supplement the workforce or to assist in the completion of a specific project and are temporarily scheduled to work UHP full-time schedule for a limited duration.  Employment beyond any initially stated period does not in any way imply a change in employment status.  Employment may continue in excess of three months only with the approval of the Vacancy Control Board and recommendation by the President/CEO.  Full-time temporary associates are eligible to earn leave and are covered by Social Security and unemployment compensation, but do not receive the other fringe benefits (ie. Medical, dental, life insurance, etc.) provided to permanent associates.

3. **Regular Part-Time Associates**

   An associate hired to fill a regular position of less than **35 hours** but more than seven hours a week (which is 1/5 of the normal work week).  Part-time regular associates are entitled to all supplementary associate benefits, other than medical benefits,

Reviewed by Human Resources 11/2017

©Copyright 2017 Urban Health Plan, Inc.
Administration Policies & Procedures, Human Resources
All rights reserved

Urban Health Plan, Inc.
Human Resources
Policies and Procedures

which are prorated in accordance with plan descriptions.

**4. Temporary Part-Time Associates**   Are hired as interim replacements to temporarily supplement the workforce or to assist in the completion of a specific project and are temporarily scheduled to work less than UHP full-time schedule, less than 35 hours but more than 7 hours each week (which is 1/5 of the normal work week) for a limited duration. Employment beyond any initially stated period does not in any way imply a change in employment status. Part-time temporary associates are not eligible for supplementary associate benefits.

**5. Part-time Special Associates**   An associate hired for casual employment, or for a position of 7 hours per week (which is 1/5 of the normal work week) or less. Special part-time associates are not eligible for supplementary associate benefits. Employment beyond any initially stated period does not in any way imply a change in employment status.

**6. Per Diem Associates:**   1. An associate hired to fill a position with no set schedule. Such employment shall be on an as needed basis.

Reviewed by Human Resources 11/2017

©Copyright 2017 Urban Health Plan, Inc.
Administration Policies & Procedures, Human Resources
All rights reserved

Urban Health Plan, Inc.
Human Resources
Policies and Procedures

| Issued by (Site/Dept):<br>Human Resources | | | | | Revision Date:<br>November 2017 | | |
|---|---|---|---|---|---|---|---|
| Prepared<br>By: | *Marta Ruiz* <br>Signature | 11/29/17 <br>Date | | Approved<br>By: | <br>Signature | 12/10/17 <br>Date | |

## CLASSIFICATION OF ASSOCIATES

*HR Standard 1.20*

The following represents the classifications of all associates by designated groupings. Associate is also categorized into either exempt or non-exempt status.

Individuals in **exempt** positions are compensated on a salary basis and may be required to work more than regularly scheduled hours in a given workweek. Exempt associates are not eligible for overtime pay nor are they subject to minimum wage provisions.

**Nonexempt associates** are associates whose work is covered by the Fair Labor Standards Act (FLSA). They are not exempt from the law's requirements concerning minimum wage and overtime. These positions are paid on an hourly basis. The overtime pay at a rate of one and one half times their regular hourly rate for all hours that they work over 40 in a given workweek.

**Exempt associates** are generally executives, managers, professional and administrative staff who are exempt from the minimum wage and overtime provisions of the FLSA Exempt associates hold jobs that meet the standards and criteria established under the FLSA by the U.S. Department of Labor.

Both classification and exempt status are noted below.

1.  **Executive Management Associates:** *(Exempt)*
    President/CEO, Sr. Vice President/Chief Medical Officer, Chief Technology Officer, Chief of Staff, Chief Talent and Learning Officer, Chief Operating Officer, AVP of Finance/Corporate Controller , V.P. of Finance & Business Management, VP of Community Relations and Engagement

2.  **Professional Associates:** *(Exempt)*
    Attorney, Assistant Counsel, Assistant to the Director of Nursing, Business System Analyst, Physician, Care Management Nurse, Child Psychiatrist, Clinical Lead Nurse, Clinical Nurse Trainer, Clinical Research Nurse, Coder Specialist Trainer, Communication Specialist, Community Relations and Outreach Manager, Compliance Specialist, Coordinator of Healthy Livable Communities,

32

©Copyright 2017 Urban Health Plan, Inc.
Administration Policies & Procedures, Human Resources
All rights reserved

Urban Health Plan, Inc.
Human Resources
Policies and Procedures

Coordinator of PI, Dentist, Performance Management Specialist, ESL Instructor, Facility Engineer, GED Instructor, Health Financial Analyst, HR Generalist/Recruiter, HR Senior Generalist, IS Analyst 3, Learning Specialist, Mid-wife, Nurse Care Manager, Nurse Practitioner, Nutritionist, Pharmacist, Physiatrist, Physical Therapist, Physician, Optometrist, Allergist, Physician Assistant, Audiologist, Cardiologist, Endocrinologist, Family Medicine Physician, OB/GYN Physician, Internal Medicine Physician, Nephrologist, Pediatrician, Podiatrist, Rheumatologist, Urologist, Planner/Grant Writer, Project Manager, Psychiatrist, Psychologist, Quality Measure Specialist, Research Nurse Coordinator, Respiratory Therapist, Sr. Account Executive for Physician Recruitment, Senior Accountant, Sr. Healthcare Financial Analyst, Sr. Nurse Care Manager, LCSW, LMSW, Staff Accountant, SHBP Supervising Physician.
CPA II WIC Nutritionist, CPA III Substance Abuse Coordinator, Information Analyst III, Sr. SharePoint Developer, PT Compliance Manager, Assistant Director of Health Literacy

3.  **Senior Management Associates:** *(Exempt)*
    AVP/Senior Director for Health Center Operations, Director of Human Resources, Director of IACH, Director of Nursing, Director of PDS, Director of Social Services, Senior Administrator, Sr. Director for Real Estate and Property Management,  Plaza Del Castillo Director, Plaza Del Sol Director, Director of the Institute of Advancement for Community Health Centers, Director of St. Lawrence, Director of Peninsula Community Health Center, Director of Social Services, Director of Facilities,  Senior Administrator, Director of MIS, Director of MIS, ASV for Health Center Operations, Director of Social Services, Senior Director for Policy & Compliance Officer

4.  **Management Associates:** *(Exempt)*
    Assistant Director of MIS, AVP for Care Management, Assistant VP of Medical Regulatory & External Affairs,  Associate Dental Director, Associate Director of Nursing, Associate Medical Director of Adult Medicine, Associate Medical Director of Behavioral Health, Associate Medical Director of Dental, Associate Medical Director OB/GYN, Associate Dental Director, Chief of Pediatrics, Clinical Director of Adolescent Clinic, Clinical Director of Boricua, Clinical Director of PDC, Clinical Director of PDS, Clinical Director of Pediatrics, Director of Clinical Best Practices/Education, Director of Procurement & Office Services, Director of Managed Care, Director of Accounting, Director of Care Management, Director of Community Based Research, Director of External Affairs, Director of Health Literacy,  Director of HIM & Privacy Officer, Director of Informatics, Director of MIS, Director of Nutrition, Director of Patients Accounts and Reimbursement, Director of Patient Advocacy, Director Patient Care Connection,

Reviewed by Human Resources 11/2017

©Copyright 2017 Urban Health Plan, Inc.
Administration Policies & Procedures, Human Resources
All rights reserved

Urban Health Plan, Inc.
Human Resources
Policies and Procedures

Director Physical Therapy, Director of Practice Management, Director of Risk Management, Director of WIC, Program Director, Sr. Director of Network Development, Senior Director of Emerging Business, Chief Medical Information Officer, Director of Reimbursement, Receivables and Patient Accounts, Director of External Affairs, Director of Health Literacy, Senior Director of Emerging & Strategic Initiatives, MICHC Director, WIC Director, Director of Nutrition Services, Director of Physical Therapist, Director of Procurement & Office Services, Director of Community Based Research, Director of Patient Advocacy, Director of Quality Improvement, Data Analyst & Reporting, Director of Practice & Performance Improvement Coaching

5.  **Supervisory Associates:** *(Exempt)*
    Assistant Administrator, Assistant Director of Nutrition, Assistant Director of Social Services, Charge Registered Nurse, Community Health Worker Supervisor, Coordinator of Call Center, Coordinator Demo Kitchen, Coordinator for Associate Wellness and Internship, Coordinator for PDS, Coordinator of Adult Behavioral Health, Coordinator of Child Behavioral Health, Coordinator of Billing, Coordinator of CBAPP, Coordinator of Dental, Coordinator of IT Support, Coordinator of New Patient Intake, Coordinator of Outreach &Enrollment, Coordinator of Patient Engagement &Self Management, Coordinator of Payroll, Coordinator of Pediatrics, Coordinator of Tracking, Coordinator of Walk-In Clinic, Coordinator of WIC Breastfeeding, Coordinator of Workforce Development, Coordinator Patient Service/Sliding Fee, Laboratory Coordinator, LPN Charge Nurse, Nutrition Services Coordinator, Office Manager, Program Coordinator, Referral Coordinator, Special Event Manager, WIC Support Service Coordinator, WIC Site Manager, SBHP Program Manager, Diagnostic Coordinator

6.  **Technical and Para Professional Associates:** (Non-exempt)
    HCSR II, HCSR, Medical Assistant, Dental Assistant, Diagnostic Technician I, Diagnostic Technician II, Nutrition Assistant, Senior Phlebotomist, Phlebotomist, Fondus Photography Tech – MA, Physical Therapy Aide, X-Ray Technician, Mammography Tech, EKG Technician, Community Health Educators, Licensed Practical Nurse, Intake Associate, Intake/ Casemanager, CPA I, IT Support Technician I, IT Support Technician II, IT Support Technician III, Application Support Technician, Niox Technician, Care Associate, Demo Kitchen Assistant, Medical Assistant In-Training, Medical Assistant/Tracker, EHR Specialist, EHR Audit Report Specialist, Health Educator I, Health Educator II, Health Educator III, Jr. Data Analyst, Nutrition Assistant, , Zumba Instructor, Job Developer, Certified Personal Trainer, Sr. telephone Support Specialist

