Urban Health Plan, Inc.
Human Resources
Policies and Procedures

**Payment Procedures**
**Physicians (BE, BC)**
**$5,000**
**LCSW - $5,000**

**Physicians: This will be split in quarterly payments: $1,250 after the referred associate first 3 months of service, $1,250 after 6 months, $1,250 after 9 months and $1,250 after 1 year of service.**

All payments are subject to applicable wage withholdings as required by state and federal laws.

176

Reviewed by Human Resources 12/2015

©Copyright 2017 Urban Health Plan, Inc.
Administration Policies & Procedures, Human Resources
All rights reserved

Urban Health Plan, Inc.
Human Resources
Policies and Procedures

# Urban Health Plan, Inc
## Human Resources Department
## Associate Referral Program

Position Title:_____     Bonus $_____

Date of Referral: _____     HR DOR: _____

Referring Associate Name: _____

Selection date: _____

Starting date: _____

Anniversary date: _____

Acknowledgement of completion and processed of the above "Associate Referral Bonus"

_____         _____
Signature of Referring Associate                      Date

_____         _____
Signature of Human Resources                      Date

Reviewed by Human Resources 12/2015

©Copyright 2017 Urban Health Plan, Inc.
Administration Policies & Procedures, Human Resources
All rights reserved

Urban Health Plan, Inc.
Human Resources
Policies and Procedures

## EMPLOYEE HEALTH SERVICES

**POLICY:**  To provide episodic medical care to associates during working hours; assure a healthy environment for associates, patients and visitors.; prevent the spread of communicable disease and assure that associates are physically capable of performing the functions of their positions.

**PROCEDURE:**
**Pre-Employment Physicals**
All prospective associates are required to undergo a comprehensive pos-offer, pre-employment physical examination plus a drug screening.

The physical is provided at no cost by Urban Health Plan, Inc and will be arranged by the Human Resources Department and includes the following:

A. Vaccination titers are drawn on all applicants for Measles, Mumps and Rubella (MMR).  All susceptible employees will be offered vaccine

B. All prospective associates will be screened for Tuberculosis. A baseline PPD (Mantoux) will be planted on all prospective associates, except those with a history of a positive PPD. Persons who have previously had a positive PPD positive must produce <u>documentation</u> and must have a chest X-ray at a UHP facility to establish inactive disease status. The EHS Medical Provider will review the results. All pre-employment drug screenings must be performed by the EHS. A prospective associates PCP drug screening is not sufficient.  This information must be communicated to the prospective candidate prior to employment.

C. All prospective associates whose job brings them in contact with blood or body fluids will be screened for Hepatitis. All susceptible associates will be offered vaccine.

D. Rubella Titre to assure immunity; any associate with a negative reading will be appropriately inoculated and re-tested to assure immunity.  Once positive results are obtained, the test will not continue to be included in the series of laboratory tests to be performed on an annual basis.

E. Urine Drug Screening.  This test is to be performed by the EHS provider
   1. Associates may, if they choose, have the physical form completed by their private physician; however the drug screening must be obtained by UHP.  Once completed, the original physical form must be provided to the Employee Health Service for clearance.

178

Reviewed by Human Resources 12/2015

©Copyright 2017 Urban Health Plan, Inc.
Administration Policies & Procedures, Human Resources
All rights reserved

Urban Health Plan, Inc.
Human Resources
Policies and Procedures

F. When the physical is satisfactorily completed, EHS will provide Human Resources with a written clearance for the associate file. Should the associate not pass the physical or drug screening, EHS will notify the associate of the nature of the failure and will notify Human Resources that the associate is ___not___ cleared for work.

**Annual Assessment:**
1. All associate must complete an annual physical as part of their condition for employment.  This physical is performed by EHS or by the associate's private physician.

**TB Testing:**
1. Associates are required to have TB on hire and subsequently at least annually.
2. Associates who test positive shall be required to have chest x-ray.
3. Associates who have documented PPD/CXR within six months may provide a letter of certification from their private physician.
4. Associates who do not comply with the testing requirement shall not be allowed to work until the requirement is met.

**Vaccinations:**
1. All associates will be offered, at no cost, the Hepatitis "B" vaccine plus post vaccination titers.
2. All associates refusing this vaccine will be asked to sign a declination form.
3. All associates are also offered influenza vaccine annually, at no cost.

**Illness While At Work:**
1. Any associate who gets sick at work should notify his/her immediate supervisor who shall coordinate EHS through Human Resources.  Care would be offered through the Walk-In Clinic located at 1065 Southern Boulevard when the EHS provider is not available.  In order provide an effective and efficient service the Human Resources Department will coordinate EHS with the WIC coordinator and will issue a referral for the service.
2. Should further care be necessary the associate will be referred to his/her private physician.
3. If it necessary for the associate to leave work he/she must first notify his/her immediate supervisor.
4. Associate can use Urban Health Plan Van, public transportation or his/her car to get to Employee Health Services.
5. Associate's medical record will be opened (no medical record number assigned) and provider assigned to Employee Health Services for that day will see employee. Associate record will consist of the following forms:
   a) Problem List
   b) Provider Orders

179

©Copyright 2017 Urban Health Plan, Inc.
Administration Policies & Procedures, Human Resources
All rights reserved

Urban Health Plan, Inc.
Human Resources
Policies and Procedures

   c) Patient Notes
   d) Urine Analysis Form

6. The associate will be given a note stating their disposition: return to work, home or to the emergency room.  If associate is referred to the emergency room or home, examining provider will contact Human Resources and the associate's supervisor. Copies of the note given to the associate will be placed in the associate's medical record and forwarded to Human Resources so that associate's time can be properly accounted for from the time the associate is placed off duty.

7. If an associate is absent from work, due to illness, for three or more days, he/she must bring a clearance note from his/her physician upon returning from sick leave. Clearance must also be obtained fro employee health before starting work. (see Sick Leave Policy).

8. The associate will be given a note stating their disposition: return to work, home or to the emergency room.  If associate is referred to the emergency room or home, examining provider will contact Human Resources and the employee's supervisor. Copies of the note given to the employee will be placed in the associate's medical record and forwarded to Human Resources so that associate's time can be properly accounted for from the time the associate is placed off duty.

**Work Related Illness or Injury:**
1. Any work related injury or illness must immediately be reported to the associate's supervisor.
2. The supervisors will the complete an unexpected report and send it to Risk Management for processing.
3. Should medical attention be necessary, the EHS provider will provide care or in his/her absence care will be arrange through the WIC or will be referred to his private physician. A referral to the nearest Emergency Room for emergency care will be made if indicated.
4. If the associate is absent from work for three or more days, medical "fitness to work" certification must be supplied and clearance through EHS must be obtained prior to returning to work.

**Employee Health Files**
1. Employee health files are confidential and are only accessible to authorized individuals on a need to know basis.  Access is identified in the Associate Position Description.  Records are electronic and maintain in a separate server.
*For complete detail on EHS services refer to EHS Policies and procedures Manual*

180

©Copyright 2017 Urban Health Plan, Inc.
Administration Policies & Procedures, Human Resources
All rights reserved

Urban Health Plan, Inc.
Human Resources
Policies and Procedures

# CONTINUING MEDICAL EDUCATION

**POLICY:**  To provide all eligible provider/physician with the opportunity of keeping abreast of current information in their fields through a continuing medical education assistance policy.

**PROCEDURE:**
1. All provider/physicians are eligible to receive $1500 towards continuation medical education assistance reimbursement and six (6) days per year for the use of educational leave.
2. Costs include tuition to seminars/courses, transportation, meals, and/or lodging. These costs will be reimbursed up to the $1,500 dollars
3. Continuing Medical Education days and tuition reimbursement cannot be carried forward from one year to the next.
4. *Upon separation of employment any unused time will be forfeited.*

181

Reviewed by Human Resources 12/2015

©Copyright 2017 Urban Health Plan, Inc.
Administration Policies & Procedures, Human Resources
All rights reserved

Urban Health Plan, Inc.
Human Resources
Policies and Procedures

## MID-LEVEL STUDENT PRECEPTORSHIP

**<u>Please refer to the Learning Center for policy and details .</u>**

Reviewed by Human Resources 12/2015

182

©Copyright 2017 Urban Health Plan, Inc.
Administration Policies & Procedures, Human Resources
All rights reserved

Urban Health Plan, Inc.
Human Resources
Policies and Procedures

## TUITION ASSISTANCE PROGRAM

# Please refer to the LC manual

Reviewed by Human Resources 12/2015

183

©Copyright 2017 Urban Health Plan, Inc.
Administration Policies & Procedures, Human Resources
All rights reserved

Urban Health Plan, Inc.
Human Resources
Policies and Procedures

# TIMEKEEPING

# &

# COMPENSATION

Reviewed by Human Resources 12/2015

©Copyright 2017 Urban Health Plan, Inc.
Administration Policies & Procedures, Human Resources
All rights reserved

Urban Health Plan, Inc.
Human Resources
Policies and Procedures

# PAYROLL AND ELECTRONIC TIME REPORTING

**POLICY:** Urban Health Plan issues paychecks on the basis of electronic time reporting biweekly by each Department Head/Coordinator to the Payroll Section of Accounting Office.

**PROCEDURE**

General Information

All associates, the procedure are to record their attendance through the assigned Hand scan Verification clock requires the associates' pin number and provides a verification "rating". Associates assigned at locations were hand scan verification clock verification option is not available will record their time at their PC.

First time users of Web Time will need to register themselves in order to enter the website. Go to the Paylocity website at www.paylocity.com Click the Customer Login link at the top right of the screen. Click the Click Here link in WebPay Customer section. Click the Register New User Account option from Login screen. Enter the Paylocity assigned Company ID, Last Name, Social Security number (SSN) without dashes, and Zip Code (five characters only). Enter the password and confirm it. Passwords are case sensitive and must contain at least seven to 20 characters: numbers, upper case letters, lowercase letters, and non-alphanumeric characters. Click the Save button. When registration has been completed, a message will appear stating "Successful registration! Please click the **Log into WebPay** button below"

Clock In and Out
- Associates will clock in and out for the day and in and out for lunch. In the Actions section, select the applicable punch type from the Action drop down and click Punch to save the entry.

Approve time
- Associates may be required to approve their entered hours. In the hours worked section, check the box adjacent to each correct time entry and click "Save All" icon to approve the entries.

Time Off
- Associates may want to request time off requests. In the Time Off Request section, select the Type of time off from the drop down. Select or enter the requested dates. If applicable, enter additional information in the Notes field. Click Apply to submit the request. In the Request Status section, click the Date link to view the details of the time off request. Click the X button to remove and cancel the time off request. The icon in the Status column indicates the status of the time off request.
*Note: Once a time off request is approved, the approved time will be posted to the time card.*

185

Reviewed by Human Resources 12/2015

©Copyright 2017 Urban Health Plan, Inc.
Administration Policies & Procedures, Human Resources
All rights reserved

Urban Health Plan, Inc.
Human Resources
Policies and Procedures

Log Out
- The Log Out button is located at the top right of the screen.  Click this to Log Out.

# __Web Time Enrollment Instructions__

1. Enter your **4 Digit Code (SS Number);** press **ENTER.**
**If the last four digits of your SS# begins with a 0 convert it to 1**
**Example:  0123 would be 1123**

2.  Remove rings, slide your hand in the scanner; lay it flat and squeeze
against pegs
    a) The hand print picture will display red lights ON
    b) Keep your hand in the scanner until all the red lights are OFF.



3. Select the combination of options:

| PUNCH | ACTION 1 | ACTION 2 |
|---|---|---|
| Start Workday | 1 – IN | |
| | | |
| Start Lunch (out for lunch) | F1 Enter ID Place hand 2 – OUT | Then 3 – LUNCH |
| End Lunch (in from lunch) | F1 Enter ID Place hand 1 – IN | Then 3 - LUNCH |

Reviewed by Human Resources 12/2015

186

©Copyright 2017 Urban Health Plan, Inc.
Administration Policies & Procedures, Human Resources
All rights reserved

Urban Health Plan, Inc.
Human Resources
Policies and Procedures

| Finish Workday | 2 – OUT | |
|---|---|---|

If the display shows: **TRY AGAIN** - you are not verified**.**  You may have made an error entering your ID number or placing your hand. Re-enter your ID number and try again, taking care to place your hand properly.
 **ID REFUSED** - your rejections exceeded the maximum number of tries. Wait until others have verified and try again.
If you receive a rejection and the score is above 30, try again.  Report any issues to your supervisor immediately!



At no time is an associate to either log in/out for another associate.  Any such incident will result in immediate termination of both the associate logging in/out and of the associate code logged in/out.

All electronic time reporting must be received by the Payroll Section <u>NO LATER THAN 10:00 A.M. ON FRIDAY BEFORE THE PAY WEEK</u>, except when holidays necessitate a change.  Notification will be made to each Department Head/Coordinator in advance.

All non-exempt associates who are eligible to receive time and a half pay for overtime will be required to utilize a time clock.

All non- exempt associates hired before July 2007 are eligible to receive double time for the work perform on Sundays.  Exempt associates will be compensated at the Sunday rate assigned to their classification.