34

Reviewed by Human Resources 11/2017

©Copyright 2017 Urban Health Plan, Inc.
Administration Policies & Procedures, Human Resources
All rights reserved

Urban Health Plan, Inc.
Human Resources
Policies and Procedures

7. **Support Associates:** (Non-Exempt)
Accounts Payable Clerk, Accounts Receivable Clerk, Administrative Assistant, Assistant to Lab Value Tracker, Assistant to the Administrator, Assistant to the Coordinator of Ordered Services, Biller/Coder, Breastfeeding Peer Counselor, Cash Collection Associate, Clinical Research Associate, Community Health Advocate, Community Health Worker, Credentialing Associate, Credentialing Specialist, Depression Case Manager, Diagnostic Clerk, Diagnostic Tracker, HIV Coordinator, Diagnostic Tracking Specialist, EMR Audit Report Specialist, Grant Accountant, Health Home Enrollment Specialist, HIM Associate, HR Generalist, Jr, Human Resources Associate, Information Desk Associate, Intake Associate, Intake Case Manager, Intake/Social Service Representative, Intake Specialist, Junior Accountant, Managed Care &Credentialing Office Assistant, Managed Care Associate, Managed Care Compliance Analyst, Materials Management Associate, Medical Affairs Associate, MICH Outreach Specialist, Navigator, Operator/Patient Relations, Outreach & Enrollment Specialist, Outreach Associate, Outreach Specialist, Patient Advocate, Patient Financial Counselor I, Patient Financial Counselor II, Patient service Representative, Payroll Specialist, Peer Review Associate, Program Assistant, Program Associate, Project Assistant, PSR/Managed Care, Quality Control Specialist, Referral Associate, Risk Management Associate, Safety Associate, Scanner, Sr. Account Payable Specialist, Social Service Representative, Student and Family Support Associate, Team Leader, Telephone Support Associate, Tracking Associate, Tracking Specialist, WIC Nutrition Assistant, WIC Program Assistant, WIC Training Specialist, Zumba Instructor, Talent and Learning Associate, Job Developer, WIC Outreach Specialist, Patient Engagement Coordinator, Ordered Service Tracking Specialist, Ordered Service Tracking Associate, Case Management Specialist

8. **Service Staff:** (Non-Exempt)
Handyman I, Handyman II and Maintenance/Environmental Services Worker (Porter), Environmental Services Associate, Driver, Messenger

35

Reviewed by Human Resources 11/2017

©Copyright 2017 Urban Health Plan, Inc.
Administration Policies & Procedures, Human Resources
All rights reserved

Urban Health Plan, Inc.
Human Resources
Policies and Procedures

## "PER-DIEM" POOL

**POLICY:**          It is the policy of UHP to complement career and limited appointments with per diem appointments when necessary to maintain staffing levels for temporary and emergency periods in critical areas of UHP operations.

**RESPONSIBILITY:**  Classification of per diem positions rates of pay for each per diem class shall be determined by the Vacancy Control Board

**ELIGIBILITY:**     An individual is eligible for appointment to a per-diem position when that individual meets the qualifications established for the parallel class used for career positions. He/she must be available to work including weekdays, weekends and holidays.  Titles under the per-diem pool are Registered Nurse, Licensed Practical Nurse, Medical Assistant, Dental Assistant, and Phlebotomist.

### 1. Internal Candidates

    a. Current associates who are employed at less than 20 hours per week or less. Shall have appropriately demonstrated required competencies for the assigned clinical area.

    b. Associates who are currently employed at an FTE of 30 hours per week or greater may only enter the pool if they reduce their current status to less than 20 hours per week.  Shall have appropriately demonstrated required competencies for the assigned clinical area.

### 2. External Candidates

    a. All candidates are subject to a competency test that will determine whether they would be considered for employment with UHP.  All prospective candidates must have a valid NYS licensure and/or certification, educational requirements and meet all UHP credentialing requirements.

    b. Because of hourly pay practices, an associate appointed to a per diem position in an exempt title shall be treated as a non-exempt associate subject to FLSA minimum wage and overtime provisions.

Reviewed by Human Resources 11/2017

©Copyright 2017 Urban Health Plan, Inc.
Administration Policies & Procedures, Human Resources
All rights reserved

Urban Health Plan, Inc.
Human Resources
Policies and Procedures

**PROCEDURE:**

1. Newly hired associates must be available to participate in UHP New Associate Orientation and two (2) weeks nursing orientation and annual orientation as well as mandatory in-service education courses and department competencies to maintain and enhance skills.

2. Per Diem associates are subject to standards of conduct and conflict-of-interest regulations.  Associates are required to receive performance evaluation.  Per Diem associates ar``e not eligible to benefits other than NYC Paid Sick based on the numbers of worked hours.

3. Per Diem associates will have the opportunity to schedule in advance to cover pre-existing vacancies or may be scheduled the same day to cover absences.    They work on an as-needed basis and, therefore should not be given any assurances of continued employment.    They should also not be given future scheduling guarantees based upon satisfactory performance.

4. Any site/department cancelling a per-diem associate shall do so 2 hours before the beginning of the shift.
   a. If a per-diem associate arrives at work and is then cancelled, he/she shall be paid for 4 hours.

5. Absenteeism:
   a. The per-diem associate shall abide by the call in times established by UHP attendance policy.
   b. Three absences within a four-month period shall result in termination from the pool
   c. A per-diem pool that refuses to go to an assigned unit shall be immediately terminated from the pool.
   d. Failure to comply with the guidelines of this policy shall result in disciplinary action.

6. A per diem associate's eligibility for scheduling may be discontinued at any time without cause.

7. Per Diem associates will typically be appointed to departments with in-house temporary employment pools where assignments will vary according to job description, location, duration and percentage of time.  Departments who have a need for temporary or part-time associates, where the terms and conditions of employment are pre-established and regular, will generally use career and limited appointments as appropriate

8. Separation from a per diem position is effective upon written and/or oral notice of either the incumbent or the department head.

Reviewed by Human Resources 11/2017

©Copyright 2017 Urban Health Plan, Inc.
Administration Policies & Procedures, Human Resources
All rights reserved

Urban Health Plan, Inc.
Human Resources
Policies and Procedures

| Issued by (Site/Dept):<br>Human Resources | | Revision Date:<br>November 2017 | |
|---|---|---|---|
| Prepared<br>By: | _Marta Ruys_ 11/29/17<br>Signature          Date | Approved<br>By: | 12/10/17<br>Signature          Date |

## SELECTION/HIRING PROCESS
*HR Standard 1.10*

### PURPOSE
Urban Health Plan is committed to employing, in its best judgment, the best qualified candidates to fill approved organization positions while engaging in recruitment and selection practices contributes to the overall success of the organization. Each associate, while employed, is hired to make a significant contribution to UHP. It is the policy of UHP to provide equal employment opportunity for employment to all applicants and associates and meet compliance with all applicable employment laws.

The appropriate authorization is required to initiate any action for an open position, including any recruitment efforts, advertising, interviewing and offers of employment, and is required to extend any offers of employment to any candidate. At the same time ensure that qualified and competent associates are selected to accomplish UHP's mission and goals for providing quality care.

### RESPONSIBILITY
Urban Health Plan, Inc believes that selecting and hiring qualified individuals to fill positions contributes to the overall strategic success of UHP. Each associate, while employed, is selected to make significant contributions to UHP. In hiring the most qualified candidates for approved positions, the following selection/hiring process should be followed.

The HR department is responsible for overall management of the recruitment and selection processes.

### PROCEDURE
### Staffing Plan
Each department is responsible to prepare a staffing plan addressing the needs of patient care and the accomplishment of the organization and departmental goals and objectives.

Reviewed by Human Resources 11/2017

38

©Copyright 2017 Urban Health Plan, Inc.
Administration Policies & Procedures, Human Resources
All rights reserved

Urban Health Plan, Inc.
Human Resources
Policies and Procedures

## Job Requisitions

Job requisitions must be completed in order to recruit and fill UHP positions. Requisitions must be initiated by the hiring department supervisor/coordinator/manager. Requisition approval by the division director is also required as needed and then forwarded to Human Resources. Job requisitions should indicate the following:

- Position Title
- Position's hours/shifts, location
- Exempt or nonexempt status of the position
- Salary Range
- Funding Source
- Reason for the opening
- Essential job functions and qualifications (or a current job description may be attached)
- Equipment/supplies required
- Group Interview composition

## Job Postings

All job openings are posted on UHP bulletin boards, Intranet and Smart Search (ATS) for associates to review. The bulletin boards are located in the associate lunchroom in all sites. Jobs will remain posted until the position is filled.

## Internal Transfers

Associates who have been in their current position for at least six months may apply for internal job openings. This requirement may be waived with the consent of the associate's manager and Human Resources. Associates must complete an "Internal Job Application". The application should be completed and submitted to Human Resources within the five (5) days of the posted job opening. All applicants for a posted vacancy will be considered on the basis of their qualifications and ability to perform the job successfully. Human Resources will notify internal candidates who are not selected. Once transferred to a new position, employees' will serve a probationary period of 90 days.