The electronic time reporting is UHP's official payroll record.   Therefore, any tampering, falsifying, etc., may result in discipline up to and including discharge (This includes, but is not limited to, such actions as logging another associate's).

187

Reviewed by Human Resources 12/2015

©Copyright 2017 Urban Health Plan, Inc.
Administration Policies & Procedures, Human Resources
All rights reserved

Urban Health Plan, Inc.
Human Resources
Policies and Procedures

Quick punch must be performed immediately before the associate is to start work and immediately after work is completed. Associates who arrive at work prior to the start of their scheduled hours of work or remain after the completion of their regular scheduled hours of work may not enter their quick punch in early or code out late, unless such extra time is pre-approved by their immediate supervisor reflects time actually worked.

Because the electronic reporting is UHP's official payroll record, an associate's failure to quick punch or log-in should be reported to the associate's supervisor immediately so that the associate will be properly paid for the time worked.

The Department Head/Coordinator must indicate that the time report has been reviewed by initialing the total number of hours shown on each associate's time recorded.

<u>Instructions</u>
Urban Health Plan's payroll system divides hour types (hour types are classifications of compensation that have an important statistical function) into hours. Hours reflect all hours paid, including those not worked and are usually paid at an associate's base hourly rate of pay.
<u>Specific instructions for processing the time report are as follows:</u>

a) *Regular Work Hours* - indicate only hours actually worked for which compensation should be made at the associate's base rate of pay.
b) *Overtime Hours-* indicate only hours actually worked for which compensation should be made at one and a half times the associate's composite rate of pay.

**All overtime must be approved by respective Department Heads/Coordinators <u>prior to being worked</u>, except in emergency situations.**

c) *Vacation* - indicate only <u>hours</u> that an associate is absent from work for vacation for which compensation should be made at the associate's <u>base</u> rate of pay.
d) *Sick* - indicated only <u>hours</u> that an associate is absent from work for sick leave for which compensation should be made at the associate's <u>base</u> rate of pay.
e) *Holiday* - indicate only <u>hours</u> that an associate is absent from work for regularly scheduled holiday for which compensation should be made at the associate's <u>base</u> rate of pay.
f) *Death in the Family* - indicate only <u>hours</u> that an associate is absent from work due to a death in the family for which compensation should be made at the associate's <u>base</u> rate of pay.

188

Reviewed by Human Resources 12/2015

©Copyright 2017 Urban Health Plan, Inc.
Administration Policies & Procedures, Human Resources
All rights reserved

Urban Health Plan, Inc.
Human Resources
Policies and Procedures

g) *Personal*- indicate only <u>hours</u> that an associate is absent from work due to personal time taken for which compensation should be made at the associate's <u>base</u> rate of pay.

h) *Jury Duty* - indicate only <u>hours</u> that an associate is absent from work due to jury duty for which compensation should be made at the associate's <u>base</u> rate of pay.

i) *Continuing Medical Education (CME)* – indicate only <u>hours</u> that an associate is absent from work due to the attendance of CME for which compensation should be made at the associate's <u>base</u> rate of pay.

j) *Miscellaneous* - indicate only <u>hours</u> that an associate is absent from work which does not apply to any of the other hour types indicated above and <u>explain</u> on the back of the time sheet (e.g., severance pay).  Indicate only <u>hours</u> for which compensation should be made at the associate's <u>base</u> rate of pay.

k) *Batch Total* - indicate the sum of all the <u>hours</u> and <u>units</u> mentioned in "A" through "J" in the designated box.

l) *Total Hours* - indicate the sum of all the paid <u>hours.</u>

If there is any deviation in the number of hours worked from the number shown on Web Time, this change must be initialed and approved by the Department Head/Coordinator.

189

Reviewed by Human Resources 12/2015

©Copyright 2017 Urban Health Plan, Inc.
Administration Policies & Procedures, Human Resources
All rights reserved

Urban Health Plan, Inc.
Human Resources
Policies and Procedures

# WAGES AND SALARIES STRUCTURE

**Pay Policy**
UHP provides a pay program designed to attract and retain associates. The salary structure is designed to ensure that the organization remains competitive, within available resources.

It is UHP's intent, within budgetary constraints, to establish competitive salaries for associates on all levels. We recognize the need to appropriately compensate associates in order that we may attract and retain qualified associates, who will provide quality services to our patients/clients

**Starting Salaries and Range Structure**
Starting salaries for new associates should reflect the selected candidate's job related qualifications and experience within available resources.
Salaries over the hiring range must be reviewed and approved by the Vacancy Control Board (VCB).

Salary-range structures are guidelines established to demonstrate the difference in the value to the organization of the different job levels. Salary ranges provide an orderly method of administering salaries to ensure that jobs of similar responsibility fall within the scale, that new hires are paid competitively without conflicting with internal salary standards.

**Salary Changes and Adjustments**
Annual Increases
Annual increases may be granted to associates as recommended by the budgetary process and as approved by the AVP of Finance, CEO and Board of Directors. Annual increases are dependent on the state of fiscal affairs of UHP and the budget process.

Salaries and increases are based upon internal structure (job description, level of responsibility, etc…), market studies, merit, and budgetary constraints.

Salaries are reviewed annually and may be adjusted, or a bonus given, based upon budgetary constraints.

Merit Increase
Within available resources, merit increases are granted in recognition of exceptional performance.

190

Reviewed by Human Resources 12/2015

©Copyright 2017 Urban Health Plan, Inc.
Administration Policies & Procedures, Human Resources
All rights reserved

Urban Health Plan, Inc.
Human Resources
Policies and Procedures

Promotional Increase

A promotion is an advancement to a position in a higher salary range with a higher level of accountability and increased responsibility. Promotional salary increases should be granted concurrently with the advancement of an associate from his or her position to a position in a higher salary scale.

Increase as a Result of an Upgrade

A position which is reevaluated and reclassified to a higher scale is considered an upgrade. An associate whose position is upgraded should receive a salary increase in recognition of the increased level of responsibility.

One-Time Special Arrangements

To recognize completion of a special assignment of work performed above and beyond the regular job duties, a one-time payment may be paid. Such adjustments are not normally added to the base pay, but are processed as additional compensation via a Payroll Change Form.

Acting Appointment

An appointment for an "acting position" is made in order to compensate an associate who is formally assigned to a higher level position on a temporary basis.

Among the variables to be considered in determining the appropriate salary in an "acting" capacity are:
- the difference between acting designee's actual classification scale and the vacant position's grade.
- the scope of the higher level job which will be performed.

The acting appointment must be for a minimum of 30 consecutive days and may not normally exceed six months. The acting appointment should be implemented by processing a Payroll Change Form including a temporary increase to the person's base salary.

Additional Compensation

Management and Exempt associates are expected to work the time required to accomplish the responsibilities of their primary position without additional compensation. However, there are situations where it may be appropriate and desirable to compensate individuals for work other than that performed in their primary position. Senior level associates are expected to provide such services without additional compensation.

191

Reviewed by Human Resources 12/2015

©Copyright 2017 Urban Health Plan, Inc.
Administration Policies & Procedures, Human Resources
All rights reserved

Urban Health Plan, Inc.
Human Resources
Policies and Procedures

## Overtime

The Federal Fair Labor Standards Act (FLSA) establishes criteria for mandatory overtime payment which UHP must follow in determining whether a position is exempt or non-exempt from the Act's provision. HR is responsible for determining the appropriate exemption status for all jobs classifications based upon the Act's provisions and should be consulted if there is any doubt concerning the exempt or non-exempt status of any job classification.

The purpose of this policy is to control labor costs by managing of overtime pay to nonexempt associates

*Exempt Status*
Executives, senior managers, managers, professionals and administrators are usually exempt associates and are not covered by Federal overtime requirements.

*Non-Exempt Status (supporting associates)*
Usually professional, supporting, technicians and service associates are usually non-exempt under The Fair Labor Standard Act (FLSA) and must be paid one-and-a-half time their regular rate of pay for all hours <u>worked</u> in excess of 40 hours per week.


General Policies in Scheduling, Computing and Determining Eligibility for Overtime

1. *Scheduling and Working Overtime* – before overtime is worked, an eligible associates must have an approval in Paylocity from his/her supervisor. Overtime is considered a condition of employment, and refusal to accept it when reasonable notice has been given is cause for discipline, up to and including termination.
2. *Time Worked* – Approved paid absences, including vacation leave, personal leave, holiday leave, Family and Medical Leave Act (FMLA) leave, military leave, sick leave, jury duty, bereavement leave and voting time off (when applicable) are paid at the associate rate of pay, but are not counted as time worked for the purposes of computing overtime.
3. *Special Rules for Those Paid by Grants* – special overtime rules overtime rules may apply to a limited number of associates who work in a position funded by a grant or contract in which overtime provisions, differing from UHP policy, are specified as part of the grant or contract.
4. *Compensatory Time* – UHP does not allow accrual of compensatory time by exempt or nonexempt associates.

Overtime hours performed in a different classification will be paid at the rate of the job classification.

192

Reviewed by Human Resources 12/2015

©Copyright 2017 Urban Health Plan, Inc.
Administration Policies & Procedures, Human Resources
All rights reserved

Urban Health Plan, Inc.
Human Resources
Policies and Procedures

The associate's supervisor must approve overtime hours in advance. An associate who works overtime without prior approval maybe subject to forfeiting the wages for those unauthorized hours and disciplinary action.

<u>Incentives</u>
Provided at discretion of UHP and based on budgetary constraints.

**REQUIRMENT TO WORK OVERTIME**: (mandatory overtime)
Though sometimes necessary, overtime work should be minimized and must be planned and supervisors must approve it in advance, except in the instance of emergency or critical staffing needs. All associates, in all departments, are required to work overtime as requested by their supervisors/managers as a condition of continued employment.
Refusal to work overtime may result in disciplinary action. Supervisors/managers will make reasonable efforts to balance the personal needs of their associates when assigning overtime work.

**COMPLAINT PROCEDURE:**
An associate who has a complaint about how this policy has been implemented should direct the complaint the Human Resources Department. The Human Resources Department will respond to the complaint within ten working days of its receipt

<u>Garnishment of Wages</u>
A garnishment is a legal deduction of a specified sum from wages to satisfy a creditor. If departments receive documents claiming to garnish the wages of their associates, such documents must be immediately forwarded to the Payroll Department. The Payroll Department will obtain validation of the claim against the associate and advise the associate to seek a release. If the associate fails to obtain a release prior to the validation of the claim, the Payroll Department will begin deductions until a release is received by the organization.
1. A copy of all information sent out will be kept in the associate's file.
2. The payroll department has the sole authority to deduct the proper amount from the associate's paycheck.
3. If the associate obtains a letter of abeyance or release from his creditor, he/she must notify the payroll Specialist to stop deductions.
4. Under no circumstances (N.Y. State Law) may an associate be terminated for garnishments - <u>regardless</u> of the number received.

<u>Pay Advances</u>
Payroll advances are not provided unless extenuating circumstances as deemed as such by the HR Office and the CEO are given. Payroll advances can only be honored if the

193

©Copyright 2017 Urban Health Plan, Inc.
Administration Policies & Procedures, Human Resources
All rights reserved

Urban Health Plan, Inc.
Human Resources
Policies and Procedures

organization's cash flow permits such payroll advances. All such advances require the CEO and the CFO's approval.

<u>Post-Mortem Pay</u>
The base salary is continued for a period of ten working days following the death. Any unused accrued vacation, personal and holidays at the time of death will be paid in addition to post-mortem.

194

©Copyright 2017 Urban Health Plan, Inc.
Administration Policies & Procedures, Human Resources
All rights reserved

Urban Health Plan, Inc.
Human Resources
Policies and Procedures

## THE WAGE THEFT PREVENTION ACT POLICY
### _Discontinued as of January 2015_

195

Reviewed by Human Resources 12/2015

©Copyright 2017 Urban Health Plan, Inc.
Administration Policies & Procedures, Human Resources
All rights reserved

Urban Health Plan, Inc.
Human Resources
Policies and Procedures

# DAY
# TO
# DAY
# POLICIES

196

Reviewed by Human Resources 12/2015

©Copyright 2017 Urban Health Plan, Inc.
Administration Policies & Procedures, Human Resources
All rights reserved

Urban Health Plan, Inc.
Human Resources
Policies and Procedures

## ATTIRE

**POLICY:**  To enable our associates to project the professional image that is in keeping with the needs of our patients, customers, visitors and community to trust us. Because our industry requires the appearance of trusted business professionals and we serve patients/customers at our sites on a daily basis, a more professional/formal dress code is necessary for our associates.  You must project the image of a trustworthy, knowledgeable business professional for patients, customers, visitors and community who seek our services, guidance, input, and professional services.

To foster a positive image appropriate for a healthcare environment, all UHP associates will dress in manner that is appropriate for their position and work performed.  Associates will dress in a way that establishes confidence and respect for the organization, and the health and safety of patients, visitors, and associates.