## Recruitment Advertising

Positions are advertised externally based upon the need and budget requirements. Human Resources Recruiters and the Sr. Account Executive for Physician Recruitment & Engagement are responsible for placing all recruitment advertising. Potential recruitment sources include:

    a. Newspaper advertising
    b. Internet advertising
    c. Internet sourcing

Reviewed by Human Resources 11/2017

39

©Copyright 2017 Urban Health Plan, Inc.
Administration Policies & Procedures, Human Resources
All rights reserved

Urban Health Plan, Inc.
Human Resources
Policies and Procedures

    d.  Retained agency search
    e.  Temporary agency
    f.  Associate Referral
    g.  Campus recruitment
    h.  National Health Services Corps

**Interview Process**

Human Resources will pre-screen applications and/or resumes prior to scheduling interviews with hiring managers to ensure that the candidate meets the qualifications and job specifications as per position description and is able to perform the essential functions of the job.  Human Resources will refer the pre-screened candidate to the hiring department manager for review and interview (if interested).  Group interviews are conducted for all positions.   The HR department is available to advise hiring managers on interview techniques and final candidate selection.  Interview questions should be compiled by the interviewing team and reviewed by Human Resources.  After the team completes the interview process, the results of the interview should be forwarded to HR and the hiring director/manager for review.  The hiring department director/manager has the ultimate responsibility for recommending their selection.

Directors/managers/supervisors/coordinators must notify Human Resources of all interviews conducted using the applicant's summary tracking form.   All applications and resume of applicants not selected will be forwarded to Human Resources for appropriate retention.  Human Resources will notify applicants no longer considered.
The HR department will conduct reference checks and background checks on the selected final candidate.

**Reference checks, criminal background checks, and drug and alcohol testing**

After a decision has been made to hire a particular candidate, a job offer will made to that individual contingent on satisfactory completion of reference checks and criminal background checks.
The HR department will check references and pre-employment physical including drug and alcohol screen.

**Job offers**

If the HR department receives satisfactory results from reference checks, criminal background check, and the drug and alcohol screen, it will notify the candidate to confirm the offer.

Reviewed by Human Resources 11/2017

©Copyright 2017 Urban Health Plan, Inc.
Administration Policies & Procedures, Human Resources
All rights reserved

Urban Health Plan, Inc.
Human Resources
Policies and Procedures

**Initial start date**

On an associate's start date, the associate will complete required paperwork and an orientation with the Learning Center.  The new associate's manager or coordinator is responsible for providing a department orientation for the new associate.

Reviewed by Human Resources 11/2017

©Copyright 2017 Urban Health Plan, Inc.
Administration Policies & Procedures, Human Resources
All rights reserved

Urban Health Plan, Inc.
Human Resources
Policies and Procedures

Human Resources Department

Urban Health Plan, Inc.
Phone Pre-Screening Check list/Evaluation Form

Interviewer_____    Position_____    Date_____

| | Questions/Statements | Response | 1/0 |
|---|---|---|---|
| 1 | State Title, Describe Position | | |
| 2 | Salary   Language   Schedule | | |
| 3 | How did you learn of, or are familiar with UHP? | | |
| 4 | Do you know anyone who works here? | | |
| 5 | Why do you want to leave your current job. Why did you leave your last job? | | |
| | **Behavior Based Questions:** | | |
| 6 | UHP's culture emphasizes on patient satisfaction. Tell me about customers/patients with whom you've interacted with frequently. Describe how you let them know that you value their presence and take pride in servicing them. (How do you greet them when they call/visit your place of business? How do you interact - how do they respond. ) | | |
| 7 | Tell me about an experience you had where you aimed to reach a goal... Were there any barriers? Were you able to achieve your goal? Give an example of an especially difficult assignment. What was your role? What were the obstacles? Outcome ? | | |
| 8 | If you have an associate/co-worker, that does not seem to be carrying their share of the workload, how would you respond? | | |
| 9 | Tell me about a time when you disagreed with your boss/associate. How did you handle it? (ie. What do you do when you disagree with your boss?) | | |
| 10 | Which do you think is most important, internal customer service (associate /co-worker healthy/welcoming/respectful relationships) or external customer service (service between patients, visitors etc.)? Outstanding internal customer service is essential to flourish high communicative environments leading to positive teamwork, connecting on processes, procedures and expectations. | | |
| 11 | Overall why you should be selected for the position over someone else? What's the best word that describes you? What's the greatest asset in which you currently bring to your company, or can bring to UHP? | | |

Score Tally_____

| Interviewer Rate of Characteristics | Poor | Fair | Average | Good | Comments |
|---|---|---|---|---|---|
| Communication | | | | | |
| Maturity | | | | | |
| Professionalism | | | | | |
| Positive Character/Personality | | | | | |

Interview Scheduled_____
Date/Time_____

©Copyright 2017 Urban Health Plan, Inc.
Administration Policies & Procedures, Human Resources
All rights reserved

42

Urban Health Plan, Inc.
Human Resources
Policies and Procedures

## Introduction

In our continued efforts to strengthen Urban Health Plan's goal to "Become a Preferred Employer," we have established a Group Interview Selection Process.   This process will facilitate an interaction among Executive/Senior Management/Coordinators and Support Staff with the Candidate being interviewed.  The question and answer format will assist in probing essential characteristics we would like to capture during the interview e.g. customer service, organizational support, motivation and initiative, planning and organizing, communication, interpersonal skills, etc.

We are confident that this interviewing and selection process will be fruitful in accomplishing our collective goals.

## Selection Process Interviewing Questions

**Group Interview Process:**

1.  Human Resources Department sends resumes of potential to lead interviewer for their review after HR recruiter pre-screening is conducted.
2.  Lead interviewer selects candidates that s/he thinks meets qualifications for the position and requests HR to set-up an appointment for interview.
3.  HR will advise Lead Interviewer and other group members of interviewing date and time.
4.  Lead interviewer is responsible for calling meeting of group interviewers to establish which questions are to be asked, from the interview questions below, of ALL candidates interviewed.  The group will also discuss specific questions on responsibilities and duties to be performed by candidate, based on job description.
5.  Group interviewers will interview candidate and will rate candidate.
6.  After discussion, by the group interviewers, a decision to select a candidate or decline will be made.
7.  HR is to be requested to send an Offer Letter or a Letter of Regret.
8.  If the candidate is offered the position and an acceptance is received, HR will set-up an associate physical with Employee Health Services.
9.  Employee Health Services will conduct pre employment physical exam and tests and will clear the candidate depending on exam and test results.
10. Upon clearance hiring manager will be notified and the associate will be given a conditional offer of employment and pre-employment process will be initiate upon acceptance of offer.

Reviewed by Human Resources 11/2017

43

©Copyright 2017 Urban Health Plan, Inc.
Administration Policies & Procedures, Human Resources
All rights reserved

Urban Health Plan, Inc.
Human Resources
Policies and Procedures

## Group interview questions to be used for candidates applying for new/vacant positions:

### Customer Service
- What does customer service mean to you and what do you understand the term "internal customer service" to mean?
- Tell us about a time you demonstrated excellent internal customer service.
- Tell us about the most difficult patient or customer encounter you've experienced. How did you handle it?
- In your experience with patient's or customers tell me about a time when you did not meet their needs in a timely manner. What did you do?

### Organizational Support
- How can you contribute to the Mission of Urban Health Plan?
- Where did you hear about UHP? What do you think about Urban Health Plan?
- Are you prepared to perform duties that may not be part of your routine? How would you react to this?

### Motivation and Initiative
- What is the most difficult or frustrating part of constant change for you? How do you cope with it?
- Tell us about a complex document you had to read and interpret. How did you achieve the necessary level of understanding?
- Tell me about a time when your supervisor was absent and you had to make a decision.

### Planning and Organizing
- What methods or techniques do you use to plan, organize and prioritize your work to ensure all tasks get completed? Describe how you applied one of these methods and/or techniques in a specific situation.
- What role do you play in ensuring a smooth working environment when your supervisor is away?
- Tell us about a task or project you completed that required a very high level of accuracy and thoroughness. What steps did you take to ensure both were achieved?
- Tell me about a time when you had critical tasks to complete and were running out of time. What did you do?

Reviewed by Human Resources 11/2017

©Copyright 2017 Urban Health Plan, Inc.
Administration Policies & Procedures, Human Resources
All rights reserved

Urban Health Plan, Inc.
Human Resources
Policies and Procedures

*Communication*
- What techniques have you used to listen effectively? Give me an example of when you applied them in a difficult situation.

*Interpersonal Skills*
- What are some of the common friction areas you watch for when working with others?
- How do you take direction?
- How do you take criticism?
- Tell me about a time you had a serious conflict with a coworker.  How did you handle the situation?
- What do you feel/think should be the relationship between the manager and the associate?
- Describe a situation where you had a serious conflict with a coworker that you did not like or respect.  How did you cope with the relationships?
- Tell us about a time you had to tactfully confront someone about his or her inappropriate action or behavior.  How did you do it?
- Remaining calm under extreme pressure is a difficult skill for many people. First, tell us about a situation when you were able to remain calm; and Secondly, describe a situation when you were not able to stay calm under pressure.  What happened and what did you do about it?

*Technical Skills*
- Do you feel you can Multi Task throughout the day or do you prefer to do one job only?

*Personal Attributes and Values*
- If you had to describe yourself in one word what would that be?
- Why do you think you are the best qualified person for this position?
- Why are you leaving your present employment?
- Why do you want to work for UHP?
- In three or four sentences define what you expect from the job?
- Tell us about a time when your values were in conflict with the organization's value.  What did you do?