## DEFINITION:

A dress code is a set of standards that companies develop to help provide their employees with guidance about what is appropriate to wear to work. Dress codes range from formal to business casual to casual. The formality of the workplace dress code is normally determined by the amount of interaction employees have with customers or clients.

In workplaces where some employees interact with customers or clients and others do not, an organization may choose to have two dress codes. A more casual dress code is normally adopted for employees with no customer or client contact.

## PURPOSE:

In order to establish guidelines for the associates of UHP the following are established as minimum standards.  Departmental standards may exceed these guidelines.  The following factors have been taken into consideration in defining the appearance standards policy:
- Patient Safety
- Associates Safety
- Visitors Safety
- Community
- Infection Control
- Job responsibilities
- Professional image

197

Reviewed by Human Resources 12/2015

©Copyright 2017 Urban Health Plan, Inc.
Administration Policies & Procedures, Human Resources
All rights reserved

Urban Health Plan, Inc.
Human Resources
Policies and Procedures

The establishment of Departmental standards will be developed in consultation with internal UHP resources (i.e. Human Resources, Office of the President & CEO, Nursing Director).   Standards must be consistent for **all** associates in a given work area regardless of their department.

The guidelines established for appearance and dress cannot be all-inclusive. Consequently, when a decision regarding the appropriateness of work attire is needed, management will decide.

**General guidelines for all associates:**

- The associate identification badge and name plate issued by the Human Resources Department must be worn above the waist at all times so our patients can differentiate between associates and the public.  ID badges should be kept clean (ie: no stickers or other appearance altering items may be placed on the ID badge).  ID badges may be worn on a standard collard clip or on a UHP issued lanyard.
- Only work-related buttons or pins that have been approved by Senior Management may be worn (ie: political bottoms are inappropriate).
- Hair including sideburns, mustaches and beards  should be clean, combed and neatly trimmed.
- No aspect of the associate's dress should embarrass or offend patients, visitors or associates.  Clothing should be neat, clean, pressed, and appropriate in length. Fit and length of clothing should look professional and be appropriate for the physical requirements of the associate's position.
- Fingernails are to be kept clean, presentable, and of a professional length that does not detract from job performance.  For clinical staff, refer to Infection Control policies and procedures manual.
- Tattoos shall be covered if prominent and/or offensive.
- Shall religious belief or practices, conflict with this policy, reasonable accommodation will be made for associates as long as the accommodation does not pose a safety hazard.

### Shirts, Tops, Blouses, and Jackets
- Casual shirts, dress shirts, dressy sweaters, tops, golf-type shirts, and turtlenecks are acceptable attire for work.  Most suit jackets or sport jackets are also acceptable attire for work and office, if they don't violate none of the listed guidelines.  Inappropriate attire for business casual includes tank tops; midriff tops; shirts with potentially offensive words, terms, logos, pictures, cartoons, or slogans; halter tops; sweatshirts, and t-shirts unless worn under another blouse, shirt, jacket, or dress.

   Only clothing with our logo is encouraged; fashion brand names on clothing are generally acceptable.

198

Reviewed by Human Resources 12/2015

©Copyright 2017 Urban Health Plan, Inc.
Administration Policies & Procedures, Human Resources
All rights reserved

Urban Health Plan, Inc.
Human Resources
Policies and Procedures

- Clothing that reveals too much cleavage, your back, your chest, your stomach or your underwear is not appropriate for a place of business.

**Slacks, Pants, Suit Pants**
- Acceptable are slacks of cotton or synthetic material pants, wool pants, flannel pants, dressy capris, and nice looking synthetic pants.

- Unacceptable but not all-inclusive are tight pants, denim, sweatpants, exercise pants, Bermuda shorts, short shorts, bib overalls, leggings, and any spandex or other form-fitting pants.

**Skirts, Dresses, Skirted Suits**
- Casual dresses and skirts are acceptable.  Dress and skirt length should be at a length at which you can sit comfortably in public.  Sun dresses and spaghetti-strap dresses are inappropriate for business casual unless a jacket is worn over them.

- Unacceptable but not all-inclusive are short, tight skirts that ride halfway up the thigh.  Miniskirts, skorts,  and beach dresses are inappropriate for the workplace.

- **Shoes and Footwear**
  Conservative athletic or walking shoes, loafers, clogs, white sneakers (nursing), boots, flats dress heels and leather deck-type shoes are acceptable for work.  Flashy athletic shoes, thongs, flip-flops and slippers, are not acceptable.  Closed toe and closed heel are required in the clinical areas. Business professional heel  no higher than 3.5".

- **Makeup, Fragrances and accessories**
  Remember that some patients, visitors and associates are allergic to the chemicals in perfumes and makeup, so wear these substances with moderation.

- **Hats and head coverings**
  Hats are not appropriate in the office.  Head Covers that are required for religious purposes or to honor cultural tradition are allowed.

199

Reviewed by Human Resources 12/2015

©Copyright 2017 Urban Health Plan, Inc.
Administration Policies & Procedures, Human Resources
All rights reserved

Urban Health Plan, Inc.
Human Resources
Policies and Procedures

**Departmental attire in addition to the general guidelines listed above:**

**Dental Assistants, Diagnostic Technicians, Hygienists, HCRS's, Intake Workers, Medical Assistants, Nurses, Phlebotomists and Physical Therapy Aides.**
- Any color solid scrub pant and coordinating solid or print scrub top.
- Footwear should be appropriate and safe for the individual and work environment. Sandals and open-toed shoes are unacceptable for direct care providers due to the potential safety hazard. Sneakers or running shoes are permitted within certain departments and physical therapy, because of the nature of their work. This exception is based on the worker's continued standing work position. All sneakers/running shoes shall be maintained in good condition, with laces properly tied.

**Contact Center Associates, HIM Associates, Referral Associate, Tracking Associates:**
- Scrub type are allowed
- Other dress guidelines are in alignment with general guidelines above

<u>As of January 3, 2017:</u>

**PSR's,**
- Black scrubs
- Black sneakers in neat conditions

**Cash Collection Associates, Front Desk Associates**
- Black or Khaki slacks  or skirts
- Black, Navy or White tops
- Black shoes in good conditions

**Facilities Associates, Transportation and Materials Management Associates:**
- Navy blue pants
- Light blue shirt
- Steel toe shoes as required by duties perform and regulatory compliance.

**Administrative Associates**
- Business Attire

**Professional and Support Office Associates**
- Business Attire

If an associate has been provided with uniform or career apparel by UHP, the clothing must be neat, pressed and clean at all times and conform to UHP and individual department or site standards.

200

Reviewed by Human Resources 12/2015

©Copyright 2017 Urban Health Plan, Inc.
Administration Policies & Procedures, Human Resources
All rights reserved

Urban Health Plan, Inc.
Human Resources
Policies and Procedures

**RESPONSIBILITIES:**

Directors/Coordinators/Supervisors

- Communicate process, rationale, standards and consequence to associates.
- Serve as a role model of Attire Standards Policy.
- Clarify process for addressing violations.
- Monitor and enforce standards
- Work with associates to address any challenges they have meeting standards.
- Hold associates accountable for following the Attire Standards Policy as outlined by UHP.

Associates

- Be knowledgeable of UHP and department specific standards
- Adhere to standards of your department and UHP
- Communicate to supervisor any challenges in meeting standards and work cooperatively to address problem

Human Resources

- Provide support in appropriate application and enforcement of the organization policy.

**NOTE:**

Urban Health Plan, Inc is confident each associate will use his or her best judgment in following this policy. This is not an all-inclusive list, thus, management reserves the right to determine appropriateness.  A rule of thumb – if unsure an article of clothing is acceptable, don't wear it.

**PROCEDURE:**

1. An associate considered by Administration to be inappropriately attired shall be advised of this and sent home to correct the attire to conform to accepted Administrative standards as stated in the policy above.
2. Associates shall not be penalized for time lost on the first occurrence.
3. If an associate is warned or sent home three (3) times, a written warning will be issued and place in the associate's personnel file.  If the attire policy is violated after a written warning, the associate will be sent home without pay for the remainder of the day.

201

Reviewed by Human Resources 12/2015

©Copyright 2017 Urban Health Plan, Inc.
Administration Policies & Procedures, Human Resources
All rights reserved

Urban Health Plan, Inc.
Human Resources
Policies and Procedures

## PERSONNEL IDENTIFICATION BADGE POLICY

**POLICY:** To provide a safe, secure environment for patients, visitors, associates and volunteers/interns by requiring associates to wear identification. Identification Badges may not be loaned or otherwise transferred to another individual.

This policy applies to all associates, temporary agency workers, and interns regardless of the status or classification. It applies to guests, vendors and visitors.

## PROCEDURE:

- The Human Resources Department issues identification badges, including both picture to each associate on the first date of employment.
- Associates are required to wear their identification badges while on duty. Identification badges must be appropriately displayed with the picture facing outward and located on an area of the body that the badge may be easily read.
- Agency or contract associates must wear identification badges to include their name and title.
- Inters/volunteers must wear identification badges with their name displayed.
- Visitors will be issued a self-adhesive paper badge by the front desk clerk and/or security authorized by the department that they would be visiting.
- Identification badges may also be used cash their payroll check.
- Change in name, position, and/or department must be reported to the Human Resources Department in a timely manner through a payroll change. The Human Resources will the make arrangements with the associate for a new identification badge.
- Upon termination of employment, the associate must turn the identification badge in to the Human Resources Department.
- The Human Resources Department may assess a replacement fee of $5.00 for lost or stolen identification badges.

## DISCIPLINARY ACTIONS:

1. Associates reporting for duty without their identification badge will be asked to return home and retrieve their badge. They must clock out until they return with their badge.
2. Associates who frequently report to work without their identification badge will be subject to disciplinary action.

202

Reviewed by Human Resources 12/2015

©Copyright 2017 Urban Health Plan, Inc.
Administration Policies & Procedures, Human Resources
All rights reserved

Urban Health Plan, Inc.
Human Resources
Policies and Procedures

# WORKING HOURS

**POLICY:** The official workweek begins at 12:01 a.m. Monday and ends at 12:00 Midnight Sunday.  The general operating hours of UHP are 6:30 a.m. to 7:00 p.m., Monday through Friday, Saturday 8:00 a.m. to 5:00 p.m. and on Sunday 11:00 a.m. to 3:00 p.m.

"Hours worked" includes all the time an associate is required to be on duty on UHP premises.

The weekly schedule of hours for a regular full-time associate is governed by his/her department, but may not be less than 30 hours.

A seven-minute grace period is honored at the beginning of the day to allow for occasional unforeseen situations.  However, abuse of this grace period will be disciplined according to the disciplinary action/rules of conduct policy.

In all cases, it is the duty of management and supervisory associates to exercise their control to assure that only assigned work is to be performed.  All time must be compensated; therefore, it is important for management to control hours worked.  The electronic time record shall be the official pay record.  It is imperative that Managers and Supervisors insure that associates quick punch/log in and out at the proper times.

On days when an associate is working, time spent in waiting for, or receiving, medical attention on the premises constitutes hours worked

UHP does not object to an associate's acceptance of work outside his/her normal working hours.  If the demands of the second job, however, cause undue fatigue or otherwise adversely affect an associate's efficiency and effectiveness, the associate will be asked to make a choice between the two jobs.

UHP is proud to have its associates take an active part in community and civic affairs.  The acceptance of responsibility with church, service and similar organizations represents good citizenship and public service.  However, these activities should not interfere with regular duties during the workday.

203

Reviewed by Human Resources 12/2015

©Copyright 2017 Urban Health Plan, Inc.
Administration Policies & Procedures, Human Resources
All rights reserved

Urban Health Plan, Inc.
Human Resources
Policies and Procedures

## ATTENDANCE

**POLICY:** Urban Health Plan expects all associates to be punctual and attend work regularly so that we can meet the health care services expected by patients. All associates are expected to remain at work for their entire work schedule. Although regular and punctual attendance is extremely important, UHP also recognizes that there will be times when the associate must miss work because of an illness, personal reasons etc. However, it is also expected that the associate follow the procedures in this policy.

**PROCEDURE:**

1. **Associates Responsibilities**
   a. All associates are to record their attendance through the use of the Fingerprint Verification Option or their PC as authorized by policy.
   b. All associates are expected to <u>appear</u> at their work stations in time to start their scheduled work hours, stay at their work stations during their scheduled work hours and remain until the end of their scheduled work hours.
   c. All associates are expected to clock in/out upon arrival and departure, as well as the time when the associate goes and comes from their meal period.  Failure to do so will result in discipline.
   d. In the event that an associate develops a pattern of absences (i.e. consecutive months and/or particular days), documentation will be required.

2. **Management Associates Responsibilities**
Management responsibility lies in reviewing each associate's appropriate time record at the end of each pay period and making the appropriate adjustments (i.e. apply vacation time, compensatory time and sick time when needed).  It is also the Department Head's responsibility to use this information to monitor the problems that may arise regarding punctuality and attendance and to take the necessary disciplinary action, if warranted.