©Copyright 2017 Urban Health Plan, Inc.
Administration Policies & Procedures, Human Resources
All rights reserved

Urban Health Plan, Inc.
Human Resources
Policies and Procedures

### *Attendance and Punctuality*
- How many days where you absent or late from your last position? Can your last employer verify this information?

### *Quality of Work*
- What methods or techniques do you use to monitor the quality of your work? Give me an example of when using these methods they enabled you to correct a problem or error that otherwise would not have been identified.

### *Specific Questions Related to Job Description*
- Questions to candidate about essential duties and responsibilities and competencies required to perform the job.

Reviewed by Human Resources 11/2017

46

©Copyright 2017 Urban Health Plan, Inc.
Administration Policies & Procedures, Human Resources
All rights reserved

Urban Health Plan, Inc.
Human Resources
Policies and Procedures

**Urban Health Plan, Inc.**
**Human Resources Department**
**Group Interview Assessment Form**

Interviewee: _____     Position_____     Date_____

**Interviewers**: _____

Based on the group interview, please evaluate the candidate's qualifications for the position listed above.

| Interview Assessment Questions: | Exceeds Require-ments | Meets Require-ments | Needs more training | Does not meet Require-ments | Not Applicable |
|---|---|---|---|---|---|
| Does the candidate have the necessary **educational diploma/certificate/ licenses** required for the position? | | | | | |
| Does the candidate have prior **work experience** in which is related to the position? | | | | | |
| Has the candidate confirmed to your satisfaction that he/she has the **necessary skills** to perform the job successfully? | | | | | |
| Has the candidate demonstrated that he/she has the necessary experience/skills in **supervising** others to perform the job successfully? | | | | | |
| Has the candidate demonstrated to your satisfaction that he/she has the necessary **leadership skills** to perform the job successfully? | | | | | |
| Does the candidate demonstrate a commitment to serve our Patients/Associates based on UHP's **Cultural** goals and values? | | | | | |
| If required for the position, is the candidate **bilingual**, English/Spanish? | | | | | |
| Does the candidate possess the **availability** to accommodate your scheduling needs? | | | | | |

| Impression/Characteristics | Poor | Fair | Average | Good |
|---|---|---|---|---|
| Dress | | | | |
| Grooming | | | | |
| Body Language | | | | |
| Eye Contact | | | | |
| Self-Confidence | | | | |
| Maturity | | | | |
| Professionalism | | | | |
| Verbal Communication | | | | |

**Would you recommend the candidate for another position/department at UHP?** _____
**If Yes, which one**_____

**Can the candidate benefit from Project Hope? Yes _____ No_____**

**Please note the schedule for the position (Days/Hours):** _____

**Comments/Recommendations:** _____

_____

47

Reviewed by Human Resources 11/2017

©Copyright 2017 Urban Health Plan, Inc.
Administration Policies & Procedures, Human Resources
All rights reserved

Urban Health Plan, Inc.
Human Resources
Policies and Procedures

**Reference Check, Credentials/Licensure, Fingerprints and Drug Screening– Job Offer**
Once the decision has been made regarding interest in hiring an applicant an offer will be made contingent upon satisfactory completion of reference check, background check including fingerprints, credentials/licensure/registration verification, and clear drug screening from UHP Employee Health Services by HR.

The Human Resources Generalist/Recruiter will check references and employment eligibility (I-9) for all candidates. Physicians and Non - Physician medical providers will be processed through the credentialing process. Employee Health provider will conduct a pre employment physical exam.
(Credentialing/Licensure is repeated annually)

**Initial Start Date and Orientation**
On the initial start date, associates will complete required paperwork in the Human Resources Department.  Associates will be provided with their associate ID card.

Reviewed by Human Resources 11/2017

©Copyright 2017 Urban Health Plan, Inc.
Administration Policies & Procedures, Human Resources
All rights reserved

Urban Health Plan, Inc.
Human Resources
Policies and Procedures

# I-9 VERIFICATION & E-VERIFY AND POLICY AND PROCEDURE

**Policy:**     To comply with federal regulations of the Immigration Reform and Control Act (IRCA), all employees are required to complete an Employment Eligibility Verification form (I-9 form). This law applies to all individuals hired, including part time / temporary employees.  Additionally, UHP is an E-Verify employer.  E-Verify is a web-based program administered by the U.S Department of Homeland Security Administration that supplements the current I-9 employment eligibility verification process.  The program determines whether the information provided by the new hire matches government records and whether the new hire is authorized to work in the United States.

All employees must complete Section 1 of the I-9 form on day one off their employment.  All employees must complete the I-9 form within three (3) business days of the date employment begins by providing appropriate documentation.  Any employee who fails to complete the I-9 within the three (3) day time period cannot continue to work at UHP.

To maintain compliance, the appropriate UHP designee must also certify Section 2 of From I-9 AND prepare the E-Verify report within three (3) business days of the date of employment.  The below procedure outlines the appropriate employer designee based on employee type.

## Form I-9 and E-Verify Procedure

### Administrative/Professional staff and Full-Time Associates

The human resources associate completes the I-9 form, obtains supporting documents, and prepares the E-Verify report.  The I-9 form, photocopies of the supporting documents, and E-Verify report should be submitted to HRM no later than three days after the new employee's date of hire.  All of the documents are retained in HRM.

### International Students and Scholars

All new hires authorized to work in the U.S. with F or J visas are required to schedule an appointment with the International Student Scholar Institute (ISSI).  The I-9 & E-Verify report are completed and retained at ISSI.  A copy of the I-9 form, supporting documents and the E-Verify report is forwarded to HRM (staff, temporary non-students, associates).

49

Reviewed by Human Resources 11/2017

©Copyright 2017 Urban Health Plan, Inc.
Administration Policies & Procedures, Human Resources
All rights reserved

Urban Health Plan, Inc.
Human Resources
Policies and Procedures

**Temporary Employees**

The Hiring department staff completes the I-9 form, obtains supporting documents, and prepares the E-Verify report. The I-9 form, photocopies of the supporting documents, and E-Verify report should be submitted to HRM no later than three days after the new employee's date of hire. All of the documents are retained in HRM.

**Re-verifications & Re-hires**

Re-verification of the I-9 form: Federal regulations require UHP to update and /or re-verify the I-9 form when one of the following occurs:

o   An employee is terminated and then re-hired to UHP. The original I-9 is valid only when the employee is re-hired within three years of the original hire date. Otherwise, a new I-9 form and E-Verify report must be completed. A new E-Verify report must be completed for all re-hires.

o   An employee's work authorization is about to expire and a new or extended status has been approved, or, the employee's status has changed to another non-immigrant or to immigrant status. No new E-Verify report is required for work authorization re-verifications.

Re-verifications for terminated employees who are rehired within 3 years of the original start date should be completed at the location that the original I-9 is stored. For example, Administrative & Professional staff and full-time associates would report to HRM to re-verify their I-9, whereas Part-Time associates should report to their hiring department.

Re-verifications related to updated work authorization and visa updates should be completed at either ISSI (F & J visa status) or all employment-based visas.

**I-9 Retention**

UHP must retain a valid I-9 for all its active employees. Once an employee has terminated, I-9's are retained for three years from the original start date or 3 years beyond the associates termination date, whichever date is later.

**Streamline Verify**

Upon selection and on a monthly basis thereafter, all associates are verified through Streamline Verify for OMIG exclusionary list for Medicaid fraud.

Reviewed by Human Resources 11/2017

©Copyright 2017 Urban Health Plan, Inc.
Administration Policies & Procedures, Human Resources
All rights reserved

Urban Health Plan, Inc.
Human Resources
Policies and Procedures

## POSITION DESCRIPTIONS POLICY

**PURPOSE:**   To provide uniform guidelines in the development, maintenance, and implementation of our job requirements and the evaluation of the standards of job performance.   UHP will develop and maintain current job descriptions for all established and authorized positions.

The Performance Management Specialist, Compensation Analyst and Department Director/Coordinator Manager will developed job descriptions and recommend salary or rate ranges for positions.

**DEFINITIONS:**

- The term exempt employee shall refer to an individual who is considered to be classified as "exempt" in accordance with the requirements of the Fair Labor Standards Act.
- The term non-exempt employee shall refer to an individual who is considered to be classified as "non-exempt in accordance with the requirements of the Fair Labor Standards Act.
- The term job description shall refer to the written document(s) generated by the Human Resources department that is used to document the basic skills, education and experience if necessary to meet the exempt and non-exempt job requirements.
- The term job description matrix refer to the electronic system (PMS) maintained by UHP to identify approved job descriptions.

**RESPONSIBILITY:**   Leadership & Management.  The Director of Human resources shall be responsible for the administration of the procedures hereunder. He/She shall also complete the following in accordance with the procedures outlined in this document.

Reviewed by Human Resources 11/2017

51

©Copyright 2017 Urban Health Plan, Inc.
Administration Policies & Procedures, Human Resources
All rights reserved

Urban Health Plan, Inc.
Human Resources
Policies and Procedures

**OBJECTIVE:**

Urban Health Plan, Inc will develop and maintain current job descriptions for all established and authorized positions. It shall be the responsibility of every manager/supervisor/coordinator to ensure that a position description exists for each position title and is current for every associate under his or her supervision.

It shall be the responsibility of the Human Resources Department to ensure that these position descriptions:

- Are maintained in the UHP Plan of Job Titles or in an otherwise accessible fashion;

- Reflect the responsibilities assigned to the position class title;

- Are periodically reviewed for accuracy, relevancy, and currency;

- Are reviewed prior to the initiation of the recruitment process by the requesting department.

Should a new or revised job description be required within a department, the director, manager or coordinator will send a written statement outlining the job requirements and minimum qualifications to the HR Performance Management Specialist. At least 15 days prior to the desired effective date of the proposed job description and VCB submission.