204

Reviewed by Human Resources 12/2015

©Copyright 2017 Urban Health Plan, Inc.
Administration Policies & Procedures, Human Resources
All rights reserved

Urban Health Plan, Inc.
Human Resources
Policies and Procedures

| Issued by (Site/Dept): | Issue Date: |
|---|---|
| Human Resources | November 2017 |

| Prepared By: | | | Approved By: | | |
|---|---|---|---|---|---|
| | Signature | Date | | Signature | Date |

# WORKING FROM HOME/TELECOMMUTING POLICY

**This Policy affirms UHP's commitment to develop, maintain, and support a comprehensive policy of equal opportunities in employment within the organization.**

POLICY: Telecommuting is an alternative method of meeting the needs of the organization open to a select group of associates. Telecommuting is the practice of working at home or at a site near home for an agreed-upon schedule, without the need of traveling to a central workplace. It is a work alternative that UHP may offer to selected associates when it is determined that such an assignment benefits the organization. Additionally, this benefit does not alter the at will status of the selected UHP associates.

UHP has the right to refuse to make telecommuting available to any associate and may terminate a telecommuting arrangement at any time, for any reason, at UHP's sole discretion.

The telecommuting arrangement will be reviewed periodically.

THE PROCESS: Any supervisor can suggest telecommuting as a possible work arrangement. Supervisors who believe telecommuting can enhance their associate's ability to get the job done should complete an application and eligibility form and file it with the Human Resources Department ("HR"). (Forms can be obtained from HR.)  HR will review for completeness and forward the application to the appropriate Department Head.

Final approval of the application will be made by a member of the executive team.

The decision to approve a telecommuting arrangement will be based on factors such as the following:
• Nature of position and job duties;
• Performance history of the staff member;
• Related work skills;
• Impact of proposed telework arrangement on the organization;
• Appropriateness of tele-work site;

205

Reviewed by Human Resources 12/2015

©Copyright 2017 Urban Health Plan, Inc.
Administration Policies & Procedures, Human Resources
All rights reserved

Urban Health Plan, Inc.
Human Resources
Policies and Procedures

**NOTE:** Telecommuting is not intended to permit associates to have time to work at other jobs or to run their own businesses.  Failure to fulfill normal work requirements, both qualitative and quantitative, on account of other employment, may be cause for disciplinary action or termination of employment with UHP. In addition, failure to comply with any aspect of this policy or related policies such as Health and Safety, IT, and payroll policies may also constitute as a disciplinary offense, subject to termination of employment.

TELECOMMUTING GUIDELINES:
- The department and associate must agree in advance on a specific work schedule, including work days and hours.
- Associate must be on-site at their department as necessary to attend meetings, training sessions, or similar events.
- Associate must maintain a standard workload.
- Associates who telecommute, and are unable to work because of illness must use sick leave and must report their absence to their supervisor, in accordance with UHP policy.
- Associate who telecommute and wish to be relieved of work responsibility on a particular day must use vacation or personal leave in accordance with UHP policy.
- Telecommuting may not substitute for primary child or home health care giving.

UHP PROPERTY/EQUIPMENT:
- The department may pay for telecommuting equipment and services at the sole discretion of UHP.  In most cases, the associate will be expected to provide their own equipment, such as computers and telephone fax lines.
- Equipment such as computers, printers, software, and services such as fax lines provided on loan by UHP, remain the property of UHP while on loan, and the associate must return such items upon termination of the telecommuting arrangement.
- Any equipment provided by UHP for the purposes of working at home will be inspected and maintained by UHP.  The associate is required to take reasonable care of all equipment, to keep it secure and to use in in accordance with operating instructions, and the IT policy.  They must ensure that any such equipment provided is returned at the end of the arrangement.  UHP provided equipment must NOT be left unattended in any vehicle at any time.
- UHP associates are advised that working from home may affect the provisions of any home contents insurance and are advised to inform their insurers prior to commencing working from home.
- Equipment and UHP files should only be accessible to the associate and safeguarded from access by other members of the household and visitors.

206

Reviewed by Human Resources 12/2015

©Copyright 2017 Urban Health Plan, Inc.
Administration Policies & Procedures, Human Resources
All rights reserved

Urban Health Plan, Inc.
Human Resources
Policies and Procedures

HEALTH AND SAFETY:

- UHP has a duty to protect its associates' health and safety at work in accordance with the provisions of the Health and Safety at Work Act 1974 and the regulations made under it.
- UHP associates are required to comply with UHP 's Health and Safety policy while they are at work and to take reasonable care of their own health and safety and that of any third party with whom they come into contact during the course of employment.
- UHP associates are advised not to release their home address and telephone number to non-staff members of UHP unless business related.
- UHP associates are strongly advised not to meet volunteers, patients/clients, or customers at home.

COMPENSATION:

Exempt associates will be compensated on a salaried basis for all time worked while telecommuting. Non-exempt employees are required to record all hours worked while telecommuting.  Overtime (work in excess of 40 hours per week) is not to be worked unless the staff receives prior written authorization to work overtime from his or her supervisor. Associates who fail to obtain proper written authorization before working overtime will be subject to disciplinary action, up to and including termination.

Reviewed by Human Resources 12/2015

©Copyright 2017 Urban Health Plan, Inc.
Administration Policies & Procedures, Human Resources
All rights reserved

Urban Health Plan, Inc.
Human Resources
Policies and Procedures

## MEAL PERIOD

**PURPOSE:** Meal periods are intended to provide the associate with an opportunity to relax, rest, eat and pause from their work.

**POLICY**: All full time associates are entitled to a one (1) hour meal period per day.  Part time associates are entitled to 30 minutes for a meal break per four hours worked. Meal periods are not considered time worked.

**PROCEDURE:**
1. Meal times are to be scheduled by the Department Head/Coordinator for the convenient and efficient operation of the department and UHP as a whole.
2. Time allotted for meal periods shall be consistent with the regularly scheduled daily hours of work.
3. The amount of time allotted for the meal period shall be one hour daily for all full time associates.  For part time associates working six hours daily, the meal period allotted shall be 30 minutes.

Reviewed by Human Resources 12/2015

208

©Copyright 2017 Urban Health Plan, Inc.
Administration Policies & Procedures, Human Resources
All rights reserved

Urban Health Plan, Inc.
Human Resources
Policies and Procedures

## NOTIFICATION OF ABSENCE

**POLICY:**  All associates are responsible to notify their respective Supervisor, on a daily basis, if they are unable to report to work.  Only in cases of hospitalization or extended illnesses beyond one week, may the daily notification be waived.

**PROCEDURE:** UHP NOTIFICATION REQUIREMENTS

1.  An associate unable to report to work as scheduled must notify his/her Supervisor at least two (2) hours before the start of his/her scheduled shift, or as soon as the associate knows that he/she will be absent.

2.  An associate who is absent on a scheduled workday and makes no attempt to notify UHP before or during his/her scheduled workday may be docked one or more days' pay depending on the number of days absent.  The associate is also subject to severe discipline.

3.  An associate who does not give the required notice of (2) hours is subject to discipline.

4.  Each department will determine what supervisor is to be contacted in case of a notification of absence. This notice is to be in writing and distributed to all associates within the respective supervisor's department.

209

Reviewed by Human Resources 12/2015

©Copyright 2017 Urban Health Plan, Inc.
Administration Policies & Procedures, Human Resources
All rights reserved

Urban Health Plan, Inc.
Human Resources
Policies and Procedures

## EXCESSIVE ABSENTEEISM

**POLICY:** Urban Health Plan, Inc. expects associates to meet all of the essential requirements of their respective positions.  Reporting to work when scheduled is a primary requirement for any position.  Excessive absenteeism, which disrupts workflow and adversely impacts patient care, will not be tolerated.

Associates who fail to supply proper notice to their department directors, regarding illness, personal leave, accident or emergencies, he/she shall be charged with absence occurrences and shall not be eligible to collect sick pay.

<u>Definitions:</u>
*Absence*– The failure of an associate to report to work during his/her scheduled work hours.
*Absence Occurrence*– Any single or number of consecutive days during which an associate does not report to work.  For example: three (3) consecutive days of absence, due to illness, may be considered one occurrence.
*Excessive Absence*- Three (3) or more occurrences in any (1) one month period.
Five (5) or more occurrences in any (6) six-month period.
*Pattern of Absence*- Any repeated pattern such as frequent absence immediately before or after scheduled days off or before or after benefit days.
*Job Abandonment*– An associate who is scheduled to work and fails to report for (3) three consecutive workdays, without notifying his/her department director of the reason for his/her absence, will be considered to have voluntarily quit without notice.

**Disciplinary Procedure:**
1. Three or more absence of occurrences in one month– **<u>Oral Warning</u>**
2. Three or more occurrences in any subsequent month (within one year)– **<u>First (1st)</u> <u>Written Warning.</u>** An action plan for improvement should be developed and agreed upon. Three or more occurrences in any subsequent month (within one year)– **<u>Second (2nd)</u>**
3. **<u>Written Warning and Suspension of three (3) days.</u>** A clear statement that this is the final "Final Warning" before termination should be issued.
4. Three or more occurrences in any subsequent month (within one year)– **<u>Termination of employment.</u>**
5. Five or more occurrences in any six month period of time- the next progressive step, based upon prior record.
6. A pattern of absences- the next progressive step, based upon prior record.

**<u>UHP reserves the right to ask for proof of illness prior to excusing any absence.</u>**

Revised by Human Resources 11/2017

©Copyright 2017 Urban Health Plan, Inc.
Administration Policies & Procedures, Human Resources
All rights reserved

Urban Health Plan, Inc.
Human Resources
Policies and Procedures

## SMOKE-FREE ENVIRONMENT

**POLICY:** Because we recognize the hazards caused by exposure to environmental tobacco smoke, as well as the life threatening diseases linked to the use of all forms of tobacco smoke.   It shall be the policy of Urban Health Plan's to provide a tobacco free-environment for all associates, patient and visitors.  This policy covers the smoking of any tobacco product and use of oral tobacco products or "spit" tobacco, and it applies to both associates and non-associates visitors of UHP.

The organization's smoking policy is predicated essentially, on three bases: (1) passive (involuntary) smoking is harmful to nonsmokers; (2) a health care facility (beyond all other kinds of "employers") has a special obligation to shield all persons who come onto its premises from harmful exposure to tobacco smoke; and (3) lit tobacco, particularly by patients being examined or waiting to be seen creates an "unsafe condition."

In addition to the foregoing, federal, state and city regulations and laws require employers to develop a policy that protects non-smokers from the harmful effects of second-hand smoke.  For these reasons, Urban Health Plan, has developed the policy herein and is dedicated to providing a healthy, safe, comfortable and productive work environment for its associates, visitors and patients.

## PROCEDURE:
1. No use of tobacco products will be allowed within the facilities of UHP at any time.
2. *Although UHP does not provide associates with smoking breaks in order to assist associates to Smoking is permitted, provided it occurs outside UHP's premises.  However, the associate must request permission directly from his/her Department Head. This smoke break should neither be too lengthy nor take place too often.*
3. No tobacco use in any company vehicle.
4. Any associate found smoking on the premises shall be immediately terminated.
5. Any patient or visitor found smoking in an unauthorized area shall be requested to extinguish the smoking object, be appraised of the no smoking policy and advised that he/she may not smoke within UHP's premises.
   Conflicts related to patients should be referred to the Senior Administrator or to the President/CEO.
6. This policy shall be explained to all new hires during associate orientation.
7. Any associate who is a smoker and wishes to achieve a non-smoking state should be referred to EAP (Guidance Resources.com) and/or the Health Educators for advice, support and information concerning programs that may enable them to quit smoking.
8. Any violations of this policy will be handled through the standard disciplinary procedure.

Revised by Human Resources 11/2017

211

©Copyright 2017 Urban Health Plan, Inc.
Administration Policies & Procedures, Human Resources
All rights reserved

Urban Health Plan, Inc.
Human Resources
Policies and Procedures

Executive, Senior Management, Management and Supervisory associates are responsible to ensure that this policy is enforced.

Revised by Human Resources 11/2017

212

©Copyright 2017 Urban Health Plan, Inc.
Administration Policies & Procedures, Human Resources
All rights reserved

Urban Health Plan, Inc.
Human Resources
Policies and Procedures

| Issued by (Site/Dept): Human Resources | Issue Date: November 2017 | | |
|---|---|---|---|
| Prepared By: _Marta Reyes_ Signature | _11/29/17_ Date | Approved By: _[signature]_ Signature | _12/0/17_ Date |

## Title: RIGHTS OF NURSING MOTHERS

**Policy:**

Urban Health Plan, Inc ("UHP) has adopted this policy in accordance with New York State Law and the Fair Labor Standards Act, to ensure that nursing mothers in its employ are provided the opportunity to express milk at appropriate locations during reasonable break times during the workday. Additionally, it is the policy of UHP that discrimination against and/or harassment of associates, who exercise their rights under this policy, is prohibited.