The HR Performance Management Specialist will:
- Determine whether a current job description can be used, and, if so, advise the requestor to use the applicable job title.
- Revise the current job description to adequately describe the proposed job duties.
  i. Develop a job description, should a new one be required, and ensure that it contains the following
     Job title
  ii. Job classification
  iii. Essential functions of the job (or job duties)
  iv. Job qualifications
  v. Salary range or wage rate
- Submit the job description for recommendation to the appropriate manager.

Reviewed by Human Resources 11/2017

52

©Copyright 2017 Urban Health Plan, Inc.
Administration Policies & Procedures, Human Resources
All rights reserved

Urban Health Plan, Inc.
Human Resources
Policies and Procedures

Position descriptions are provided on the first day of new associate orientation.  The following guidelines shall apply for the distribution:

- UHP Plan of Job Titles consisting of approved position class descriptions will be issued to Senior Managers, Directors, and Site Administrators and will be kept current by the issuance of periodic updates.

- Supervisors have access to all positions descriptions covering associates under their jurisdiction.

- Associates   has access to the position description for their position

- Other requests will be considered on a case-by-case basis and reported to the Director of Human Resources if granted.

**PROCEDURE**

1. The HRD and/or HR Performance Management Specialist shall notify the Department Director or Coordinator in writing when job descriptions needs to be developed or revised and dates by which they must be completed; distribute copies of existing job descriptions and new job descriptions forms to complete; and assist the Department Director/Coordinator in the appropriate completion of the job description, on an as-needed basis.

2. Should a new or revised job description be required within a department, the manager/supervisor/coordinator will send a written statement outlining the job requirements and minimum qualifications to the HR Performance Management Specialist at least 15 days prior to the desired effective date of the proposed job description.

3. The Department Director/Coordinator shall generate or revise job descriptions to accurately describe the requirements of the position; return completed job description to the Human Resources Performance Management Specialist by the established deadline date.

4. The Department Director/Coordinator shall generate or revise job descriptions to accurately describe the requirements of the position; return completed job description to the Human Resources Performance Management Specialist by the established deadline date.

Reviewed by Human Resources 11/2017

©Copyright 2017 Urban Health Plan, Inc.
Administration Policies & Procedures, Human Resources
All rights reserved

Urban Health Plan, Inc.
Human Resources
Policies and Procedures

5. The Department Director/Coordinator shall generate or revise job descriptions to accurately describe the requirements of the position; return completed job description to the Human Resources Performance Management Specialist by the established deadline date.

6. The Department Director/Coordinator shall generate or revise job descriptions to accurately describe the requirements of the position; return completed job description to the Human Resources Performance Management Specialist by the established deadline date.

7. The HR Performance Management Specialist shall review the job descriptions and development plans received from the Department Director/Coordinator to confirm completeness and ensure applicable requirements are met; recommend modifications to the Department Director/Coordinator, where appropriate; approve all job descriptions and development plans where applicable requirements have been met; provide a copy of approved job descriptions and development plans to the Department Director/Coordinator within five business days of being approved; maintain originals of each completed job description using PMS for storage, retrieval and safe keeping of same; update UHP job description matrix.

8. The HR Performance Management Specialist, upon receipt of statement requesting a new job description, will:
   a. Ascertain whether a current position description can be used, and advice the requestor to use applicable job title.
   b. Revise the current position description to describe adequately the proposed job duties.
   c. Develop a position description, should a new one be required, and ensure that it contains the following:
      - Position title
      - Essentials of the position (duties and responsibilities)
      - Specific information regarding the minimum education and experience requirements for the position title.
      - The knowledge and abilities required for the position
      - A functional statement.
      - Age – specific competencies requirements.

9. The department head shall certify the accuracy and currency of the position description or make the necessary additions and/or deletions to the position description.

54

Reviewed by Human Resources 11/2017

©Copyright 2017 Urban Health Plan, Inc.
Administration Policies & Procedures, Human Resources
All rights reserved

Urban Health Plan, Inc.
Human Resources
Policies and Procedures

10. Where a significant change has occurred to warrant a review of the position classification. The HR Compensation Specialist in coordination with the Human Resources Director and the HR Performance management Specialist shall determine the proper position class title for positions based on the information supplied by the department director or coordinator.

11. Once the position description is approved, it will be placed in the Human Resources position description file and a copy sent to the requesting department.

12. The Department Director and the HR Performance Management Specialist will develop all job descriptions and recommends salary or rate ranges to the appropriate Department Director or Coordinator to conform with provisions of UHP salary structure.

13. The department director or coordinator shall review the job description with the associate.

14. Periodically, as required, HR will perform a random number of desk audits to determine the accuracy and adequacy of existing descriptions and reports the findings at the VCB committee meeting and appropriate senior management.

Reviewed by Human Resources 11/2017

©Copyright 2017 Urban Health Plan, Inc.
Administration Policies & Procedures, Human Resources
All rights reserved

Urban Health Plan, Inc.
Human Resources
Policies and Procedures

| Issued by (Site/Dept): Human Resources | | | | Revision Date: November 2017 | | |
|---|---|---|---|---|---|---|
| Prepared By: | *Wanda Reyes* (signature) | 11/29/17 Date | Approved By: | (signature) | 12/10/17 Date | |

## UHP STAFFING PLAN
## JOB POSTING POLICY

**PURPOSE:**
To ensure equal employment opportunity to the associates and offer opportunity for development and career advancement through transfer/promotion from within. To provide directors/managers/coordinators with qualified internal applicants:

1. Position Requisition
2. Internal Job Application Form
3. Payroll Change Form

**RESPONSIBILITY:**   Leadership and Human Resources

**OBJECTIVE:**
To ensure that all associates are made aware and have the opportunity to apply for open positions either before or concurrent with UHP consideration of external candidates for employment. Organization conditions permitting, all regular part-time and full-time positions below Director's level are to be posted when an opening occurs.

While it is UHP's philosophy to promote from within, whenever possible, there are organization conditions that could cause a position to be filled without posting, or to post the position while simultaneously recruiting from the outside.  The organization conditions that could cause a decision to bypass posting, or to post the position while simultaneously recruiting from the outside, include, but are not limited to organizational restructuring, position requirements that include skills, education, and/or experience that are known to match any existing employee; critical operational needs; etc.  In addition to these organization conditions, managers may request an exception when they have candidates within the same department who are qualified and/or already trained for the position. The decision to fill the position without posting requires the joint approval of the Department Head, the Director of Human Resources and the CEO.  The decision to recruit from the outside at the same time as posting requires approval of Human Resources and CEO.

Reviewed by Human Resources 11/2017

©Copyright 2017 Urban Health Plan, Inc.
Administration Policies & Procedures, Human Resources
All rights reserved

Urban Health Plan, Inc.
Human Resources
Policies and Procedures

**PROCEDURE**

**1.** Eligibility for application:

> All regular full-time and part-time associates with six or more months of continuous UHP service, and have a satisfactory performance and attendance record, are eligible to apply for posted openings.  The associate is responsible for evaluating his/her own career interest and goals with Urban Health Plan, Inc.

**2.** Method of Posting

Job openings will be posted on the following:

- Human Resources Department
- Associates Lounge
- Satellites
- Applicant Tracking System (SmartSearch)

**3.** Posting Duration:

- Jobs will be posted for five working days, during which time applications may be submitted to Human Resources.

**4.** Posting Information

Each job posting will contain the following information:

- Position title
- Department
- A position description, which includes: a concise summary of principal duties and responsibilities and skills and competencies requirements of the position, and minimum qualifications of the candidates for the position.

**Application Procedure**

Qualified and eligible associates who wish to apply for a posted position should:

a. Obtain and complete an Internal Job Application form from the Human Resources Department.

b. Obtain signature of their immediate supervisor.  This will acknowledge the supervisor's awareness that the employee is submitting his/her name as a candidate.  The supervisor should understand and

c. Encourage associate's career goals, assist in defining career objectives and encourage employee to pursue career development. In extreme organization conditions, the associate's supervisor feels the transfer/promotion of associate will be detrimental to the operation, Supervisor provides an exception request to the Department Head, CEO and HR immediately for approval; if approved, the associate can be informed prior to the interview.

d. Forward the Internal Job Application form to Human Resources before/by the

57

Reviewed by Human Resources 11/2017

©Copyright 2017 Urban Health Plan, Inc.
Administration Policies & Procedures, Human Resources
All rights reserved

Urban Health Plan, Inc.
Human Resources
Policies and Procedures

closing date specified on the Job posting.

**Qualified and eligible associates who wish to apply for a posted position should:**
**Screening and Interviewing:**

- Human Resources will review each applicant's qualifications. This may include a discussion with the associate's supervisor.

- Human Resources will, if appropriate, interview candidates and discuss their qualifications and interest in the position. Any associate lacking the qualifications for the position in question will be so notified.

- The hiring department will interview all qualified candidates. Department directors/managers/coordinators may request to review the original employment application, resume, and two of the most recent performance appraisals for each candidate.

**Notification of Position Award**

All candidates interviewed by the receiving department will be notified of the disposition of the position. Such notification will be the responsibility of the Human Resources Department.

**Effective Date of the Position Award**

Normally, the successful candidate will fill the new position within two weeks of the position award. If, however, this is not possible and more than two weeks is required for the convenience of UHP, any new salary associated with the employee's position change will become effective no later than four weeks after the date of the award.

**Pay Changes**

All changes in pay will be consistent with the guidelines listed in the wage scale program. The salary offered for the new position will be determined primarily based on the associate's qualifications for the new position and internal equity within the department or classification. Employees can choose to accept or decline offers without repercussions in their current position.