**<u>Procedures:</u>**

Upon return to work, any associate who is nursing is eligible for up to three (3) years following the birth of a child. Eligible associates wishing to express milk in the workplace must contact their supervisor and the Human Resources Director or its designee prior to returning to work following the birth of a child to discuss appropriate arrangements including, but not limited to location, and work scheduling. The Human Resources Director or its designee and associate's supervisor will work with the associate to help ensure that all the appropriate needs are met while at the same ensuring that the disruption to the organization operations will be kept to a minimum. UHP will make reasonable effort to provide a private room or other location (other than a bathroom) that is shield from view and free from intrusion from coworkers and the public; within a close proximity of the associate's work station for the purpose of expression of milk.

Associates shall be provided sufficient unpaid break time to allow the associate to express milk. Generally these breaks shall be twenty to thirty minutes duration. If an associate believes she has not been provided sufficient time, she should immediately inform her supervisor or human resources director or its designee. An associate is also permitted to use her normal meal period to express her milk. Under certain circumstances an associate may be permitted to work before or after her normal schedule to make up the amount of time used during the unpaid break time(s). An associate may be required to postpone a scheduled break to express her milk for a reasonable period of up to thirty (30) minutes if she cannot spared her duties until appropriate coverage arrives.

UHP will not discriminate in any way against an associate who chooses to express breast milk in the workplace. UHP also strictly prohibits any form of retaliation or

Revised by Human Resources 11/2017

©Copyright 2017 Urban Health Plan, Inc.
Administration Policies & Procedures, Human Resources
All rights reserved

Urban Health Plan, Inc.
Human Resources
Policies and Procedures

harassment against an associate requesting or obtaining leave for expression of breast milk.   Any person who believes she has been the victim of such discrimination, retaliation or harassment must immediately report the incident to the Human Resources Director.

## **Milk Expression Room by location:**

Bella Vista I – Social Worker Room

Bella Vista II – Intake Room

Boricua – Directors Office

Plaza Del Castillo – Directors Office

Plaza Del Sol – North Side - office 3

El Nuevo San Juan (1065) – coordinators office

El Nuevo San Juan (1054) – coordinators office

Old San Juan – Breastfeeding room located in the WIC department

Peninsula – Directors Office

St. Lawrence – Directors Office

1057 Southern Boulevard – Human Resources Department, 3rd Floor Serenity Room

CitiCares – Directors Office

*Please contact the Human Resources Director if you have questions about this policy or need location information for the organization.*

Revised by Human Resources 11/2017

214

©Copyright 2017 Urban Health Plan, Inc.
Administration Policies & Procedures, Human Resources
All rights reserved

Urban Health Plan, Inc.
Human Resources
Policies and Procedures

## VISITORS IN THE WORKPLACE

**POLICY:** It is generally inappropriate for associates to have their children or other family members present in the workplace, even if they are just told to sit and wait in the lobby or any other area.  To avoid disruptions in job duties of the associate and his/her associates, reduce liability, and help maintain the organization's professional work environment.   Please make appropriate arrangements (such as adequate childcare), so that the presence of family members does not impose on the work of Urban Health Plan, Inc. or on your work.

A child or relative brought to the workplace in unavoidable situations is the associates responsibility and must be kept with the associate parent supervision at all times.

Revised by Human Resources 11/2017

215

©Copyright 2017 Urban Health Plan, Inc.
Administration Policies & Procedures, Human Resources
All rights reserved

Urban Health Plan, Inc.
Human Resources
Policies and Procedures

## WORKPLACE ANTI- VIOLENCE

**POLICY:** Urban Health Plan is committed to providing a safe and secure workplace and an environment free from physical violence, threats and intimidation. Associates are expected to report to work to perform their jobs in a nonviolent manner.  UHP believes that violence is a form of serious misconduct that undermines the integrity of the employment relationship. Conduct and behaviors of physical violence, threats or intimidation by an associate may result in disciplinary action up to and including termination, and/or other appropriate action.

UHP will not permit employment based-retaliation against anyone who, in good faith, brings a complaint of workplace violence or who speaks as a witness in the investigation of a complaint of workplace violence.

## DEFINITIONS:
1. **Workplace Violence (WPV)-** is any physical assault, threatening behavior or verbally abusive remark that is made in the workplace and/or effect the workplace behavior of an associate, which includes but not limited to:
2. **Verbal Abuse–** Any verbal expression issued with the intent of creating fear or intimidation in another individual, or group of individuals, or verbal remarks or comments expressed in a loud, harsh or threatening tone of voice or in a joking manner within the workplace.
3. **Physical Abuse–** Any intentional movement of the body, which may include touching, gestures, pushing, striking, stalking or any unwanted intrusion of "reasonable space" of an associate.  Any intentional use of any object toward an individual.
4. **Creating a Hostile Work Environment–** Any intentional nonphysical action that can be considered intimidating, or harassing with the intent of creating an environment that has the purpose or effect of unreasonably interfering with an individual's performance or where behaviors create a hostile or threatening environment.
5. **Risk Assessment Team–** The **Risk Assessment Team** consists of representative(s) from: the Human Resources Department, IACH/Risk Management Team, Facilities Department and Associate Wellness Center. This team will make assessment recommendations to department director/coordinator involved in acts of alleged violence in the workplace.

## RESPONSIBILITIES:
1. **Management:**  Management will foster an environment that is safe and free from workplace violence and will take action immediately to reduce the effects of workplace violence and/or verbal or physical abuse.  Management will contact Human Resources for direction regarding the management of workplace incidents.

Revised by Human Resources 11/2017

216

©Copyright 2017 Urban Health Plan, Inc.
Administration Policies & Procedures, Human Resources
All rights reserved

Urban Health Plan, Inc.
Human Resources
Policies and Procedures

2. **Associate**:   Associates will conduct themselves in such a way to reduce the possibility of any conflicts or acts that would create a violent, abusive, or unsafe workplace environment for themselves or others.   Associates will notify management of workplace violence incidents, which have occurred on or off-site that has the potential of impacting the work environment.  Associates will remove himself/herself from any situation that may result in workplace violence.  This means that is confronted with a potential situation involving workplace violence, an associate must make a serious attempt to retreat from the situation and report to their supervisor.

3. **Human Resources:**  The Director of Human Resources will provide policy guidance to coordinators, managers and directors regarding potential workplace violence situations.  This department is to be contacted after a workplace situation has been secured and will advise management, based on information provided, if the Associate Wellness Center provider should be contacted for a workplace violence assessment.

4. **Facilities Director (Fire Safety Director):**  Will provide consultation and assistance to the department director and/or coordinator where the potential Workplace Violence situation has occurred.  The Facilities Director will dispatch personnel as appropriate and/or as requested by the Chief Executive Officer or her designee. The Facilities Director will assist in conducting the initial investigation with the department director and/or coordinator and complete reports and document as necessary.

5. **Risk Management:**  Provides the review and interpretation of all applicable laws, i.e. discrimination, defamation, invasion of privacy and any other applicable law(s).

6. **Associate Wellness Center:**  Provides mental health consultation to the WPV Risk Assessment Team and to management regarding the evaluation of associates referred for risk assessment following workplace violence situations.   Will also provide assistance to associates who are recipients of WPV behavior.  Following the referral, Risk Management will contact the Associate Wellness Center to schedule the associate for a risk assessment which consists of an interview with the department director and/or coordinator of the associate(s), written questionnaires completed by the associate(s), psychological testing and clinical assessment interview.  The AWC provider may refer an associate for additional assessments or outside consultation if appropriate.   ECW will monitor compliance with ongoing treatment recommendations, if they are made, and will periodically report to Risk Management about the associate's compliance with treatment.  Every effort will be made to safeguard the privacy of all individuals involved in the Risk Assessment situation; however, a waiver of confidentiality will be required in order to disclose the results of the assessment and compliance with ongoing recommendations. Release of information and consent forms will be signed by the associate(s) at AWC.

Revised by Human Resources 11/2017

217

©Copyright 2017 Urban Health Plan, Inc.
Administration Policies & Procedures, Human Resources
All rights reserved

Urban Health Plan, Inc.
Human Resources
Policies and Procedures

Receives, maintains, analyzes and disseminates information from the Workplace Violence Unexpected Report regarding incidents of Workplace Violence to the appropriate sources, i.e., management, OSHA, etc.

Under the authorization of the Chief Medical Officer and as recommended by the Risk Management team performs tests for unauthorized use of controlled substances and alcohol, and communicates test results to the CMO and Risk Management team as appropriate

Evaluate any associate injured at the work site or injured while performing an assigned job function.

**PROCEDURES:**

I.  **Associate Exhibiting Threatening Behaviors**

    If a supervisory level or above associate observes an associate exhibiting threatening behavior on the job, the following procedure should be followed:

    1.  The Risk Assessment Team is to immediately investigate allegations of workplace violence. The investigation should answer the questions: Who was involved?  What occurred?  When did the incident occur?  Why did the incident occur?  How did the incident occur?
    2.  Document the workplace violence event using the **Unexpected Event** form.
    3.  After the situation has been secured, contact Human Resources to explain the situation and to seek guidance of how to proceed.
    4.  Contact Associate Wellness Center
    5.  If warranted, follow the Drug Free Workplace Policy – Substance Abuse Testing as outlined in the Human Resource Policies and Procedures Manual.
    6.  Suspend the associate pending the outcome of the investigation and **Risk Assessment**
    7.  Complete Workplace **Violence Unexpected Event** immediately and send it to Risk Management.

II. **An Associate Exposed to a Workplace Violence Incident on the Job**

    If an associate is exposed to a workplace violence incident on the job, the following procedure should occur, the associate should:

    1.  Inform their supervisor of the workplace violence incident, which occurred on or offsite, involving another individual, which may impact the workplace and/or contact the Human resources Department.
    2.  Provide their supervisor with a complete description of the workplace violence behavior or actions, the name of the employee(s) and the department of the threatening individual, if known, as well as any other identifying information.
    3.  The associate's supervisor should make sure the associate is accompanied to or contact AWC for assistance, if necessary.

Revised by Human Resources 11/2017

©Copyright 2017 Urban Health Plan, Inc.
Administration Policies & Procedures, Human Resources
All rights reserved

Urban Health Plan, Inc.
Human Resources
Policies and Procedures

**References:**

Federal Occupational Safety and Healthy Administration 29 CFR, 654(a) (1)
JCAHO Standards
UHP Environment of care Policy and Procedure Manual
UHP Human Resources Policy and Procedure Manual

Revised by Human Resources 11/2017

219

©Copyright 2017 Urban Health Plan, Inc.
Administration Policies & Procedures, Human Resources
All rights reserved

Urban Health Plan, Inc.
Human Resources
Policies and Procedures

| Issued by (Site/Dept): | Revision Date: |
|---|---|
| Human Resources | November 2017 |

| Prepared By: | _Marta Reyes_ | | Approved By: | _[Signature]_ | 12/10/17 |
|---|---|---|---|---|---|
| | /Signature | Date | | Signature | Date |

## SEXUAL HARASSMENT PREVENTION

**POLICY:** Urban Health Plan, Inc. (UHP) prohibits discrimination against any associate, applicant, client or patient on the basis of sex. Sexual harassment is a form of sex discrimination that violates Title VII of the Civil Rights Act of 1964, Article 15 of the Executive Law [Human Rights] of the State of New York, and/or the New York City Human Rights Law.  It is the policy of UHP to provide equal employment opportunity in all aspects of the employment process without consideration to an individual sex.  Sexual harassment is illegal.  It is a form of discrimination based on a person's sex and it undermines the integrity of the workplace and the personal dignity of the individual.  The definition of sexual harassment includes harassment based on a person's gender identity or experience or sexual orientation.

Sexual harassment is defined by NYS law and Urban Health Plan, Inc. as any unwelcome sexual advances or requests for sexual favors or any conduct of a sexual nature when: a) submission to such conduct is made, either explicitly or implicitly, a term or condition of an individual's employment, b) submission to or rejection of such conduct by an individual is used as the basis for employment decisions affecting such individual is used as the basis for employment decisions affecting such individual, or c) when such conduct has the purpose or effect of substantially interfering with an individual's work performance or creating an intimidating, hostile or offensive working environment.

The following are examples of prohibited conduct; however, this is not an inclusive list:
- Sexual flirtation, propositions or threats; sexting;
- Lewd comments, jokes, stories, E-mails, or cards; conversations with sexual innuendo;
- Using crude and offensive language;
- Unwanted or inappropriate touching such as patting, pinching, massaging or hugging;
- Sexual gestures;
- Use or display of sexual suggestive photographs, magazines, objects or pornographic pictures or calendars;
- Obscene noises or leering;
- While in a supervisory position, condoning or ignoring sexual harassment of which one has knowledge or has reason to have knowledge; and
- Derogatory comments about another person's sex, gender or sexual orientation.