58

Reviewed by Human Resources 11/2017

©Copyright 2017 Urban Health Plan, Inc.
Administration Policies & Procedures, Human Resources
All rights reserved

Urban Health Plan, Inc.
Human Resources
Policies and Procedures

## INTRODUCTORY PERIOD

**POLICY:**     All new associates shall begin their employment with an introductory period in order for them to become acquainted with Urban Health Plan and their responsibilities, as well as to allow UHP to evaluate the associate's ability to perform their duties and responsibilities successfully.

The introductory period for non-exempt associates shall be for three (3) months and exempt associates shall be for six (6) months.  At the end of the three-month/6-month introductory period, you will be appraised using the standard UHP performance evaluation.  Included in this evaluation will be a recommendation for ongoing employment.  However, successful completion of the introductory period is neither a contract nor a guarantee of employment for any specific duration nor does it establish a just cause termination standard.  As with all other associates, new associates may be terminated at will without prior notice during the introductory period.

The introductory period may be extended for up to three additional months if the supervisor and department head/coordinator believe additional time is needed to evaluate the ability of an individual to perform the job requirements.  The Director of Human Resources must approve the introductory period extension.

**PROCEDURE:**  1.  The Department of Human Resources will notify the immediate Department Head/Coordinator of the associate(s) for whom the introductory period is due to expire.

2.  The Department Head/Coordinator will evaluate the associate's ability to perform their duties and responsibilities, in order to make a recommendation to the Human Resources Director as to whether the associate should become a regular associate or if an extension of the introductory period is needed.

3.  If the associate is given a satisfactory evaluation he/she will become a regular associate.  If the Department Head/Coordinator evaluates the new associate and finds that more time is needed to evaluate the ability of an individual to perform the job requirements, then he/she will make a recommendation to the Human Resources Manager to either extend the introductory period or terminate the associate.

Reviewed by Human Resources 11/2017

59

©Copyright 2017 Urban Health Plan, Inc.
Administration Policies & Procedures, Human Resources
All rights reserved

Urban Health Plan, Inc.
Human Resources
Policies and Procedures

## FINGERPRINTS

**POLICY:**    In an effort to assist in the assurance for an orderly, safe and productive environment for patients, students and associates, and further insure that potential Urban Health Plan, Inc. employees have backgrounds appropriate for the positions, for which they have applied, criminal backgrounds inquiries shall be made for all new employees within certain designated job titles.

**PROCEDURE:**

1. All prospective employees for the School Health program or in consideration of a driver, procurement or facilities position are required to undergo pre-employment criminal background check via fingerprinting.

2. Once the prospective associate has accepted the job offer, Human Resources will provide the associate with a money order to cover the fingerprint application process and the required letter, meeting the program requirement.

3. SHBP associate will be added into the PETS (The Personnel Eligibility Tracking System) roster as a new contract.

4. The prospective associate or associate at the time of acceptance of employment must sign a statement indicating that any false or misleading employment information may result in a refusal to hire or, if discovered after commencement of employment, the Human Resources will notify the associate of the reason for his/her ineligibility to continue employment.

5. All information received during the course of this process will be strictly confidential.

Reviewed by Human Resources 11/2017

60

©Copyright 2017 Urban Health Plan, Inc.
Administration Policies & Procedures, Human Resources
All rights reserved

Urban Health Plan, Inc.
Human Resources
Policies and Procedures

| Issued by (Site/Dept): Human Resources | | | Revision Date: November 2017 | | |
|---|---|---|---|---|---|
| Prepared By: | *Marta Reyes* Signature | *11/29/17* Date | Approved By: | Signature | *12/10/17* Date |

## ASSOCIATE REQUEST FOR EXCEPTION

**PURPOSE:**   UHP respects the religious beliefs and practices of all associates and will make, on request, and accommodation for such observance when a reasonable accommodation is available without compromising the patient rights to access medically relevant care in a timely manner and does not expose UHP to undue hardship.

We will attempt to reassign/reschedule duties and responsibilities elsewhere to accommodate such requests, providing that notice is provided in advance.

**RESPONSIBILITY:**   Leadership, management & staff

**OBJECTIVE:**   It is the policy of Urban Health Plan, Inc to maintain an environment that encourages mutual respect, fosters fairness and justice and permit associates who based on their religious, moral or ethical beliefs require exceptions to the greatest extent possible without compromising patient care.  UHP will not discriminate against associates on any basis.

**PROCEDURE:**
- An associate whose religious beliefs or practices conflicts with his or her job, work schedule or with UHP's policy or practice on dress and appearance, or with other aspects of employment, and who seeks a religious accommodation must submit a written request for accommodation to his or her immediate supervisor.  The written request will include the type of religious conflict that exists and the associate's suggested accommodation.

- The department director or coordinator will evaluate the request considering whether an accommodation is available that is reasonable and that would not

Reviewed by Human Resources 11/2017

61

©Copyright 2017 Urban Health Plan, Inc.
Administration Policies & Procedures, Human Resources
All rights reserved

Urban Health Plan, Inc.
Human Resources
Policies and Procedures

create an undue hardship on UHP's business.  An accommodation may be a change in job, using paid leave or leave without pay, allowing an exception to the dress and appearance code that does not affect safety or uniform requirements, or for other aspects of employment.  Depending on the type of conflict and suggested accommodation, the director or coordinator may confer with the Director of Human Resources.

- The director or coordinator and associate will meet to discuss the request and decision on an accommodation.   If the associate accepts the proposed religious accommodation, the immediate supervisor will implement the decision

- If the associate rejects the proposed accommodation, he or she may appeal following UHP's grievance policy and procedure.

- At no time will patient care and/or staffing be compromised

Reviewed by Human Resources 11/2017

©Copyright 2017 Urban Health Plan, Inc.
Administration Policies & Procedures, Human Resources
All rights reserved

Urban Health Plan, Inc.
Human Resources
Policies and Procedures

# HUMAN RESOURCES RECORDS

**POLICY:** Urban Health Plan, Inc recognizes the expectations of associates that information about them stored in UHP files is accurate, relevant, and safe from improper disclosure. Federal and State laws require that certain information be gathered and maintained in personnel files. Additionally, sound human resources decisions require that UHP collect and retain information concerning employment history and performance.

**POLICY GUIDELINES:** Classification of per diem positions rates of pay for each per diem class shall be determined by the Vacancy Control Board.

**Definitions:** The following descriptions of certain terms used in this policy are intended to provide guidance in understanding the policy, but are not comprehensive or definite. These terms are subject to revision and interpretation.

<u>EHS records</u> – any document pertaining to the medical history, diagnosis, prognosis, or medical condition of a patient that is generated and maintained in the process of medical treatment provided by Employee Health Services.

## I. Human Resources File Maintenance

An associate's human resource file contains necessary job-related and personal information and is maintained by the Human Resources Department. Each associate should have only one file.

## II. Human Resources File Maintenance

**A.** Only job-related information will be contained in the human resources record. Contents of each hr file should be basic identifying information (e.g. name, address, and job title), employment applications or other hiring-related documents, position descriptions, compensation records, information on benefit enrollment, attendance record, performance evaluations and information about other employment-related actions (e.g. promotions, training/education requirements, employment verification, pre-employment and annual physical exams clearance, disciplinary actions), and other employment-related information. Information placed in the human resources file should be shared with the associate. Unsolicited and anonymous materials will not be included in the hr file unless there has been a finding of fact through an existing UHP investigatory process.

**B.** The following documents should be in separate files: education/training files,

Reviewed by Human Resources 11/2017

63

©Copyright 2017 Urban Health Plan, Inc.
Administration Policies & Procedures, Human Resources
All rights reserved

Urban Health Plan, Inc.
Human Resources
Policies and Procedures

medical records, confidential investigatory records, intellectual property records.

**C.** Records contained in the HRIS (HR Benefits) are considered part of the Human Resources associate file

## III. Record Retention

Human Resources files should be retained for three years from the date of separation. Records of workers' compensation should be maintained at for at least 5 years from the date of separation.

## IV. Notification

Urban Health Plan, Inc has the right to verify information (e.g. employment status and job title) without notifying the individual involved, and cooperate with law enforcement investigators, public safety, or medical officials.

**PROCEDURE**

**I.  Requesting Copy of Human Resources File**

In accordance with and to the extent permitted by the NYS Public Records Act, current and former associates may request to inspect and obtain a copy of their human resources file. UHP will respond to such requests within a reasonable period of time

**II. Access to Human Resources Associate Files**

Internal access to human resources associate files is limited to supervisory staffs who are considering the associate for promotion, transfer, accommodations, or other personnel action, other senior level associate who has legitimate need to know and for regulatory compliance requirements.

**III. Access to Human Resources Associate Files**

Internal access to human resources associate files is limited to supervisory staffs who are considering the associate for promotion, transfer, accommodations, or other personnel action, other senior level associate who has legitimate need to know and for regulatory compliance requirements.

**IV. Access to Human Resources Associate Files**

Internal access to human resources associate files is limited to supervisory staffs who are considering the associate for promotion, transfer, accommodations, or other personnel action, other senior level associate who has legitimate need to know and for regulatory compliance requirements

**V. Disputing Information**

Associates who question the accuracy or completeness of information in their files should discuss their concerns with the appropriate departmental manager and

64

Reviewed by Human Resources 11/2017

©Copyright 2017 Urban Health Plan, Inc.
Administration Policies & Procedures, Human Resources
All rights reserved

Urban Health Plan, Inc.
Human Resources
Policies and Procedures

human resources. The manager and human resources will consider the objections and remove erroneous information.  Should the disputed information be retained in the file, the associate may submit a brief written statement identifying the alleged errors or inaccuracies.  The statement will remain in the file as long as the disputed information is retained.