Revised by Human Resources 11/2017

©Copyright 2017 Urban Health Plan, Inc.
Administration Policies & Procedures, Human Resources
All rights reserved

220

Urban Health Plan, Inc.
Human Resources
Policies and Procedures

UHP is committed to maintaining a work environment free of *all forms of discrimination including* sexual harassment and will not tolerate any behavior that may violate this policy.  Supervisory personnel and all other associates are directed to adhere to this policy, familiarize themselves with the laws and statutes stated, and to be receptive to complaints made by afflicted associates. UHP further prohibits sexual harassment in any form whether in the workplace, at assignments outside the workplace, at work sponsored functions, or elsewhere.  Off –duty or non-duty behavior that affects the workplace may also be considered sexual harassment.  Sexual harassment by associates against non-associates is also prohibited.  Associates should be aware that some forms of sexual harassment may be subject to civil or criminal penalties.  More importantly, anyone found to be in violation of this policy will be subject to appropriate disciplinary actions up to an including termination

## COMPLAINTS OR QUESTIONS

- An associate whose conduct constitutes sexual harassment, or any supervisor or manager who knowingly permits such conduct to occur, will be subject to disciplinary action up to and including dismissal.
- Associates, applicants, clients or patients who feel they are victims of sexual harassment should immediately report the matter to the immediate supervisor, or department head, including the Chief Executive Officer.  The supervisor must report the incident to the Human Resources Director promptly and the matter will be investigated thoroughly.
- The results of the investigation will be made known to the parties involved and, if it is determined that this policy has been violated, appropriate action will be taken promptly.
- The confidentiality and privacy of our associates, clients or patients and those involved will be respected to the extent consistent with the demands of the UHP to take appropriate action regarding the complaint.
- Any harassment of, or discrimination against, an associate, applicant, client or patient in retaliation for having brought a claim of sexual harassment or who cooperated in any investigation of sexual harassment, is prohibited and will be considered a violation of this policy.
- An appeal of a decision reached by the Human Resources Department may be filed with the Chief Executive Officer.
- Sexual harassment complaints may also be filed with the New York City Commission on Human Rights, the New York State Division of Human Rights, or the United States Equal Employment Opportunity Commission.
- Questions regarding this policy, and its application, or a specific situation should be brought to any supervisor, higher-level manager, or to the Human Resources Director located at 1057 Southern Boulevard, Bronx, New York 10459, telephone number (718) 589- 2440 ext 3129.

Revised by Human Resources 11/2017

221

©Copyright 2017 Urban Health Plan, Inc.
Administration Policies & Procedures, Human Resources
All rights reserved

Urban Health Plan, Inc.
Human Resources
Policies and Procedures

To ensure that all associates are aware of UHP commitment to provide a work environment free of all forms harassment, this policy will distributed at annual orientation.

Revised by Human Resources 11/2017

222

©Copyright 2017 Urban Health Plan, Inc.
Administration Policies & Procedures, Human Resources
All rights reserved

Urban Health Plan, Inc.
Human Resources
Policies and Procedures

## ADDITION / DELELETION OF ASSOCIATES TO NETWORK

**POLICY:**  Access to network and all system applications is restricted to current associates.

**PURPOSE:** To ensure that access to the network and system applications is restricted to current associates.

**PROCEDURE:**
1. Human Resources (HR) is to notify IT Management via "help desk" upon the hiring, transfer and termination of any associate.
2. At the time of hiring, HR is also to notify IT Management via "help desk" of the applications and equipment the new associate will need access to base upon their job function / description.
3. IT Management will then grant the associate access to the system (computer use policy explained at New Associate Orientation).
4. IT Management will also notify the Administrator of Clinical systems if the associate needs access to EHR.
5. Once access has been given to the associate, HR will then be notified.
6. IT Management will then take away their access to the network and the Administrator of Clinical Systems to take away access to EHR.
7. IT Management will notify HR when this has been done via Outlook.

### Addition / Deletion of Associate

| | |
|---|---|
| **Employee Name** | |
| **Department** | |
| **Date of Hire** | |
| **Date of Termination** | |
| **System Requirements** | |
| | |
| | |

Revised by Human Resources 11/2017

223

©Copyright 2017 Urban Health Plan, Inc.
Administration Policies & Procedures, Human Resources
All rights reserved

Urban Health Plan, Inc.
Human Resources
Policies and Procedures

## ADDITION/RETURN OF ISSUED ITEMS AT TIME OF SEPARATION

**POLICY:** In order to secure equipment, keys, uniforms or other items that have been assigned to associates as deemed necessary to perform their job duties, it shall be the policy of the health center to have such associates surrender assigned items in a systematic manner at the time of separation from Urban Health Plan, Inc.

### PROCEDURE:

1. Assigned items will be issued to associates at given times throughout their employment. At such time, the associate will sign an assignment/ issued form that will be maintained in the associate's human resources file in the Human Resources Office.
2. It shall be responsibility of the manager issuing the items to properly document the distribution of items. Assigned items may include but not be limited to keys, manuals, tools, uniforms, identification cards, computers, laptops, beepers, cellular phones, and walkie-talkies.
3. All assigned items will be returned to the health center at the time of the associate's exit interview.
4. The associate's last paycheck will be issued through the Human Resources office at the time of the associate's exit interview.
5. Associates will be given an **Exit Interview Property Checklist** as part of the New Associate Orientation in which the associate acknowledges and agree to be the recipient of UHP properties assigned to him/her for the performance of his/her job. He/she understands that they are responsible for the replacement of any and all misplaced and or stolen properties during the course of employment. All the revenue generated from the items replaced will be allocated to the LCPD. (attached)

Revised by Human Resources 11/2017

224

©Copyright 2017 Urban Health Plan, Inc.
Administration Policies & Procedures, Human Resources
All rights reserved

Urban Health Plan, Inc.
Human Resources
Policies and Procedures

| Associate's Name: | Department |
|---|---|
| Title: | Date of Hire |

| Date of Separation: |
|---|

## Exit Interview Property Checklist

**ALL exiting associates must bring a copy of the completed Employment Exit Checklist to the Human Resources Office at the time of the exit interview.**

## Instructions

The exiting associate is responsible for completion of this form, by obtaining signatures from Departmental Administrators/Designee.

| Item | Department | Department Administrator/Designee Signature and Date | Cost |
|---|---|---|---|
| ID Badge (Replacement Cost $10.00) | Human Resources | | $10.00 |
| Name Plate (Replacement Cost $7.00) | Human Resources | | 7.00 |
| Locker | Human Resources | | |
| Cellphone/Beeper/PDA Smartphone/Blackberry | Administration | | Cost of the equipment |
| Petty Cash Reconciliation of Billing | Finance | | |
| Business Credit Card | Finance | | |
| Glucometers | Coordinators | | $65.00 |
| Progress Notes and Hand-Off of Patient Care | Medical Affairs | | |
| Network Account Deactivation | ITM | | |
| Local Computer Deactivation | ITM | | |
| EMR Account Deactivation | ITM | | |
| Laptop | ITM | | $1,000 |

Revised by Human Resources 11/2017

225

©Copyright 2017 Urban Health Plan, Inc.
Administration Policies & Procedures, Human Resources
All rights reserved

Urban Health Plan, Inc.
Human Resources
Policies and Procedures

| | | | |
|---|---|---|---|
| Office/Desk Keys | Facilities | | $25.00 |
| Master Key/Keys | Facilities | | $25.00 |
| Access Code (biometric reader) | | | |

By signing below, the associate acknowledges and agree to be the recipient of UHP properties assigned to him/her for the performance of his/her job.  He/she understands that they are responsible for the replacement of any and all misplaced and or stolen properties during the course of employment.

_____          _____

Associate Signature                                      Date

---

This checklist has been implemented to protect the security of the information system, facilities, and to assure the collection of credit cards issued by the department.

---

**The associate is responsible for returning all property.  Any equipment not returned, the value of it will be deducted from the associate's last paycheck.**

---

**By signing below,  the associate acknowledges and agrees that he or she has had the Exit Interview Property Checklist explained as understands that failure to return equipment or to comply  with above, will result in forfeiture of wages.**

| | |
|---|---|
| **Associate Signature** | **Date** |

Revised by Human Resources 11/2017

©Copyright 2017 Urban Health Plan, Inc.
Administration Policies & Procedures, Human Resources
All rights reserved

Urban Health Plan, Inc.
Human Resources
Policies and Procedures

# SEPARATIONS

Revised by Human Resources 11/2017

©Copyright 2017 Urban Health Plan, Inc.
Administration Policies & Procedures, Human Resources
All rights reserved

Urban Health Plan, Inc.
Human Resources
Policies and Procedures

## RESIGNATION AND RETIREMENT

**POLICY:**  To assure a systematic manner in reporting and documenting the voluntary resignation and retirement of an associate.

## PROCEDURE

1.   Any associate who indicates that he/she is voluntarily resigning or retiring from UHP must give written notice, equivalent to the amount of vacation entitlement, to their respective Department Head/Coordinator with copies to the Department of Human Resources.

2.   The letter of resignation or retirement shall include the effective date.  In cases of resignation, the reason for leaving should also be included.

3.   The Department Head/Coordinator shall assess the nature of the resignation and report it immediately to the Administration Office.  The original letter of resignation shall be submitted to the Department of Human Resources.

4.   The Department of Human Resources will schedule an Exit Interview with the associate.

Revised by Human Resources 11/2017

©Copyright 2017 Urban Health Plan, Inc.
Administration Policies & Procedures, Human Resources
All rights reserved

Urban Health Plan, Inc.
Human Resources
Policies and Procedures

# EXIT INTERVIEWS

**POLICY:** It is the policy of Urban Health Plan for all associates who voluntarily separate to complete an online exit interview. Associates are provided in advance with the Associate Exit Survey website: https://www.surverymoney.com/s/associateexitsurvery. Associates are to attend a face to face Exit Interview in the Department of Human Resources. The purposes of the Exit Interviews are:

1. To determine the reasons - both apparent and hidden - for the associate leaving UHP.
2. To learn any problems that the associate may have had which resulted in separation.
3. To provide the associate a detailed explanation of what compensation, allowances, benefits and payments the terminated associate is scheduled to receive.

**PROCEDURE:**
1. Department Heads and/or departing associate must notify the Department of Human Resources of an associate's departure prior to the effective date and arrange an appointment for an exit interview (electronic survey).
2. A copy of the exit interview will remain in the associate's file.
3. Exit interviews are confidential and will only be used for the purposes of identifying and improving associate relations at Urban Health Plan.
4. Associate completes an electronic Exit Interview survey in which he/she provide an overview of his/her employment experience at Urban Health Plan.
5. Human Resources will compile data from the exit interviews to make the necessary recommendations to VCB on relevant changes to policies, procedures and practices. This will enable UHP to continue its efforts and commitment to improve the quality of life in the workplace.

Revised by Human Resources 11/2017

©Copyright 2017 Urban Health Plan, Inc.
Administration Policies & Procedures, Human Resources
All rights reserved

Urban Health Plan, Inc.
Human Resources
Policies and Procedures

## SEPARATIONS

**POLICY:**   Urban health plan, Inc is committed to a fair and consistent labor and employment practice procedures.   As an employment practice, an associate who resigns, quits, retires, is discharged shall be regarded as "separated" from employment with UHP.

"Probationary," "Temporary," and "Per Diem," associates (as defined in the Employment Policy) maybe separated from UHP without notice at management's discretion.   In addition, continued employment considerations and progressive disciplinary actions do not apply to the listed group of associates.

The contents of this policy do not constitute the terms of a contract of employment and should not be construed as a guarantee of continued employment with UHP.   UHP reserves the right to change or modify policies and procedures at any time and without notice.

All employment relationships with Urban Health Plan, Inc., are on an at-will basis. Thus, although UHP hopes that our relationships with associates are long term and mutually rewarding, UHP reserves the right to terminate the employment relationship at any time, with or without cause or notice.

Associates who are discharged do not receive severance pay or advance notice of the termination.

Associates will be paid for maximum vacation personal leave earned but not used through their last workday.  Also, if necessary, pay will be reduced for vacation and sick time taken but not earned.

### Separation Categories and Requirements

### I. Resignation

An associate wishing to resign in good standing shall submit to the supervisor, a scheduled working weeks/days that is equivalent to their annual vacation entitlement, a dated and signed notice stating the effective date of resignation.  For the purpose of this procedure, vacation days, personal days, Paid time off shall not be counted as working days.  An associate who fails to comply with this requirement shall have such failure documented on the human resources transaction form (payroll change), and may be considerer ineligible for rehire.

### II. Discharge for Disciplinary Reasons

An associate who is discharged for disciplinary reasons (other than job performance) shall be ineligible to be rehired.  The Director/coordinator is responsible for the

Revised by Human Resources 11/2017

230

©Copyright 2017 Urban Health Plan, Inc.
Administration Policies & Procedures, Human Resources
All rights reserved

Urban Health Plan, Inc.
Human Resources
Policies and Procedures

documentation of the discharge and disciplinary action.  This documentation should be filed in the associate's Human Resources file.   Additionally, the director/coordinator is responsible for documenting the date and reason for separation on the associate's payroll change form which should be forwarded immediately to the Human Resources Office; who then notify the Payroll Office.

Associates involuntarily separated may request to have their case reviewed in accordance with the Grievance Procedure Policy. This however, doesn't guarantee reinstatement.