## VI. Public Records Request for Human Resources Records

A. Records maintained in an associate human resources file are generally considered public records under the NYS law.  However, some documents contained in a human resources file or otherwise maintained by UHP are not public, including medical or educational records, intellectual property records, certain investigatory files, and other record made confidential by law or not considered a public record.

B. Social security numbers are not public records.  An individual's social security number should be removed from any record inspected or released in response to a public record request.

C. For guidance concerning public records request for human resources associate records, including how to process and respond to such requests, contact the Human Resources Department.

D. When a public records request is made to examine an associate's hr file, that associate will, when practical, be notified, in advance of the release of the record if possible, that the record has been requested, and informed of the name of the person making the request, if available

E. Records maintained in an associate human resources file are generally considered public records under the NYS law.  However, some documents contained in a human resources file or otherwise maintained by UHP are not public, including medical or educational records, intellectual property records, certain investigatory files, and other record made confidential by law or not considered a public record.

F. Social security numbers are not public records.  An individual's social security number should be removed from any record inspected or released in response to a public record request.

G. For guidance concerning public records request for human resources associate records, including how to process and respond to such requests, contact the Human Resources Department.

H. When a public records request is made to examine an associate's hr file, that associate will, when practical, be notified, in advance of the release of the record if possible, that the record has been requested, and informed of the name of the person making the request, if available

Reviewed by Human Resources 11/2017

©Copyright 2017 Urban Health Plan, Inc.
Administration Policies & Procedures, Human Resources
All rights reserved

Urban Health Plan, Inc.
Human Resources
Policies and Procedures

## A. Retention Schedule

| Record Category | Retention Schedule |
| --- | --- |
| **Employment Records** | |
| Records relating to taking of leave under FMLA | 3 years |
| EEOC Reports | 5 years |
| EEO-1 | 7 years |
| HR files | 3 years from termination |
| **OSHA** | |
| Injury/illnesses | 5 years |
| Exposure records | 10 years |
| Immigration records | 3 years after hire or I year after termination, whichever is later |
| Attendance records | 3 years |
| Other employment records | 3 years |
| **Resume/Application of unsuccessful candidates** | 1 year |

Reviewed by Human Resources 11/2017

©Copyright 2017 Urban Health Plan, Inc.
Administration Policies & Procedures, Human Resources
All rights reserved

Urban Health Plan, Inc.
Human Resources
Policies and Procedures

## TRANSFERS, PROMOTIONS & CHANGES OF JOB POSITIONS

**POLICY:**            Urban Health Plan provides associates, who at a minimum have successfully completed their introductory period, the opportunity for positions that will use their abilities most effectively. Associates may be transferred to fill vacancies and new positions within UHP.

## PROCEDURE

1.  All job vacancies shall be posted within UHP, thus providing existing workers the opportunity to apply.
2.  Any associate interested in applying for an available position shall do so via an Internal Job Application.  Applications are available from the Department of Human Resources.
3.  In completing the Internal Application, the signature of the applicant's immediate supervisor is required as acknowledgment of the employee's intent.  This step informs the supervisor of an associate's intent and helps him/her prepare accordingly, should the employee be accepted for the position. Accordingly, a supervisor shall not refuse to sign any internal application, without prior communication with the Administration.
4.  Upon completion of the Internal Application, the associate shall submit the application form to the Department of Human Resources, who will assess the associate's skills with the required qualifications stated on the Job Requisition Form and arrange for a formal interview, if the associate possesses at least the minimum qualifications for the position.
5.  Once the associate is accepted for the position, the associate will be subject to the three months' introductory period in order to have the opportunity to evaluate his/her performance in the new position.  Any changes in salary will take place on the effective date of the transfer.
6.  Upon completion of the three months' introductory period the Department Head/Coordinator will complete an Introductory Period Associate Evaluation.  Should the evaluation be unsatisfactory, the associate will be terminated from the position and will not be able to return to his or her previous assignment, unless his/her position is still vacant and has not been eliminated.  The salary shall be at the rate of pay previously received.

67

Reviewed by Human Resources 11/2017

©Copyright 2017 Urban Health Plan, Inc.
Administration Policies & Procedures, Human Resources
All rights reserved

Urban Health Plan, Inc.
Human Resources
Policies and Procedures

# TRAINING AND EVALUATIONS

Reviewed by Human Resources 11/2017

©Copyright 2017 Urban Health Plan, Inc.
Administration Policies & Procedures, Human Resources
All rights reserved

Urban Health Plan, Inc.
Human Resources
Policies and Procedures

## ASSURANCE OF ASSOCIATE COMPETENCY

*HR.1.20*

**PURPOSE:**     To assure associates' competency to meet the requirements of their jobs and provide quality of care to Urban Health Plan, Inc patients/clients and other consumers.

**RESPONSIBILITY:**   All supervisors are responsible for the assessment of their associates' competencies and for providing the assistance to those that require in-service training to sharpen their skills.

**OBJECTIVE:**    There is an organization-wide competency assessment program that is evaluated on an on-going basis.

## PROCEDURE

1.  Work history and credentials are verified and evaluated for all candidates for employment.  The Credentialing Department and Human Resources verify licenses and registration annually by contacting the regulatory body responsible for licensure or certification to certify validity (primary sources verification).

2.  Associates who fail to supply current licenses will not be allowed to work until current licensure is substantiated.

3.  Fingerprints are secured for School Health Program associates.

4.  All newly hired associates are given comprehensive Position Descriptions detailing the requirements and expectations of their position.

5.  All newly hired associates including Agency temporary workers and interns attend mandatory organization-wide new associate orientation program.

6.  In addition, all associates participate in a mandatory, department specific training program and an introductory period for at least 90 days for non-exempt and 180 days for exempt.

7.  Each associate's success in completing the orientation program is measured by the use of criteria based performance evaluation and competencies, completed at set intervals during the introductory period.

Reviewed by Human Resources 11/2017

©Copyright 2017 Urban Health Plan, Inc.
Administration Policies & Procedures, Human Resources
All rights reserved

Urban Health Plan, Inc.
Human Resources
Policies and Procedures

8. Each associate is evaluated annually using the following criteria:
   - Criteria Based Performance Evaluations
   - Job and department specific competency performance requirements.
   - Completion of annual mandatory educational reviews.
   - Compliance with organizational policies and procedures.

9. To supplement the formal mechanisms outlined above, the associate is observed by his/her direct supervisor on an on-going basis. The observation may necessitate corrective interviews, coaching, counseling, and/or participation in developmental programs, to improve job performance.

10. Competency data is collected on an on-going basis by each department as part of UHP Performance Improvement Program. Relevant data is also collected by the Learning Center and Human Resources including, but not limited to: Mandatory Review Summaries, Unexpected Events Reports, Patients Satisfaction Surveys, Turnover Reports, Exit Interviews, Corrective Interviews and Disciplinary Summaries etc. This information is used, in conjunction with periodic development needs assessment surveys, to determine staff competency, training and development needs.

11. Based on the aggregate data collected, new training/development programs are created.

12. Summary reports will be provided to the HR Committee on a quarterly basis.

Reviewed by Human Resources 11/2017

70

©Copyright 2017 Urban Health Plan, Inc.
Administration Policies & Procedures, Human Resources
All rights reserved

Urban Health Plan, Inc.
Human Resources
Policies and Procedures

## CREDENTIALING/RECREDENTIALING OF OTHER PROFESSIONAL

□ Initial Credentialing                    □ Recredentialing *(required every two years)*

*Provider Name:*_____

□ *Phlebotomist*                                    □ *HCSR*

| Credentialing and privileging | Type of verification | Verification Source | Date verified or reviewed | Initials of person who verified or reviewed | Exp. Date as applicable |
|---|---|---|---|---|---|
| Licensure | Primary | State License Board. | | | |
| Education/ Training ( not required for recredentialing) | Secondary | | | | |
| Current Competence to practice | | Supervisory evaluation as per job description | | | |
| Ability to perform required privileges | Confirmed statement | Supervisory evaluation as per job description | | | |
| NPDB query required? □ Yes □No | Required if reportable | NPDB query or self query by provider | | | |
| Government Picture ID | Secondary | Driver's license or other ID | | | |
| Immunization Status | Secondary | Confirmed statement | | | |
| PPD status □ yes □No | Secondary | Confirmed statement | | | |
| BCLS | Secondary | Copy of training | | | |
| Verification of current competence | | Supervisory function as per job description | | | |

**Date of Supervisory Review of credentialing:**_____**Signature:**_____

## Director Recommendation:

□ Approve Credentialing and Privileging
□Deny Credentialing and Privileging

Date Review by Credentialing Committee:_____

Signature of Credentialing Committee Chair: _____

Reviewed by Human Resources 11/2017

©Copyright 2017 Urban Health Plan, Inc.
Administration Policies & Procedures, Human Resources
All rights reserved

Urban Health Plan, Inc.
Human Resources
Policies and Procedures

# LICENSURE

*HR 4.10*

**PURPOSE:** To assure that each associate is qualified to perform the duties to which he/she has been assigned.

**RESPONSIBILITY:** Credentialing & Human Resources

**OBJECTIVE:** Associates will be required to provide originals of all licenses, registrations and/or certifications necessary for initial employment, and copies of renewals for continuing employment.

## PROCEDURE:

1. At the time of hire, the Department of Human Resources shall: inform each applicant of the need to possess a particular credential; visually check the original license, certification or permit, and make a copy of the original and date and signed the copy for inclusion in the official employment record.