## III. Abandonment of Position

An associate who is absent from duty for three (3) consecutives scheduled workdays and who fails to notify the immediate supervisor or department head during the absence shall be considered as having abandoned the position, and shall be separated from UHP as of the date of the last day worked with the notation **"Abandonment of Position"** documented on the payroll change form.  An associate who abandons a position shall not be eligible for rehire.   In the event of abandonment, the director/coordinator is responsible for notifying the Human Resources Department immediately, which then notify the Payroll Office so that the final paycheck can be issued in conformance with the procedures outlined within this policy.  A registered letter should be sent to the associate's address of record, notifying the associate of the separation.  A copy and a receipt of the registered letter should be maintained and forwarded with the payroll transaction to the Payroll Office.   Failure to provide the separated associate with such a letter will not, however, alter the separated status of such associate.

## PROCEDURES

- The date of separation shall be the last day worked.  If an associate is separated while on leave of absence, the date of separation shall be last day the associate was in pay status.

- In all cases of separation, the director/coordinator shall forward a Payroll Change form to the Human resources Department indicating the reasons for separation, the last day worked or last day in pay status.  This Payroll Change Form should be sent to human Resources as soon as the separation is known, together with a copy of the associate's written notice of resignation, or a copy of the associate's disciplinary action, where applicable.

- At the time of separation, the associate shall be required to complete and exit interview and complete separation checklist. (see appendix __)

Revised by Human Resources 11/2017

©Copyright 2017 Urban Health Plan, Inc.
Administration Policies & Procedures, Human Resources
All rights reserved

Urban Health Plan, Inc.
Human Resources
Policies and Procedures

- When the associate has returned all UHP property and made appropriate arrangements to meet any outstanding financial obligations, as described later in this section, the director/coordinator shall forward the Separation List form to human resources.

**A. Keys, ID Badges, etc.**
An associate shall return all UHP ID badge(s), keys, cell phone, parking remote control, or any other property issued by UHP to the Human Resources Office.  The Human Resources department shall certify the return of such items on the Separation Checklist form.

**B. Financial Obligations**
Upon receipt of the Separation Checklist form and prior to the issuance of the final paycheck, it shall be the responsibility of Payroll Office to check for *any* outstanding financial obligations that the associate may have to UHP, including but not limited to *discretionary* loans, owed entitlements, etc.  It is the associate's responsibility to make adequate arrangements, as determined by UHP, to fulfill all such outstanding financial obligations.

**C. Final Pay**
A separated associate shall receive the final paycheck on the next regularly scheduled payday following the last day worked unless otherwise agree with HR; provide the proper forms have been completed timely.  A separated associate shall have the option of having the final paycheck mailed to a designated address.  In order to exercise this option, the associate shall provide the necessary information at the exit Interview.

**Re-employment of Separated Associates**

**A.** An associate who has been separated and is eligible for rehire, and who applies for re-employment may be given preference, at management discretions, over applicants who have never worked for UHP.

**B.** An associate who is discharged for disciplinary reasons, who has abandoned his job, or who and has failed to fulfill all separation procedure outlined in Section I shall be ineligible for rehire.

Revised by Human Resources 11/2017

232

©Copyright 2017 Urban Health Plan, Inc.
Administration Policies & Procedures, Human Resources
All rights reserved

Urban Health Plan, Inc.
Human Resources
Policies and Procedures

## OTHER SEPARATIONS

**POLICY:** In the event it is necessary to require a reduction in the work force due to reorganization, budget cuts or similar reasons, a consistent procedure shall be applied to determine the specific employees to be terminated. Qualified associates may pursue transfers to other positions that may be available within UHP by following the procedure of transfers/promotions. However, if arrangements suitable to UHP and the associate cannot be made, the associate will be terminated.

**PROCEDURE:**

1. Separation because of lack of work, elimination of a position, reorganization or budget cuts, will not necessarily be made in terms of associate seniority. Although termination based on an associate's length of service or seniority in their present position is recommended, the discretion to terminate the affected associate shall be the responsibility of the Department Head, based on the needs of the department and not solely on associate seniority.
2. Associates separated from UHP because of reorganization and/or budget cuts will receive pay for unused vacation, personal and for such holidays and compensatory time that have been earned but not taken.
3. The Department Head/Coordinator will discuss the reason for separation with the associate.
4. It is our intent that notifications of termination shall be given to the affected associate, in writing, by the Department of Human Resources two weeks prior to the date of separation, if allowable. Under extreme circumstances, an associate may be terminated immediately.
5. If the associate is not able to transfer to other position within UHP, the termination process will be handled in accordance with the Termination Policy.

Revised by Human Resources 11/2017

233

©Copyright 2017 Urban Health Plan, Inc.
Administration Policies & Procedures, Human Resources
All rights reserved

Urban Health Plan, Inc.
Human Resources
Policies and Procedures

# ASSOCIATE RECOGNITION & APPRECIATION PROGRAM

Reviewed by Human Resources 11/2017

234

©Copyright 2017 Urban Health Plan, Inc.
Administration Policies & Procedures, Human Resources
All rights reserved

Urban Health Plan, Inc.
Human Resources
Policies and Procedures

| Issued by (Site/Dept):<br>Human Resources | | Revision Date:<br>November 2017 | |
|---|---|---|---|
| Prepared<br>By: | _Martin Royer_<br>Signature                          Date | Approved<br>By: | _[signature]_          12/10/17<br>Signature                          Date |

## Urban Health Plan, Inc.
## Associate Recognition Program

*"Compensation is what you give people for doing the job they were hired to do.*
Recognition, on the other hand, celebrates an effort beyond the call of duty."

### I. Goal

*The Associate Recognition Program is designed as a means to formally honor and recognize Urban Health Plan associates who have demonstrated excellence and extra effort in their job performances.*

*Recognition is a motivating factor in the workplace – when an associate knows he or she is appreciated, that person experiences a greater sense of job satisfaction, and they are encouraged to work even more effectively on the job.*

*Effective recognition techniques can be contagious as well: the improved self-esteem of a single associate can lead to a more positive work place overall.  Higher morale in the work unit can lead to greater productivity.  Membership on a winning team builds commitment to the organization.*

### II. Purpose

UHP celebrates associates' and rewards contributions to the advancement of the mission of the organization, excellence in work and superior service.  These activities intentionally promote our values and actions that reflect our values.

The program ranges from celebrating professions, bringing everyone together for holidays and picnics, recognizing associates for their length of service to honoring and rewarding associates who has demonstrated excellence in their job performance, consistent with our core values and operating credo.

### III. Recognition, Acknowledgement and celebrations

1. **All Day Picnic –** All associates and their families are invited to a recreational site for swimming, pedal boating, games music, food and beverages, to celebrate family orientation and values.

235

Reviewed by Human Resources 11/2017

©Copyright 2017 Urban Health Plan, Inc.
Administration Policies & Procedures, Human Resources
All rights reserved

Urban Health Plan, Inc.
Human Resources
Policies and Procedures

2. **Holiday Party –** All associates and a guest are invited to a dinner dance party.

3. **Birthdays Cupcake –** All associates are celebrated with a cupcake on their birthday by their department and are awarded their date of birth as a day off/holiday.

4. **Good Idea! –** Associates submit ideas that improve services or relationships to the CEO, and upon developing the suggestion into a plan and upon implementation, associate receives $100.00.

5. Associate of the Month ("The Urban Star" Award) nominations are made by peers or supervisors.

> **Eligibility & Selection Process**
> Acknowledges non-managerial and non-provider associates.
> 1) Committee representing all locations of the organization, and whose representatives change yearly.
> 2) Members are responsible for reviewing all nomination ballots, scoring based on a rubric and making the final decision.
> 3) Each of the nomination questions can be scored from 1 to 15, according to a rubric.
> 4) Points are also awarded for attendance/punctuality and participation in learning/HR activities (Day 30/75/180/NAO – see nomination and scoring sheets).
> 5) Associates on vacation or absent on the month being nominated will be excused from the process for that month.
> 6) A committee member who happens to be nominated will be excused from the process for that month.
> 7) The awards committee will meet the 28[th] of each month, to review nominations and select a winner.

> **Winner receives –**
> - **$100.00 in cash**
> - **A recognition certificate**
> - **An "Employee of the Month" pin**
> - **A plant**
> - **Nomination to the "Associate of the Year Award"**

236

Reviewed by Human Resources 11/2017

©Copyright 2017 Urban Health Plan, Inc.
Administration Policies & Procedures, Human Resources
All rights reserved

Urban Health Plan, Inc.
Human Resources
Policies and Procedures

6. **Associate of The Year**
   Eligibility & Selection –
   Acknowledges non-managerial and non-provider associates.
   Executive Team selects from among the **12 Associates of the Month.**
   **Winner receives**
   - A prize valued at $1,000
   - A recognition Certificate

7. **PSRs of The Month**
   **Eligibility & Selection**
   Acknowledges the PSRs of the department with highest patient satisfaction scores
   (from Crossroads surveys)
   **Winners receive**
   Each PSR of the highest scoring department receives a $25.00 American Express
   Card.

8. **Site of The Year –** Based on the highest patient satisfaction scores, yearly and
   continuous, CEO recognizes the site with a trophy.

9. **Site of The Month -** Based on the monthly patient satisfaction scores, CEO
   recognizes the site with a trophy.

10. **Department of The Month -** Based on a monthly highest patient satisfaction
    scores, CEO recognizes the department at 1065/El Nuevo San Juan (given the size
    and volume, and diversity of services), with a trophy.

11. **Length of Service Awards**

    **Eligibility –** recognizes all **associates, including providers and mangers.**
    **Selection and Winners receive**
    - 5 years – anniversary pin & $500.00
    - 10 years – anniversary pin & $1,000
    - 15 years – anniversary pin & $1,500
    - 20 years – anniversary pin & $2,000
    - 25 years – anniversary pin & $2,500

12. **Urban Pioneers**

    **Eligibility & Recognition –** acknowledges associates who have tenure of 16 years and
    more. Members of this group are those associates who have been employed by UHP
    for 16 years or more and whose opinions and thoughts are highly valued as they have
    been with Urban Health Plan when it was a much smaller organization than what is

237

Reviewed by Human Resources 11/2017

©Copyright 2017 Urban Health Plan, Inc.
Administration Policies & Procedures, Human Resources
All rights reserved

Urban Health Plan, Inc.
Human Resources
Policies and Procedures

now.  They have witnessed the growth and their critical assessment is valued as the organization continues to expand.

## 13. Circle 15

**Eligibility & Recognition –** acknowledges associates who have tenure of 15 years Members of this group are those associates who have been employed by UHP for 15 years or more and whose opinions and thoughts are highly valued as they have been with Urban Health Plan when it was a much smaller organization than what is now. They have witnessed the growth and their critical assessment is valued as the organization continues to expand.

In keeping with cultural considerations and respect for longevity, at first meeting (April 2011), participants will determine the level and type of activities they want to pursue for the year.

**Circle 15** associates will each receive a pin with UHP's logo, marking their longevity status, honors their loyalty and contributions to the growth of the organization.

_Recognition Celebrations_

## 14. National Doctor's Day

**Eligibility & Recognition –** all providers who are graduates of a medical, dental and optometry school and providers, who hold a doctorate, are recognized in a daytime public ceremony and an evening dinner held in their honor; each provider receives a certificate and a gift.

**Awards**
**Patient Choice Award –** to the eligible provider with the highest mean score in Provider Listening, Provider explanation & Care and Provider Advise & Treatment (Crossroad 12 month cumulative surveys)
**Patients Choice Honor Roll –** for those eligible providers who have the highest mean score for three (3) consecutive years.
**Dr. Walter Rivas Excellence Award –** to the eligible provider selected by the Executive leadership.

## 15.   Physician Assistant Dinner – all providers who are graduates of a Physician
Assistant Program, hold the title of Respiratory Therapist and Physical Therapist are recognized in an evening dinner held in their honor, each receives a certificate and a gift.

238

Reviewed by Human Resources 11/2017

©Copyright 2017 Urban Health Plan, Inc.
Administration Policies & Procedures, Human Resources
All rights reserved

Urban Health Plan, Inc.
Human Resources
Policies and Procedures

**16.   Nurse Practitioner Dinner -** all providers who are graduates of a Nurse Practitioner Program are recognized in an evening dinner held in their honor, each receives a certificate and a gift.

**17. Nurses Day**

**Eligibility & Recognition –** Registered Nurses, Licensed Practical Nurses, HCSR's and Medical Assistant's are recognized in an evening dinner held in their honor, each receives a certificate and a gift.

**19. Nutrition Day**

**Eligibility & Recognition –** Nutrition associates at the UHP locations are recognized with a luncheon held in their honor, each receives a certificate and a gift.

**20. WIC Recognition Day**

**Eligibility & Recognition –** Associates in the WIC Department are recognized with one full day of celebration and activities

**21. Social Work Month**

**Eligibility & Recognition -**All associates who hold the titles of case manager and Social Workers are recognized with a luncheon in their honor, each receives a certificate and a gift.

**22. Patient Service Representative Dinner**

**Eligibility & Recognition –** Associates who hold the title of Patient Service Representative, Information Desk associates and Patient Advocates are recognized with a certificate and gift.