2. The associate shall be informed by the Human Resources Department that is the associate's responsibility to maintain the credential and that the HR Department will be responsible for verifying that the associate is in possession of a valid license, certificate or permit which is condition for continued employment.

3. The Credentialing Department shall ensure that associates have renewed their license, certificate or permit by obtaining copies of the originals for inclusion in their credentialing files.

4. Associates whose credentials lapse shall be removed immediately from their position and the Department of Human Resources must be notified.  Human Resources will attempt to place the affected associate in another position for which he/she is qualified.  If placement within two (2) weeks is not successful, the associate's employment will be terminated.

Reviewed by Human Resources 11/2017

©Copyright 2017 Urban Health Plan, Inc.
Administration Policies & Procedures, Human Resources
All rights reserved

Urban Health Plan, Inc.
Human Resources
Policies and Procedures

# PERFORMANCE EVALUATIONS

*HR Standard 3.20*

POLICY:   To assure that all associates are evaluated on a regular and ongoing basis so that an associate's work performance can be measured by identifying their strengths and weaknesses and to provide areas for improvement. All supervisors are required to evaluate their associates' work performance.

## TYPES OF PERFORMANCE EVALUATIONS:

1. 90-day evaluation/180-day is completed at the end of the 90-day/180-day introductory period with Urban Health Plan, Inc. and is reviewed with the associate by their immediate supervisor.  At that time, he/she will discuss with the associate their work performance and determine their employment status with the organization.  The new associate may acquire either of the following employment status, not suitable for the position and will be terminated without recourse, or extended probation for further evaluation.

2. Annual evaluation is completed on the associate's employment anniversary date. Informal performance evaluations can be conducted as frequently as the supervisor deems necessary; in fact, they are encouraged.

3. Promotion evaluation is completed when an associate is promoted to a higher position.  The associate is subject to the 90-day probationary period in order to determine their ability to perform in the new position and where training may be need.

## PROCEDURE:

1. The Human Resources Office will provide notification and a blank Performance Evaluation form to the associate's immediate supervisor at least four (4) weeks in advance of the due date.

2. Their immediate supervisor will formally evaluate the job performance of associates.

3. The immediate supervisor will have the department head review the completed form for accuracy before the discussion with the associate.  The department head will not sign the form until it has been discussed with the associate, and comments have been provided.

4. The performance evaluation will be discussed with the associate, documented in writing, dated and signed by the immediate supervisor who conducted the performance evaluation.  Please note that Performance Evaluations should not be used as a disciplinary tool, they should be used solely as a measure of work performance.  If a supervisor has comments regarding the associate's employment responsibilities, they should address them immediately, especially when a violation of organization policies, practices and/or procedures occurs.

73

Reviewed by Human Resources 11/2017

©Copyright 2017 Urban Health Plan, Inc.
Administration Policies & Procedures, Human Resources
All rights reserved

Urban Health Plan, Inc.
Human Resources
Policies and Procedures

5. Associates will be given the opportunity to submit written comments on their Performance Evaluation after it has been discussed with them.

6. Associates will be given the opportunity to submit written comments on their Performance Evaluation after it has been discussed with them.

7. Associates will be asked to sign every performance evaluation form to verify that they have been given the opportunity to discuss it with their supervisors, and add comments.

8. If the associate is not satisfied with the contents of the performance evaluation, they should address them in the comment section of the form; and address it with their immediate supervisor.  If not satisfied with the response, the associate can then address the issue with the department head and Human Resources.

9. If the associate is not satisfied with the contents of the performance evaluation, they should address them in the comment section of the form; and address it with their immediate supervisor.  If not satisfied with the response, the associate can then address the issue with the department head and Human Resources.

10. Associates will be given a personal copy of the completed performance evaluation form.

11. The department head will provide their final signature on the original completed performance evaluation form and forward it to Human Resources.

12. Human Resources will process the form, if necessary; and upon completion the form will be filed in the associate's Personnel file.

Reviewed by Human Resources 11/2017

©Copyright 2017 Urban Health Plan, Inc.
Administration Policies & Procedures, Human Resources
All rights reserved

Urban Health Plan, Inc.
Human Resources
Policies and Procedures

# NEW ASSOCIATE ORIENTATION

*HR Standard 2.10*

# Please refer to the LC manual

Reviewed by Human Resources 11/2017

©Copyright 2017 Urban Health Plan, Inc.
Administration Policies & Procedures, Human Resources
All rights reserved

Urban Health Plan, Inc.
Human Resources
Policies and Procedures

**ASSOCIATE DEVELOPMENT AND TRAINING POLICY**

*HR Standard 2.20*

# Please refer to the LC manual

Reviewed by Human Resources 11/2017

©Copyright 2017 Urban Health Plan, Inc.
Administration Policies & Procedures, Human Resources
All rights reserved

Urban Health Plan, Inc.
Human Resources
Policies and Procedures

## MANDATORY TRAINING POLICY

*HR Standard 2.30*

# Please refer to the LC manual

Reviewed by Human Resources 11/2017

©Copyright 2017 Urban Health Plan, Inc.
Administration Policies & Procedures, Human Resources
All rights reserved

Urban Health Plan, Inc.
Human Resources
Policies and Procedures

## CONTRACTUAL SERVICES ASSOCIATES PROCESSING

**POLICY:**       To ensure all contractual associates are properly processed, trained and oriented to Urban Health Plan policies and procedures and regulatory compliance requirements.

PROCEDURE:   It shall be the responsibility of the Contractual Service Vendor and UHP Department of Human Resources to process all new hires and assure that all procedures are followed in accordance with human resources policies, statutory laws and regulatory compliance requirements.

1. Assure that a pre-employment physical examination was scheduled, performed and cleared, in accordance with policies and procedures.  All pre-employment physical examination results are to be kept separately in Employee Health Service.  Clearances shall be reported to Human Resources.

2. Assure that a contractual service associate record is generated and maintained.

3. Assure of licensure verification and specialized training by profession, i.e.-BCLS and infection control are mandated prior to start of employment.

4. Assure I-9 (Verification of Employment Eligibility) compliance.

5. Conduct a New Hire Orientation for every new contractual service associate and on annual basis thereafter.

6. Issue a name tag and instruct the new contractual service associate that it is to be displayed at all times during his/her assigned working hours at all UHP locations.

7. On a monthly basis all contractual service vendors will submit to the Director of Human Resources a list of all employees that are or will be assign to UHP facilities for that month

The DOH will assure that these employees are process, properly oriented to UHP policies and procedures and file is created for documentation and compliance.

Reviewed by Human Resources 11/2017

©Copyright 2017 Urban Health Plan, Inc.
Administration Policies & Procedures, Human Resources
All rights reserved

Urban Health Plan, Inc.
Human Resources
Policies and Procedures

## ORIENTATION

**POLICY:**     To assure that each contractual service associate receives proper orientation and training to perform their job as required by UHP policies and procedures and regulatory compliance requirement.

## PROCEDURE:

1.     All new housekeeping contractual service associates will receive a New Associate Orientation that will address UHP's mission statement, applicable human resources policies, environment of care, HIPAA and infection control.

       Any contractual service employee working in an assign clinical area is required to attend a full new associate orientation and annual orientation.

2.     Attendance to annual orientation is required for all contractual service associates to meet UHP organizational needs and regulatory compliance requirement.

3.     Attendance records of orientation sessions will be maintained by the Department of Human Resources.

Reviewed by Human Resources 11/2017

©Copyright 2017 Urban Health Plan, Inc.
Administration Policies & Procedures, Human Resources
All rights reserved

Urban Health Plan, Inc.
Human Resources
Policies and Procedures

## DISASTER PRIVILEGES FOR NON-LICENSED INDEPENDENT PRACTITIONERS

**POLICY:**   When the emergency management plan for Urban Health Plan, Inc. (UHP) has been activated, the health center may be unable to handle the immediate and emergent patient needs.  At that time, it may become necessary to grant temporary privileges to Non-Licensed independent practitioners i.e., medical assistant, phlebotomist, dental assistant, EKG technician privileges and may be accepted to work during an emergency situation (defined as any officially declared emergency/disaster, whether is a local, state, or national)

**PROCEDURE:**
1.  The Incident Command System will inform the Chief Executive Officer (CEO and the Chief Medical Officer (CMO) that the emergency management plan has been activated and that disaster privileging will be required.
2.  Additional personnel (non-licensed independent practitioners) may be required in the event the emergency management is activated will be obtained from the pool of temporary employment agencies and schools.
3.  A Disaster Employment Form will be given to any personnel (non-licensed independent practitioner wishing to request disaster employment.  The form must be completed, signed by the requesting person, and returned to Human Resources prior to verification and approval of disaster employment.  The form must be accompanied by a valid government–issued identification issued by a state, federal or regulatory agency, and at least one of the following:
    - Current hospital, health center or practice ID card that clearly identifies professional designation
    - Copy of certification in job title that the person would like to work as in the organization during the disaster.
    - Validation from temp agency as to the qualifications of the person in question.
4.  Human Resources will attempt to validate prospective associate's credentials from reputable sources, i.e. Temp agency, prior/current employer, educational institutions.
5.  The Disaster Employment Requests Form and any supporting documents will be forwarded to the Chief Executive Officer, Chief Medical Officer, or designee for final approval.
6.  Once approved, the prospective associate will be notified via phone, e-mail, or in person that he/she may begin working.  A photo ID will be provided to the associate along with a copy of the survival guide, and eCW handout reference

80

Reviewed by Human Resources 11/2017

©Copyright 2017 Urban Health Plan, Inc.
Administration Policies & Procedures, Human Resources
All rights reserved