**23. Administrative Professional Day**

**Eligibility & Recognition –** Associates who hold the title Administrative Assistant, Executive Assistant and Secretary are recognized with a certificate and gift.

**24. Human Resources Luncheon**

**Eligibility & Recognition -**Associates who work in Human Resources Department and Learning Center are recognized a luncheon and each receive a certificate and gift.

Reviewed by Human Resources 11/2017

239

©Copyright 2017 Urban Health Plan, Inc.
Administration Policies & Procedures, Human Resources
All rights reserved

Urban Health Plan, Inc.
Human Resources
Policies and Procedures

### 25.  Health Literacy Month

**Eligibility & Recognition –** Associates who hold the titles Heath Educator and Community Health Workers recognized with a luncheon and each receives a certificate and gift.

### 26. Facilities, Procurement and Transportation Luncheon

**Eligibility & Recognition –** All associates who work in Facilities, Procurement and Transportation Department are recognized with a luncheon in their honor, each receives a certificate and a gift.

### 27. Dental Hygiene Month

**Eligibility & Recognition –** All associates who work in Dental Department are recognized with a luncheon in their honor, each receives a certificate and a gift.

### 28. Health Information and IT Luncheon

**Eligibility & Recognition –** All associates who work in Health Information Management and MIS department are recognized with a luncheon in their honor, each receives a certificate and a gift.

### 29. WIC Recognition Day

**Eligibility & Recognition –** Associates in the WIC Department are recognized with one full day of celebration and activities

### 31. Bosses Day

**Eligibility & Recognition –** All associates who have supervisory responsibility are recognized whit a dinner in their honor, each receives a certificate and a gift.

### 32. Health Care Workers Day

**Eligibility & Recognition –** All associates whose titles have not been mentioned above are recognized with a dinner held in their honor, each receives a certificate and a gift.

240

Reviewed by Human Resources 11/2017

©Copyright 2017 Urban Health Plan, Inc.
Administration Policies & Procedures, Human Resources
All rights reserved

Urban Health Plan, Inc.
Human Resources
Policies and Procedures

# URBAN HEALTH PLAN

## Associate of the Month- The Urban Star

**Nomination**

- Only non-providers and non-managerial associates are eligible for nomination.

- Nominations are made by peers or supervisors

- An associate cannot nominate him/herself

- Each associate can nominate only one (1) associate per month.

- Nomination ballots (attached) should be submitted to HR by the 25th of the month in a sealed addressed envelope to:  Associate of the Month Awards Committee.  Indicate nominators full name, office telephone number and date of submission.  Nomination ballots submitted after the 25th will be returned and may be resubmitted by the nominator for the following month.

- HR will remove all references to the nominee's name prior to submitting it to the Selection Committee. Ballot forms will be numbered and selected based only on how well they meet the criteria.

**What actions or behaviors to consider in nominating an associate**
- High quality work
- Superior customer service
- Superior service to associates
- Consistent and respectful communication to other associates and/or patients
- Contributions made over the associate's period of service to UHP

**And Remember:  Nominations for the Associate of the Month – "THE URBAN STAR" award is based on how well the nominee performs in accordance with UHP's Operating Credo**

**Selection**
1. By a  Committee representing all levels of the organization, and whose representatives change yearly
2. Members review all ballots and score based on a point system that takes into account the reason for the nomination and objective criteria related to attendance and punctuality.
3. A committee member who happens to be nominated will be excused from the process for that month.
4. The awards committee will meet after the 28th of each month, to review nominations and select a winner.
5. Award is based on how well the nominee performs in accordance with UHP's Operating Credo.

   Winner receives -
   - $100 in cash

241

Reviewed by Human Resources 11/2017

©Copyright 2017 Urban Health Plan, Inc.
Administration Policies & Procedures, Human Resources
All rights reserved

Urban Health Plan, Inc.
Human Resources
Policies and Procedures

- A recognition certificate
- A plant
- Nomination to  the Associate of the Year ward

242

Reviewed by Human Resources 11/2017

©Copyright 2017 Urban Health Plan, Inc.
Administration Policies & Procedures, Human Resources
All rights reserved

Urban Health Plan, Inc.
Human Resources
Policies and Procedures

# _____ Score _____

## Urban Health Plan - Associate Recognition & Appreciation Program
Associate of the Month Nomination Ballot - Date _____

Nominee's Name & Title _____   Nominator & Title _____
Department _____   Department _____

Nominations for the Associate of the Month – "THE URBAN STAR" award is based on how well the nominee performs in relationship to UHP's Operating Credo, as follows

1. Treat patients, associates, and myself with dignity and respect.
2. Remember that our patients are the only reason we exist as an organization.
3. Always put patients and their needs first.
4. Be passionate about our mission.
5. Strive for excellence in performing my work and be proud of what I do.
6. Have integrity and be honest, ethical, fair and sincere.
7. Take ownership of my job and of my role as a member of the team.
8. Be thoughtful and compassionate towards everyone at all times.
9. Promote each other and all that we do.
10. Be courteous while working safely and effectively.
11. Communicate instantly and directly with everyone.
12. Be a lifelong learner, develop my capabilities, always seek to improve performance, and share what works with others

Why did the associate deserve/merit a nomination this month? Please explain why your candidate should be selected as the "ASSOCIATE OF THE MONTH?" by answering the following questions:

1. How does your nominee show superior customer/patient service?   Please provide an example.
   _____
   _____
   _____
   _____
   _____
   _____
   _____

2. How does your nominee show superior service to associates?   Please provide an example._____
   _____
   _____
   _____
   _____
   _____
   _____

243

Reviewed by Human Resources 11/2017

©Copyright 2017 Urban Health Plan, Inc.
Administration Policies & Procedures, Human Resources
All rights reserved

Urban Health Plan, Inc.
Human Resources
Policies and Procedures

3.  How does your nominee show consistent and respectful communication to other associates and/or to patients?  Please provide concrete examples.

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

Reviewed by Human Resources 11/2017

244

©Copyright 2017 Urban Health Plan, Inc.
Administration Policies & Procedures, Human Resources
All rights reserved

Urban Health Plan, Inc.
Human Resources
Policies and Procedures

# Urban Health Plan
## Associate Recognition & Appreciation

Review & Selection Committee Associate of the Month
Scoring Sheet & Rating Rubric

Committee Member _____Date_____
If nominee is on vacation during the month s/he is being nominated, review the following month.

Answers to Nomination Questions
Points - Maximum 15 Points Each
10– 15:  Nominee's customer/patient service is outstanding and consistent.  Example provided demonstrates values/operating credo.  Overall exceeds expectations.
5 - 10:  Nominee demonstrates very good customer/patient service manner.  Example provided demonstrates values/operating credo.  Meets expectations.
1 -5:  Nominee demonstrates appropriate customer/patient service manner and abides by mission and values.  Example provided demonstrates values/operating credo.  Meets basic expectations.

HR Criteria – Information provided by HR
5 Points Each – If Associate employed for less than 1 year:
Attended Day 30_____
Attended Day 75_____
Attended Day 180 _____
Or
15 Points – If associate employed one year or more
Attended Annual Orientation/Review_____

**Attendance & Punctuality during the nominating month – Circle 1**

5 Points for no Absences/lateness

0 Points for Absences/lateness

| <u>Candidate 1</u> | <u>Candidate 3</u> | <u>Candidate 5</u> |
|---|---|---|
| Nomination_____ | Nomination_____ | Nomination_____ |
| HR Criteria_____ | HR Criteria_____ | HR Criteria |
| Attendance & Punctuality ____ | Attendance & Punctuality ___ | Attendance & Punctuality ___ |
| Total_____ | Total_____ | Total_____ |
| <u>Candidate  2</u> | <u>Candidate 4</u> | <u>Candidate 6</u> |
| Nomination_____ | Nomination_____ | Nomination_____ |
| HR Criteria_____ | HR Criteria_____ | HR Criteria_____ |
| Attendance & Punctuality ____ | Attendance & Punctuality ___ | Attendance & Punctuality_____ |
| Total_____ | Total_____ | Total_____ |

Reviewed by Human Resources 11/2017

245

©Copyright 2017 Urban Health Plan, Inc.
Administration Policies & Procedures, Human Resources
All rights reserved

Urban Health Plan, Inc.
Human Resources
Policies and Procedures

# INDEX

**A**

Addition/Deletion of Associates to Network…………………..........................................  223

Addition/returned of Issued Items at the Time of Separation & Att…………………..224

Associate Grievance………………………………………………………………......…..…  115

Assurance of associate Competencies…………………………......................................69

Attendance……………………………………………………………………………..………  204

Attire…………………………………………………………………………………...…………  197

Authority, Responsibility and Accountability………………………………...……….....92

**B**

Bereavement Leave………………………………………………………………………….161

**C**

Code of Conduct……………………………………………………………………………….85

Classification of Associates……………………………………………………………… 32

Confidentiality…………………………………………………………………………… 96

Conflict of Interest…………………………………………………………………………… 90

Continuing Medical Education……………………………………………………………… 16

Contractual Services Associates Processing……………………………………………78

**D**

Definition of Terms………………………………………………………………………….28

246

Reviewed by Human Resources 11/2017

©Copyright 2017 Urban Health Plan, Inc.
Administration Policies & Procedures, Human Resources
All rights reserved

Urban Health Plan, Inc.
Human Resources
Policies and Procedures

Dental Insurance...................................................................................................168

Disaster Privileges for Non-Licensed Independent Practitioners..............................80

Disciplinary Action..............................................................................................106

Drug-Free Workplace...........................................................................................108

**E**

Employee Health Services......................................................................................178

Associate Request for Exception.............................................................................61

Associate Recognition Program and the "Urban Star"........................................... 235

Employment Status................................................................................................30

Equal Employment Opportunity and Affirmative Action...........................................9

Ethics....................................................................................................................85

Excessive Absenteeism..........................................................................................210

Exit Interviews & Attachments...............................................................................229


**F**

Family and Medical Leave & Attachments..............................................................130

Flexible Expending Account...................................................................................169

Fingerprint.............................................................................................................60


**G**

Group Life & Accidental Death & Dismemberment Insurance.................................172

247

Reviewed by Human Resources 11/2017

©Copyright 2017 Urban Health Plan, Inc.
Administration Policies & Procedures, Human Resources
All rights reserved

Urban Health Plan, Inc.
Human Resources
Policies and Procedures

**H**

Harassment………………………………………………………………..…...17

Health Insurance…………………………………………………………….167

Holidays…………………………………………………………………....……129

**I**

Introductory Period…………………………………………………….....59


**J**

Job Posting Policy & Attachment……………………………………….56

Jury Duty………………………………………………………………………162

**L**

Licensure………………………………………………………………………..72

**M**

Mandatory Training………………………………………………………… 77

Meal Period………………………………………………………………...…208

Military Leave…………………………………………………………………158

Mission, Vision and Values………………………………………………..8

**N**

New Associate Orientation & Attachment…………………………75

Non-Solicitation ……………………………………………………….……93

Notification of Absence……………………………………………………209

248

Reviewed by Human Resources 11/2017

©Copyright 2017 Urban Health Plan, Inc.
Administration Policies & Procedures, Human Resources
All rights reserved

Urban Health Plan, Inc.
Human Resources
Policies and Procedures

**O**

Other Separations……………………………………………………………………………233

**P**

Payroll and Electronic Time Reporting……………………………………………………185

Performance Evaluation & Attachments…………………………………………………73

Personal Days………………………………………………………………………...… 125

Personnel Identification Badge……………………………………………………………202

Philosophy and Objectives………………………………………………………………16

Position Description………………………………………………………………………..51

**R**

Resignation/Retirement……………………………………………………………………228

Responsibility for Public Statements……………………………………………...……27

Rights of Nursing Mothers………………………………………………………………213

**S**

Safekeeping of Human Resources Records……………………………………………… 63

Selection & Hiring Process & Attachments……………………………………………38

Associate Development and Training……………………………………….………………76

Separations…………………………………………………………………………………228

Sexual Harassment Prevention…………………………………………………………… 220

Sick Leave………………………………………………………………………...…..122

Smoke-Free Environment…………………………………………………………………211

249

Reviewed by Human Resources 11/2017

©Copyright 2017 Urban Health Plan, Inc.
Administration Policies & Procedures, Human Resources
All rights reserved

Urban Health Plan, Inc.
Human Resources
Policies and Procedures

**T**

Temporary Disability.............................................................163

The Wage Theft Prevention Act...............................................195

Transfer, Promotions and Change of Positions and Attachment.............................67

**U**

"Urban Star"........................................................................241

**V**

Vacation Leave....................................................................118

Visitors in the workplace.........................................................215

**W**

Wage & Salary Structure..........................................................190

Worker's Compensation...........................................................164

Working Hours.....................................................................203

Workplace Anti -Violence.........................................................216

Working from Home/Telecommuting Policy......................................205

Reviewed by Human Resources 11/2017

©Copyright 2017 Urban Health Plan, Inc.
Administration Policies & Procedures, Human Resources
All rights reserved