Urban Health Plan, Inc.
Human Resources
Policies and Procedures

guide.  The associate may begin working prior to all verifications being done only if directed by the Chief Executive Officer, Chief Medical Officer, or designee.

The performance evaluations of any new associate employed via the disaster protocol will be delegated to the new associate's immediate supervisor, i.e. coordinator, site director.  The evaluator will use the 72 hour performance evaluation (based on the probationary evaluation form) to document the performance assessment.

The form will be submitted to Human Resources department and reviewed by the CEO, CMO or their designee.

7.   A list of associate who has been granted disaster employment will be sent to the following departments and will be maintained in the Chief Executive Officer and Chief Medical Officer office in order to readily identify volunteer practitioners:

   • UHP Incident Command System (ICS)
   • Diagnostics Department
   • Health Information Management
   • Management of Information Systems (MIS)
   • Department Section Heads, Administrators, Coordinators
   • Human Resources

8.   Additional verification of the new associate's credentials will begin as soon as the immediate situation is under control, and is completed within 72 hours from the time the volunteer associate presents to the organization.

9.   If any adverse information is uncovered during this verification process, they will be brought to the attention of the Chief Executive Officer and the Chief Medical Officer.  A determination will be made at that time whether or not to immediately terminate the disaster employment of the associate.  If disaster privileges are terminated, a notification will be sent to the distribution list stated in "G".

10.  When UHP has deemed that the emergency management plan is no longer needed, all disaster employment will immediately terminate.
   • When the emergency management plan for UHP has been activated, associates who receive temporary employment pursuant to this policy will be covered for professional and general liability for acts undertaken in this capacity on behalf of UHP.

Reviewed by Human Resources 11/2017

81

©Copyright 2017 Urban Health Plan, Inc.
Administration Policies & Procedures, Human Resources
All rights reserved

BKA Edits 10/9/2014
Joann Casado Edits 10/15/2014

# URBAN HEALTH PLAN, INC
## 1065 Southern Boulevard, Bronx, NY 10459
## DISASTER EMPLOYMENT REQUEST FORM

*Applicant Demographic Information:* _____

Name:_____

      Last                      First                 Middle

Other names by which you have been known?

Name:_____

      Last                      First                 Middle

Requested Job Title: _____

Gender:   [] Male       [] Female     Social Security #: _____-____-_____

Birth Date: _____     Mobile #: _____

Foreign Languages Spoken:       [] I am proficient in the English Language
_____

Primary Email Address:
_____     Mobile #:_____

Professional Certificate Type:     Associate Type:
_____     [] Dental Assistant  [] Medical Assistant

Valid Until (Date):_____     [] Phlebotomist    [] EKG Technician

Date Issued: _____     [] Other _____

Department: _____

82

©Copyright 2017 Urban Health Plan, Inc.
Administration Policies & Procedures, Human Resources
All rights reserved

Urban Health Plan, Inc.
Human Resources
Policies and Procedures

# URBAN HEALTH PLAN, INC
## 1065 Southern Boulevard, Bronx, NY 10459
## DISASTER EMPLOYMENT REQUEST FORM

**Current Employer:**

Address:_____

               Street                         City            State          Zip

Office Phone #: _____   Office Fax #:_____

Office Contact Person: _____

**Prior Employers:**

Facility Name:

Address:_____

               Street                         City            State          Zip

                                             Status at the Facility: _____

Office Phone #: _____

Office Contact Person: _____

I certify that the application information provided is truthful and that I hold all certifications, degrees that I have provided information on in this application. I hereby volunteer my services to Urban Health Plan, Inc. during this emergent situation and agree to practice as directed and under the supervision of a member of the UHP Administration. I understand that I am bound by the Organizations Rules and Regulations, Code of Conduct. I also acknowledge that my emergency employment at this organization will immediately terminate when the emergent situation no longer exists, as determined by the organization.

_____   _____

**Signature**                                                            **Date**

-83-

©Copyright 2017 Urban Health Plan, Inc.
Administration Policies & Procedures, Human Resources
All rights reserved

Urban Health Plan, Inc.
Human Resources
Policies and Procedures

# URBAN HEALTH PLAN, INC
## 1065 Southern Boulevard, Bronx, NY 10459

*Verification Log – For Organizational Use Only*

[] All forms appropriately completed and signed

[] Current certifications/degrees verified – no restrictions

Date Verified _____ Via _____ Initials _____

[] Associate assigned ID badge

[] Associate assigned to UHP Administrator:_____

Name: _____  **Date of Approval:** _____

-84-

©Copyright 2017 Urban Health Plan, Inc.
Administration Policies & Procedures, Human Resources
All rights reserved

Urban Health Plan, Inc.
Human Resources
Policies and Procedures

# ETHICS

UHP Ethics Policy reflects the high standards of business conduct representing what is the trademark of our organization.  Our Ethics policy helps define our commitment to support a culture of openness, trust and integrity in all we do.

We are committed to conduct business fairly, impartially, in an ethical and proper manner and in compliance with all laws and regulations.   UHP is committed to conducting its business with integrity underlying all relationships, including those with patients/customer, vendors and communities, and among associates. The highest standards of ethical business conduct are required of UHP associates in performance of their responsibilities. Associates will not engage in conduct or activity that may raise questions as to the organization's honesty, impartiality or reputation or otherwise cause embarrassment to the organization. Associates will avoid any action, whether or not specifically prohibited in the human resources policies, which might result in or reasonably be expected to create an appearance of:

- Using the organization or position for private gain.

- Giving preferential treatment to any person or entity.

- Losing impartiality.

- Adversely affecting the confidence of the patient and public in the integrity of the organization.

As associates, we are passionate about working with all of our patients and customers. We must dedicate ourselves to pursuing our mission with honesty, fairness and respect for the individual.

Our policy helps clarify our standard of conduct.  It makes clear that UHP expects associates to understand   the ethical considerations associated with their actions.  Our policy affirms our long standing commitment to not merely obey by the law, but also to conduct our business with integrity and without deception.

UHP reputation for integrity and honesty is more important today than ever before.  As we think of "what we do " at UHP  and "how we do it," always remember our responsibility to ask ourselves : "Am I doing the right thing" for the "right reason"?

-85-

©Copyright 2017 Urban Health Plan, Inc.
Administration Policies & Procedures, Human Resources
All rights reserved

Urban Health Plan, Inc.
Human Resources
Policies and Procedures

## CODE OF ETHICS
The summary code of ethics includes the following provisions:

UHP associates must:
- Proactively promote ethical behavior as a responsible partner among peers in the work environment.
- Deal fairly with UHP patients, customers, vendors and associates.
- Provide constituents with information that is accurate, completely objective, relevant, timely, and understandable.
- Comply with applicable laws, rules and regulations.
- Maintain the confidentiality of information entrusted to you by UHP or it patients and/or customers except when authorized or otherwise legally obligated to disclose.
- Accept responsibility for preventing, detecting, and reporting all manner of fraud.
- Be honest and ethical in your conduct, including ethical handling of actual or apparent conflict of interest between personal and professional relationships.
- Protect and ensure the proper use of company assets.

UHP is committed to provide a work environment that values diversity among its associates. All Human Resource policies and activities are intended to create a respectful workplace where every individual has the opportunity to reach their highest potential.

Every associate has the responsibility to ask questions, seek guidance, report suspected violations and express concerns regarding compliance with this policy. UHP will maintain a program to communicate to associates its commitment to integrity and uncompromising values. The program will inform associates of policies and procedures regarding ethical business conduct and assist them in resolving questions and in reporting suspected violations. Retaliation against associates who use these reporting mechanisms to raise genuine concerns will not be tolerated.

The HR department is responsible for providing policy guidance and issuing procedures to assist associates in complying with UHP expectations of ethical business conduct and uncompromising values. This policy constitutes the standards of ethical business conduct required of all associates. Directors and coordinators are responsible for supporting their implementation and monitoring compliance.

-86-

©Copyright 2017 Urban Health Plan, Inc.
Administration Policies & Procedures, Human Resources
All rights reserved

Urban Health Plan, Inc.
Human Resources
Policies and Procedures

Urban Health Plan, Inc. Ethics Policy consists of the following sections:
- Confidentiality of Urban Health Plan, Inc. and staff information
- Conflicts of Interests
- Anti-Nepotism

Conformity with all sections of this Ethics Policy is a criterion for employment and continued employment at Urban Health Plan, Inc.

## Confidentiality of Urban Health Plan, Inc. and Associates Information

During employment with UHP, associates will learn, work with, and be entrusted with information and trade secrets that are confidential relating to the UHP's operations, proposed new businesses, financial condition, customer/patients, associates and other entities that have dealings with UHP.  This information is not known outside of the organization or even known to all of UHP's associates.  Associates, except within the scope of employment, cannot remove, make or cause to be made any copies of reports, correspondences or other writings or samples relating to the organization.  Associates cannot use for their own gain or disclosure, except within the scope of employment, any trade secrets, other confidential information, data or knowledge relating to the organization.

Sometimes even the most innocent acts or requests can result in disclosure of confidential information. Associates should always think before discussing information with a third party.  If an associate believes confidential information must be disclosed to a third party, they should consult with their Department Head. There is no excuse for disclosure or our confidential information.

Access to or disclosure of confidential information and materials will be restricted to associates who have a "need to know." The determination as to associate who must have access to confidential information will be made by responsible management associate taking into account the nature of the information and the associate's role and responsibilities.

A.  Such information includes, but is not limited to:
1. Information with respect to UHP finances, fees, budgets, strategies and plans for new business, or other development, new and innovative marketing ideas;
2. Information with respect to procedures, data processing programs, computer software packages, research projects, and other means used by UHP in the conduct of its business;

-87-

©Copyright 2017 Urban Health Plan, Inc.
Administration Policies & Procedures, Human Resources
All rights reserved

Urban Health Plan, Inc.
Human Resources
Policies and Procedures

3. The identities of their patients/customers, their names and addresses, and their use of UHP and its services;

4. The identity of their suppliers, vendors, their names and their addresses, their names of their representatives responsible for entering into contracts with UHP and the amounts paid to them by UHP; and

5. The identities of UHP associates, their salaries, bonuses, benefits, qualifications, and abilities.

Keeping this information confidential is necessary to ensure our success. Because this information has substantial value to UHP, all associates must exercise the highest degree of care not to disclose any confidential information, even inadvertently (through conversations inside or outside the organization), to any unauthorized persons in or outside the organization

B. An associate must hold all Confidential Information and any data or documents containing or reflecting Confidential Information in the strictest confidence, both during and after their employment with Urban Health Plan, Inc.

C. An associate may not, without the prior written consent of Urban Health Plan, Inc. CEO, disclose, divulge or reveal to any person, or use for any purpose other than for the exclusive benefit of UHP, any Confidential Information, whether contained in the employee's memory or embodied in writing or other physical or computerized form.

D. Prior to leaving the employment of UHP or upon request, an associate must deliver:

1. Any and all documents , files, notes, memorandums, manuals, forms, databases, computer programs, or any other material reflecting any Confidential Information, or otherwise relating to UHP business;

2. List of UHP patients/customers or other documents containing patients/customers information; and

3. Any computer equipment, home office equipment and other business equipment belonging to Urban Health Plan, Inc.

E. It is the responsibility of all management and supervisory personnel to notify the office of the President/CEO of any breach of confidentiality. All other associates who become aware of a breach of confidentiality are expected to report the breach to their department heads and/or the Director of Human Resources and the Office of the President/CEO.

-88-

©Copyright 2017 Urban Health Plan, Inc.
Administration Policies & Procedures, Human Resources
All rights reserved

Urban Health Plan, Inc.
Human Resources
Policies and Procedures

## Anti-Nepotism

UHP is committed to hiring and maintaining highly qualified professionals. At the same time, UHP recognizes that, despite their qualifications, hiring and retaining close relatives of current associates may raise serious questions regarding the objectivity – or appearance of objectivity - of work assignments, performance appraisals, and employee treatment.  Our employment policies, administered on a case – by – case basis, are based on balancing these concerns.

We do not normally employ spouses, domestic partners, parents, children, siblings, or those whose relationship with a current associate is similar to that of persons who are related by blood or marriage if:
1. They are seeking full-time, part-time, or temporary employment; and
2. Employment would result or might result in one of these persons (associate or relative) having supervisory influence (actual or perceived) over the other's evaluations, progress, discipline, or pay.

To avoid conflicts of interest and the appearance of favoritism or bias and to enhance supervision, security, and morale, UHP generally does not encourage the employment of relatives.

No individual shall be employed in a department or unit that will result in the existence of a subordinate-superior relationship between such individual and any relative of such individual through any line of authority.

Line of authority shall mean authority extending vertically through one or more organizational levels of supervision or management.

For the purpose of this policy, relatives are defined as spouse, parents and children, brothers, sisters, and any in laws of any of the foregoing.

©Copyright 2017 Urban Health Plan, Inc.
Administration Policies & Procedures, Human Resources
All rights reserved

Urban Health Plan, Inc.
Human Resources
Policies and Procedures

| Issued by (Site/Dept):<br>Human Resources | | Revision Date:<br>November 2017 | |
|---|---|---|---|
| Prepared By: _Marta Reyes_ Signature | _11/29/17_ Date | Approved By: _signature_ | _12/10/17_ Date |

**URBAN HEALTH PLAN INC.**
**CONFLICT OF INTEREST POLICY**

# Please refer to the Compliance manual

-90-

©Copyright 2017 Urban Health Plan, Inc.
Administration Policies & Procedures, Human Resources
All rights reserved

Urban Health Plan, Inc.
Human Resources
Policies and Procedures

# CONFLICT OF INTEREST POLICY ACKNOWLEDGEMENT

I, _____, the undersigned (*check one*)

[ ] Employee                                    [ ] Volunteer

of Urban Health Plan, Inc. ("UHP") affirm that:

a. I have received a copy of UHP's Conflict of Interest Policy;

b. I have read and understand the Conflict of Interest Policy; and

c. I agree to comply with the Conflict of Interest Policy.


_____          _____
Name                                        Title


_____
Date

©Copyright 2017 Urban Health Plan, Inc.
Administration Policies & Procedures, Human Resources
All rights reserved

Urban Health Plan, Inc.
Human Resources
Policies and Procedures

## AUTHORITY, RESPONSIBILITY AND ACCOUNTABILITY

The President/CEO has the overall responsibility for the administration of the facility inclusive of personnel policy implementation and administration.  Each Department Head/Coordinator is responsible for implementing and enforcing all policies within their departments.  Each Department Head/Coordinator is responsible to a Director who is ultimately responsible to the President/CEO through the Executive Associates.

1.    Each Department Head/Coordinator shall be responsible for the administration of their department's personnel, which includes the recommendation to hire, transfer, promote, discipline, and terminate, as well as other changes in the employment of associates, as directed by the President/CEO.

2.    The administration of personnel will be conducted by the Vacancy Control Board in accordance with policy and under the direction and supervision of the President/CEO.

3.    Each Department Head/Coordinator is authorized to take action under the approval of the President/CEO, or her/his designee.

©Copyright 2017 Urban Health Plan, Inc.
Administration Policies & Procedures, Human Resources
All rights reserved

Urban Health Plan, Inc.
Human Resources
Policies and Procedures

## NON-SOLICITATION POLICY

**Purpose:**

To avoid disruption of services or the unintended disturbances of patients, associates and visitors UHP has implemented this Non- Solicitation Policy to ensure that the organization's associates have the opportunity to perform their duties and patients and visitors can attend to their business free from disruptions and/or intrusions.

**Policy:**

It is the policy of UHP that no solicitation of associates and/or distribution of literature will be permitted within UHP facilities.

**Definitions**

For the purposes of non –solicitation Policy, **"Solicitation"** (or "Soliciting") shall include, canvassing, soliciting or seeking to obtain membership in or support for any organization, requesting contributions, and posting or distributing handbills, pamphlets, petitions, and the like of any kind (Materials") on UHP property or using UHP resources (including without limitation bulletin boards, computers, mail, e-mail and telecommunication systems, photocopiers and telephone lists and databases).

**"Commercial solicitation"** means peddling or otherwise selling, purchasing or offering goods and services for sale or purchase, distributing advertising material, circulars or product samples, or engaging in any other conduct relating to any outside business interests or for profit or personal economic benefit on UHP property using the organization resources.  Solicitation and Commercial solicitation performed through verbal, written, or electronic means are covered by the Non-Solicitation policy.

**"Work time"** shall mean the period of time during working hours when the associate is engaged in or is expected to be engaged in or is expected to be engaged in service on behalf of the organization.  Work time does not include the associate's lunch period, or any other periods in which the associate is not on duty.

**"Work area"** means those areas of the organization in which regular organization activity takes place including without limitation offices, exam rooms, associate lounge's, learning rooms and conference rooms, etc.

©Copyright 2017 Urban Health Plan, Inc.
Administration Policies & Procedures, Human Resources
All rights reserved

Urban Health Plan, Inc.
Human Resources
Policies and Procedures

**Solicitation by Associates:**

Any Commercial Solicitation undertaken by an associate must be approved by the Human Resources Department.

1. Associates are prohibited from engaging in the following actions:

   a. Solicitation or commercial solicitation during the associate's work time of the associate(s) being solicited.

   b. Distributing or posting any non-work related materials in any work area of the organization at any time, including during non-work time.

   c. Engaging in any commercial solicitation at any time without the prior approval of the Development and/or Human Resources Department.

2. Associates shall not use UHP computer and communication systems and materials, including inter-department mail, e-mail, telephone, fax, supplies, or other related workplace organization resources, for any solicitation or commercial solicitation that is not directly related to workplace business and/or activities without the express approval of the department director.

3. Associates engaging in prohibited activity, including solicitations, or the distribution of materials, in violation of this policy are subject to disciplinary action, up to and including termination.

4. Inquiries regarding the Non-Solicitation Policy should be directed to the Director of Human Resources.

**Solicitation by Non-Employees and Organizations:**

UHP recognizes the value of charitable organizations and encourages associates and students interns to be active participants in organizations that support or contribute to the mission of the organization. With the exception of UHP authorized charitable giving campaigns such as the Diabetes Foundation, Cancer Society, etc., any charitable organization or a UHP associate who wishes to solicit funds for a charitable donation must obtain the approval of the Chief Executive Officer/President,   The President/CEO will coordinate the solicitation of funds for the charitable organization with the appropriate department. The organization will be provided with a stamp or certification of approval. Sales will normally be conducted from assigned tables in a designated location.  Arrangements should be made through, and inquiries regarding the non-solicitation Policy should be directed to, the Development Department and the Human Resources Department.

©Copyright 2017 Urban Health Plan, Inc.
Administration Policies & Procedures, Human Resources
All rights reserved

Urban Health Plan, Inc.
Human Resources
Policies and Procedures

1.  Non-employees or non-students interns may not engage in Solicitation or Commercial Solicitation (including distributing any kind of written or printed Materials) on UHP property at any time. Exceptions to the non-solicitation Policy must be approved by the Chief Executive Officer/President

2.  Door-to-door Solicitation or Commercial Solicitation is not authorized.

3.  The Non-solicitation Policy does not prohibit normal business contacts by authorized vendor representatives engaging in business with the organization in compliance with other organization policies, provided such contacts are made with the consent of organization officials.

4.  Vendors approved for vending privileges to the organization may, in the discretion of the Chief Executive Officer/President, be permitted to sell their products at restricted locations on facilities for a limited number of days per year.

5.  Non-employees or non-students interns who have not been authorized to enter UHP property shall be considered trespassers. Trespassers violating this policy who have no affiliation with Urban Health Plan, Inc will be removed from the organization  property, given trespass warnings not to return, and may be subject to arrest and prosecution.


## Applicability

The Non-Solicitation Policy applies to UHP associates, student interns, as well as vendors and other non-organizational individuals and entities and their representatives.

©Copyright 2017 Urban Health Plan, Inc.
Administration Policies & Procedures, Human Resources
All rights reserved

Urban Health Plan, Inc.
Human Resources
Policies and Procedures

# CONFIDENTIALITY

**PURPOSE:**     At UHP, we value Our People and their Trust.  We are dedicated to ensuring that our practices and procedures secure the confidentiality and privacy of the personal, medical and financial data obtained from associates and applicants and used in the course of UHP business; the trade secrets or proprietary information of others disclosed to us on a confidential basis.

To prevent unauthorized disclosure of medical, personnel or business related information and to insure the privacy rights of patients/clients, associates and/or other individuals associated with UHP.

**RESPONSIBILITY:**   All associates

## Core Requirements:

1. Because of the nature of UHP business, associates are asked to sign a statement of confidentiality when hired and on an annual basis thereafter.

2. Any release or improper use of confidential information is a breach of confidentiality and may result in discipline or corrective counseling up to and including termination of employment.  In addition, those who fail to safeguard confidential information may be subject to prosecution by the organization for civil liability.

   Information concerning the clinical/medical affairs of associates, patients/clients, or individuals associated with Urban Health Plan, Inc is, by law, confidential and shall not be disclosed, except under limited circumstances.

   Information concerning associates and associates records is, by law, confidential, and also shall not be disclosed except under limited circumstances.

3. Information concerning the business affairs of Urban Health Plan, Inc is considered proprietary, confidential and shall not be disclosed except under limited circumstances.

4. Only those authorized by Administrative Policy may have access to any confidential information regarding the organization, its associates or its patients/clients.

5. This obligation of confidentiality shall continue after termination of employment with UHP (whether voluntary or involuntary)

-96-
©Copyright 2017 Urban Health Plan, Inc.
Administration Policies & Procedures, Human Resources
All rights reserved

Urban Health Plan, Inc.
Human Resources
Policies and Procedures

<u>Trade Secret/Proprietary Information</u>

- During the normal course of employment, you may be exposed to trade secrets or proprietary information.  A trade secret or proprietary information is confidential information known only to UHP and to those associates entrusted to use it (e.g. complex technology, business methods, patient lists, and business knowledge).

- Trade secrets give the organization the opportunity to obtain an advantage over its competitors who don't have the information or do not know how to use it.  Trade secrets are protected legally as long as they are kept secret.  If the organization did not take steps to protect its trade secrets, it would lose valuable legal rights.  Other organizations also may disclose trade secrets to the organization from time to time under an obligation of confidentiality.

- Those with access to confidential associate or patient information may release that information only to persons with a business need to know, to outside sources such as law enforcement or government agencies/officials, or when otherwise legally required to do so.  Insider trade laws may apply.

- Trade secrets held by or disclosed to the organization and personal information contained in the personal files of associates are to be held in strict confidence and are not to be shared with outsiders or other associates except to the extent authorized by management.

<u>HIPAA Medical Records Confidentiality</u>

The regulations that govern confidentiality of medical records are a result of the Health Insurance Portability and Accountability Act (HIPAA).  In general, the regulations prohibit personal medical information from being disclosed by the health plan to third parties without permission of the patient.  UHP is permitted to collect medical information for certain situations, such as Workers' Compensation claims, FMLA request, drug tests, etc.  Contact UHP Privacy Officer for more information regarding HIPAA.

©Copyright 2017 Urban Health Plan, Inc.
Administration Policies & Procedures, Human Resources
All rights reserved

Urban Health Plan, Inc.
Human Resources
Policies and Procedures

Personal Data Privacy

- Collection of information: Personal data will be collected from patients, applicants and associates as required in order to meet federal and/or state reporting requirements. Social security numbers or other personal data may be collected from suppliers, or independent contractors where no tax identification or employer identification number is accessible.

- Use of Information: You may not transmit Social Security numbers in open computer transmissions, organization distributions, or through the organization intranet except where such transmission of information is by secure connection or encryption. For example, reporting of payroll withholding taxes and benefit plan require such data; if transmission of such data will be handled through secured computer transmission only. You may not send organization emails to home email addresses if those emails contain personal associate data.

- Storage and Access to Personal data: Documents containing Social Security numbers and other personal data will be stored in locked secure areas. All computers applications containing social security and other personal data shall be maintained on secured, authorized-access computer files only. Only people who have a legitimate business reason will have access to social security numbers and other personal data. Access will be granted only by members of management responsible for the functions. Management and associates granted such access must take all necessary precautions to ensure the integrity of records that include such data when the records are not being used.

- Destruction of Data: Records that include social security numbers or other personal data will be maintained in accordance with federal and state laws and organization record retention policies. When records containing associate personal data are released for destruction, the records will be destroyed by shredding.

- State Laws: In any state where the law conflicts with UHP policy, the state law will supersede UHP policy.

©Copyright 2017 Urban Health Plan, Inc.
Administration Policies & Procedures, Human Resources
All rights reserved

Urban Health Plan, Inc.
Human Resources
Policies and Procedures

<u>Associate Responsibility</u>

- Read, understand, and comply with this policy.

- When requested, sign and comply with UHP Confidentiality Agreement.

- Hold all trade secrets held by or disclosed to the organization in strict confidence by not disclosing then to other persons (employed or otherwise), except to the extent authorized by management.

- Maintain and respect the privacy and personal data of fellow associates.

- Notify Human Resources, your supervisor, or another member of management if you suspect or witness misuse or a breach of confidentiality.

- 
- Discuss and review this policy with new and affected associates periodically.  Have associates on annual basis sign a confidentiality agreement.

- Ensure that confidentiality is maintained within the organization at all times by limiting internal and external disclosure of personal information. Limit access to those with an authorized, business-related need to know.

- Partner with senior management and UHP Privacy Officer if a breach of confidentiality has been reported or suspected so that a course of action can be developed.

©Copyright 2017 Urban Health Plan, Inc.
Administration Policies & Procedures, Human Resources
All rights reserved

Urban Health Plan, Inc.
Human Resources
Policies and Procedures

## PROCEDURES

1. Associates having access to confidential information, including associate or patient/client, medical/clinical records, personnel files, research, purchasing process, finance, information management, access codes, etc. will protect the privacy of that information and release it only on a genuine and official need-to know basis, with the written consent of the patient/client or associate, within the framework of the law (see attachment at end of policy).

2. Associates whose job requires computer usage have access to electronic data that is equivalent of hard copy data and must be treated confidentially.
   a. Access codes are the equivalent of a legal signature.  Associates will be held accountable for all work done their code.

   b. MIS, for each database associates are authorized to access, will assign a specific authority level, subsequent to administrative authorization.  Associates who attempt to access levels above their authority level will be subject to disciplinary action.

   c. If an associate has reason to believe that the confidentiality of his/her access code been compromised, he/she should contact his/her supervisor.  The supervisor shall complete an occurrence report and notify MIS.  If the breach is confirmed, MIS shall issue a new access code.

3. For information regarding disclosure of medical record information. (See HIM Authorization for Release of Information)

4. All requests for access to confidential information shall be considered only if provided in writing through an Authorization for Release of Information.  The patient/client or associate, about whom the request was generated, where applicable, shall approve requests.  Supervisors shall assess the validity of the request, approve or deny the request for release, and will be held accountable for the release of any confidential information.

5. All media inquiries for information concerning Urban Health Plan, its services, clients/patients, or associates, must be referred to the Chie Executive Officer or his/her designee.

©Copyright 2017 Urban Health Plan, Inc.
Administration Policies & Procedures, Human Resources
All rights reserved

Urban Health Plan, Inc.
Human Resources
Policies and Procedures

6. If an associate is contacted by a representative of the media the associate should: Advice the reporter that they are not authorized to speak for the organization and transfer the call to the Chief Executive Officer or his/her designee.

7. Each associate shall be required to sign a confidentiality agreement, a copy of which will be maintained in his/her human resource file.

8. If an associate is proven to have breached, he/she shall be subject to serious disciplinary action, up to and including termination of employment.

Human Resources will distribute a memorandum on an annual basis- reminding associates of the content of this policy.

©Copyright 2017 Urban Health Plan, Inc.
Administration Policies & Procedures, Human Resources
All rights reserved

Urban Health Plan, Inc.
Human Resources
Policies and Procedures

| Issued by (Site/Dept): Human Resources | | | | | Revision Date: November 2017 | |
|---|---|---|---|---|---|---|
| Prepared By: | *Marta Ruys* Signature | 11/29/17 Date | | Approved By: | *[signature]* Signature | 12/0/17 Date |

## CODE OF CONDUCT

## Basic Rules of Conduct

### Introduction

The Code ensures that Board members, officers, associates, contractors, agents, and all those associated with UHP know and understand the organization's expectations of behavior. In the final analysis we each must conduct ourselves in a way that preserves and enhances the integrity of the organization and UHP's reputation in the community.

### Build Trust and Credibility

The success of our business is dependent on the trust and confidence we earn from our associates, patients/customers and shareholders.  We gain credibility by adhering to our commitments, displaying honesty and integrity and accomplishing organization goals solely through respectable conduct.

### Respect for the Individual

We all deserve to work in an environment where we are treated with dignity and respect.  UHP is committed to creating such environment because it brings out the full potential in each of us, which, in turn, contributes directly to our business success.

Urban Health Plan is an equal employment/affirmative action employer and is committed to providing a workplace that is free of discrimination of all types from abusive, offensive or harassing behavior.

### Create a Culture of Open and Honest Communication

At UHP everyone should feel comfortable to speak his or her mind, particularly with respect to ethics concerns.  Directors and coordinators have the responsibility to create an open and supportive environment where associates feel comfortable raising such questions.

UHP will investigate all reported instances of questionable or unethical behavior.  In

©Copyright 2017 Urban Health Plan, Inc.
Administration Policies & Procedures, Human Resources
All rights reserved

Urban Health Plan, Inc.
Human Resources
Policies and Procedures

every instance where inappropriate behavior is found to have occurred, the organization will take appropriate action.

Urban Health Plan, Inc. requires all associates to adhere both the organizational "Code of Conduct" and to the cannon of ethics proscribed by their profession. Violation of the organizational "Code of Conduct" may be grounds for immediate termination.

- *We will act with integrity when working with patients/clients, colleagues, and members of our local communities and maintain an ethical and lawful environment. We will maintain a professional demeanor.*

- *We will provide the best quality services to our patients/clients while observing the highest standards of legal and ethical conduct.*

- *We will exercise the utmost care in our day-to-day conduct, strive to follow the principles of UHP's Mission, Vision, Values statement, and Operating Credo and make every effort to follow the principles of UHP's compliance program.*

- *We will strictly abide by and respect all rules and regulations that apply to our activities.*

- *We will become familiar with and understand the legal and regulatory requirements relevant to our duties.*

- *We will respect and be sensitive to the cultural values, religious beliefs, and needs of patients/clients, their family members, associates, and visitors.*

- *We will refrain from discrimination or persecution of any kind, especially when related to gender, age, color, religion, sex, national origin, citizenship, marital status, sexual*
  *orientation, disability, military status, or any other characteristic protected by applicable federal, State or local laws.*

- *We will act in accordance with all government requirements regarding record keeping and we will safeguard the confidentiality of patient/client and organizational information.*

- *We will make certain that all communications and exchanges of information, both within UHP, and external to UHP are truthful and correct.*

- *We will follow the highest ethical and organizational standards when acting on behalf of UHP. We will avoid conflict of interest, the appearance of conflict, and* or using a UHP *position for personal gain.*

©Copyright 2017 Urban Health Plan, Inc.
Administration Policies & Procedures, Human Resources
All rights reserved

Urban Health Plan, Inc.
Human Resources
Policies and Procedures

## Prohibited Behavior

Prohibited behavior, based upon Urban Health Plan, Inc. "Code of Conduct", includes but is not limited to:

1. Physical abuse/assault or mental abuse of patients/customers of Urban Health Plan, Inc., including striking of another person;
2. The use of abusive, offensive or degrading language;
3. Intimidating or threatening physical actions;
4. Soliciting tips or services from patients/customers or any other person while on Urban Health Plan, Inc. property;
5. Use or possession of any type of illegal drug, including misuse of prescription medication;
6. Use of alcoholic beverage during working hours or reporting to work in an intoxicated condition;
7. Excessive or habitual lateness or absence;
8. Insubordination;
9. Disregarding Urban Health Plan, Inc. policies and procedures;
10. Falsification of payroll records (web punching for another associate);
11. Criticism of a personal rather than professional nature. Defamation of character to UHP patients/customers or associates;
12. Any altercation between associates within the facility or while on agency related business;
13. Throwing, dropping or intimidating use of instruments or equipment;
14. Harassment including Sexual Harassment (See Policy);
15. Violation of Confidentiality;
16. Abuse of Power;
17. Possession of a weapon legal or illegal;
18. Stealing;
19. Threatening or intentionally intimidating behavior of any kind;
20. Soliciting or distributing literature in violation of Urban Health Plan, Inc. policy;
21. Violating a safety rule or practice;
22. Falsifying Urban Health Plan, Inc. records
23. Removal of Urban Health Plan, Inc. property without authorization;
24. Other conduct detrimental to Urban Health Plan, Inc. good standing's in the community.

©Copyright 2017 Urban Health Plan, Inc.
Administration Policies & Procedures, Human Resources
All rights reserved

Urban Health Plan, Inc.
Human Resources
Policies and Procedures

Since Urban Health Plan, Inc. cannot anticipate all of the circumstances that may warrant a warning, suspension or discharge, the preceding list of disciplinary offenses is not all-inclusive.  If a situation arises that is not covered by this illustrative list of disciplinary offenses.  Urban Health Plan, Inc. will evaluate the situation and issue appropriate discipline up to and including termination.

It is required that the Human Resources Director be contacted to discuss appropriate action before a suspension or termination is executed, unless the nature of the infraction merits immediate dismissal.

©Copyright 2017 Urban Health Plan, Inc.
Administration Policies & Procedures, Human Resources
All rights reserved

Urban Health Plan, Inc.
Human Resources
Policies and Procedures

## DISCIPLINARY ACTION

| | |
|---|---|
| PURPOSE: | The purpose of this policy is to provide guidelines for disciplinary action.  Application of these guidelines must be consistent and equitable, so that all associates receive like treatment for similar offenses. |
| POLICY: | Urban Health Plan seeks to open communications between management and associates and the establishment of a friendly, cooperative work atmosphere.  This type of communication will go a long way towards eliminating serious disciplinary problems. Managers and supervisors should make every effort to ensure that associates have a thorough understanding of UHP policies and procedures and an awareness of what is expected in the area of job performance and personal conduct. |
| | Managers and supervisors are urged to coach and counsel associates in an effort to prevent the need for discipline.  However, for those times when discipline is necessary, the procedures described below should assist management in determining a proper course of action. They are a guideline, not a substitute for common sense. |
| PROCEDURE: | If a problem arises, UHP will evaluate the situation and take appropriate action, including discipline and/or immediate discharge, in light of all of the circumstances.  Generally, UHP will use progressive discipline and the process may include verbal counseling, a written warning, suspension, and then termination.  Urban Health Plan may, at its discretion, skip steps in the procedure and immediately terminate an associate without prior warning, for example, based on its evaluation of the circumstances, including the severity of the conduct in question. |
| | This disciplinary procedure is not evidence of a contract of employment, express or implied, or a guarantee of any kind by UHP, including guaranteeing employment for a definite period of time. Rather, we remind you that your employment with Urban Health Plan is at-will, unless you are subject to a specific employment contract. |

This means that either you or UHP may terminate your employment at any time, for any reason or for no reason at all, with or without cause or prior notice, subject to a specific employment contract. However, in most situations, associates will be disciplined in accordance with the following:

©Copyright 2017 Urban Health Plan, Inc.
Administration Policies & Procedures, Human Resources
All rights reserved

Urban Health Plan, Inc.
Human Resources
Policies and Procedures

## DISCIPLINARY ACTION

1.  Warnings
    <u>Verbal Warning</u>
    - The purpose of this step is to forewarn the associate.
    - There may be reason to believe that the associate honestly did not know his/her behavior was an infraction or that his/her performance was unsatisfactory. This approach, though informal, must be documented.
    - However, let the associate know that it was an informal discussion.
    - A copy of Urban Health Plan's Official Counseling Record can be obtained in the Department of Human Resources.

    <u>Written Warning</u>
    The written warning should very specifically describe the following:
    - The infraction.
    - Potential consequences if the situation does not improve.
    - Corrective action.

    Copies of all written warnings must be given to the employee and the Department of Human Resources. Official Warning Notices form can be obtained from Human Resources. A copy is included in this policy as Exhibit 2

2.  <u>Suspensions</u>
    An associate may be suspended from duty without pay. Such suspensions, as well as length of suspensions, are based on the nature of the infraction and the associate's past record.

3.  <u>Discharges</u>
    Immediate termination may occur, when appropriate, based on all the circumstances, including the nature of the offense and the associate's past record.

4.  <u>Resolution of Disputes</u>
    Should Human Resources and a Department Director/Senior Manager not reach agreement with regard to the suspension or termination of an associate, the issue will be referred to the CEO for resolution.

©Copyright 2017 Urban Health Plan, Inc.
Administration Policies & Procedures, Human Resources
All rights reserved

Urban Health Plan, Inc.
Human Resources
Policies and Procedures

# DRUG-FREE WORKPLACE

POLICY:   In compliance with the Drug Free Workplace Act of 1988, UHP has a longstanding commitment to provide a safe, quality-oriented and productive work environment consistent with the standards of the community. Alcohol and drug abuse poses a threat to the health and safety of UHP associates, patients and other individuals in our workplace and to the security of the organization equipment and facilities. We recognize that alcohol abuse and drug use pose a significant threat to our goals. For these reasons, UHP is committed to the elimination of drug and alcohol use and abuse in the workplace.

That commitment is jeopardized when any Urban Health Plan associate illegally uses drugs or substances on the job, comes to work under the influence, or possesses, distributes or sells drugs in the workplace, or is under the influence of alcohol.   Therefore, UHP has established the following policy that balances our respect for individuals with the needs to maintain an alcohol and drug-free environment:

Scope
This policy outlines the practice and procedure designed to correct instances of identified alcohol and drug abuse in the workplace.

This policy applies to all associates and all applicants for employment of Urban Health Plan, Inc.  The human resource department is responsible for the policy administration.

Substance Abuse Awareness
Illegal drug use and alcohol misuse have many serious adverse health and safety consequences.  Information about those consequences and sources of help for drug or alcohol problems is available from the HR department, which has been trained to make referrals and to assist associates with drug or alcohol problems.

Associate Assistance
Urban Health Plan, Inc. will assist and support associates who voluntarily seek help for such problems before becoming subject to discipline or termination under  this or other UHP policies.  Such associates will be allowed to use accrued paid time off, placed on leaves of absence, referred to treatment providers and otherwise accommodated as required by law.  Such associates may be required to document that they are successfully following prescribed treatment and to take and pass follow-up tests if they hold jobs that are safety-sensitive or require driving, or if they have violated this policy

©Copyright 2017 Urban Health Plan, Inc.
Administration Policies & Procedures, Human Resources
All rights reserved

Urban Health Plan, Inc.
Human Resources
Policies and Procedures

previously.  Once a drug test has been scheduled, unless otherwise required by the Family and Medical Leave Act or the American with Disabilities Act, the associate will have for:

1.  All prospective candidates for employment will be screened for the detection of drugs as part of the pre-employment examination.

2.  It is a violation of UHP policy for anyone to report to work under the influence of illegal drugs, or alcohol.

3.  It is a violation of UHP drug-free policy to use, possess, sell, trade and/or or offer for sale alcohol (at other than UHP-sponsored events for those over the age of 21), illegal drugs or intoxicants.

4.  Where there is reason to suspect drug use, an incumbent associate must submit to a drug screening or alcohol testing (Breathalyzer and/or blood alcohol level).

5.  It is a violation of Urban Health Plan policy for anyone to use prescription drugs illegally.  (However, nothing in this policy precludes the appropriate use of legally prescribed medications).  Prescriptions and over-the-counter drugs are not prohibited when taken in standard dosage and/or according to a physician's prescription.  Any associate taking prescribed or over-the-counter medications will be responsible for consulting the prescribing physician and/or pharmacist to ascertain whether the medication may interfere with the safe performance of his/her job.  If the use of a medication could compromise the safety of the associate, fellow associates or patients/customers; it is the associate's responsibility to use appropriate human resources policies and procedures (e.g., call in sick, use leave, request change of duty, notify supervisor, notify EHS) to avoid unsafe workplace practices.  The illegal or unauthorized use of prescription drugs is prohibited.  It is a violation of our drug-free workplace policy to intentionally misuse and/or abuse prescriptions medications.

6.  Any associate who is convicted of a criminal drug violation in the workplace must notify the organization in writing within five calendar days of the conviction.  The organization will take appropriate action within 30 days of notification.  Federal contracting agencies will be notified when appropriate.

Our drug-free workplace policy is intended to apply whenever anyone is representing or conducting business for the organization.  Therefore, this policy applies during all working hours whenever conducting business or representing the organization, while on call, while on organization property and at organization sponsored events.

©Copyright 2017 Urban Health Plan, Inc.
Administration Policies & Procedures, Human Resources
All rights reserved

Urban Health Plan, Inc.
Human Resources
Policies and Procedures

UHP encourages associates to voluntarily seek help with drug and alcohol problems. Violations of this policy are subject to disciplinary action up to and including termination.

**PROCEDURE**

**1. Pre-employment**

All prospective candidates upon acceptance of conditional offer of employment will be required to sign a Drug/Alcohol Screen Authorization and Release (Exhibit 1) when completing employment paperwork. The screening will be conducted via urine analysis and/or other reliable methods for the detection of the use of illegal drugs or controlled substances. Those found positive, the offer of employment will can be withdrawn.  The applicant may not reapply.  Human Resources will notify the prospective candidate and the respective Department Head that the candidate is ineligible for employment.

**2. Active Associates**

**a.  Possession of Illegal Substances**

Associates found to have illegal drugs or controlled substances not duly prescribed by a physician or authorized by Employee Health Services in their possession, in a locker, desk or other repository on UHP premises, or who traffic illegal drugs or controlled substances, will be placed on immediate suspension pending investigation and are subject to termination.

**b.  Associates Suspected of Chemical Abuse or Alcohol Use**

If an associate's performance, attendance and/or safety record is substandard, or if an associate exhibits aberrant behavior, and chemical substance and/or alcohol abuse is suspected to be the cause, the associate will immediately be referred to Employee Health Services.  This is accomplished by escorting the associate to Employee Health Services.  This referral will be followed up by a written report of the incident and forwarded to Human Resources and CEO/President.  Upon arrival in Employee Health, the associate must submit to an observed urine specimen, or Breathalyzer and/or blood alcohol level test, whichever is appropriate.  After the specimen is obtained, Employee Health Services will inform the associate that he/she may not return to work until the specimen is analyzed and results are returned.  During this period, the associate may use accrued sick time.  If the results are negative, the accrued time paid will be converted to regular pay.  If the results are positive, the Employee Health Services Provider will assist the associate in obtaining admission to an appropriate facility, and will notify Human Resources, the President and Medical Director of the action, so that the associate can be placed on a medical leave of absence (LOA).  An associate who refuses to cooperate will be placed on an investigatory suspension and is subject to termination.

©Copyright 2017 Urban Health Plan, Inc.
Administration Policies & Procedures, Human Resources
All rights reserved

Urban Health Plan, Inc.
Human Resources
Policies and Procedures

**c.   Associates Suspected of Chemical Abuse or Alcohol Use: Self-Referrals**
Associates may voluntarily request help by going to Employee Health Services.

**d.   Rehabilitation**
Associates either by self-referral, or by mandatory referral who are found to be chemical substance and/or alcohol abusers will be referred to an appropriate treatment program for a period of time of up to thirty (30) days.  Associates who do not return after thirty (30) days will be terminated.

**e.   Confidentiality**
All information received by UHP through the drug-free workplace program is confidential communication.  Access to this information is limited to those who have a legitimate need to know in compliance with relevant laws and management policies.

**f.   **UHP recognizes that alcohol and drug abuse and addiction are treatable illnesses.  We also realize that early intervention and support improve the success of rehabilitation.  To support our associates, our drug-free policy :
- Encourages associates to seek help if they are concerned that they or their family members may have a drug and/or alcohol problem.
- Encourages associates to utilize the services of qualified professionals to assess the seriousness of suspected drug or alcohol problems and identify appropriate sources of help
- Offers all associates and their family members assistance with alcohol and drug problems through the Employee Assistance Program (ComPsych)
- Allows the use of accrued paid sick leave while seeking treatment for alcohol and other drug problems.

**Treatment**
Treatment for alcoholism and/or drug use disorders may be covered the associate health plan.  However, the ultimate financial responsibility for recommended treatment belongs to the associate.

Accrued sick time, if any, may be used. The associate may return to full duty after medical clearance by Employee Health.   During the next twelve (12) months, the associate will be required to submit to physical examinations including observed urine specimens on an unannounced basis.  If the associate refuses to participate, he/she will be suspended and possibly terminated. If a chemical substance is found in the urine, the associate will be terminated.  The associate may be given consideration for appropriate

©Copyright 2017 Urban Health Plan, Inc.
Administration Policies & Procedures, Human Resources
All rights reserved

Urban Health Plan, Inc.
Human Resources
Policies and Procedures

therapy in the event of a single relapse, either by detection through physical examination or analysis, or through suspicion by their supervisor, of resumed or continued chemical substance and/or alcohol abuse, on the following consideration:

- Degree of cooperation during earlier rehabilitation efforts;
- The time elapsed since earlier rehabilitation efforts;
- Was initially a self-referral.

**a.** Terminated associates are not eligible for rehire. Such termination will not be regarded or treated for any purpose as a disability.

**b.** Appropriate confidentiality will be maintained.

**c.** Medical records of affected associate will be preserved in the same confidential manner as all medical records.

**d.** All associates who are referred to Employee Health for drug testing will be required to sign a Drug Awareness Program statement (Exhibit 2).

©Copyright 2017 Urban Health Plan, Inc.
Administration Policies & Procedures, Human Resources
All rights reserved

Urban Health Plan, Inc.
Human Resources
Policies and Procedures

**SHARED RESPONSIBILITY**

A safe and productive drug-free workplace is achieved through cooperation and shared responsibility.  Both the associate and management have important roles to play.

All associates are required to not report to work or be subject to duty while their ability to perform job duties is impaired due to on- or off duty use of alcohol or drugs.

In addition, associates are encouraged to:
- Support fellow associates in seeking help.
- Use the Employee Assistance Program - ComPsych Guidance Resources Program
  Online: guidanceresources.com
  Company ID: COM589
  Call: 800.272.7255
  TDD: 800.697.0353
  Confidential support, information and resources for all of life's challenges.
- Report dangerous behavior to their supervisor.

It is the supervisor's responsibility to:
- Inform associates of the drug-free workplace policy.
- Observe associate performance.
- Investigate reports of dangerous practices.
- Document negative changes and problems in performance.
- Counsel associates as to expected performance improvement.
- Refer associates to the Employee Health Service or EAP.
- Clearly state the consequences of policy violations.

©Copyright 2017 Urban Health Plan, Inc.
Administration Policies & Procedures, Human Resources
All rights reserved

# URBAN HEALTH PLAN, INC.
### 1065 SOUTHERN BOULEVARD
### BRONX, NEW YORK 10459

### DRUG-FREE WORKPLACE

## DRUG/ALCOHOL SCREEN AUTHORIZATION AND RELEASE

I understand and agree that, in connection with my application for employment with Urban Health Plan, Inc., and as a condition of hire, I must take and satisfactorily pass drug/alcohol screen tests, including but not limited to urinalysis testing, to the extent lawfully permitted.  I also understand and agree that my failure to pass satisfactorily such drug/alcohol screen tests will result in no employment.  This means, for example, that if I am offered a position at Urban Health Plan and resign from other employment, the offer of employment from Urban Health Plan is contingent upon the satisfactory results of the drug/alcohol screen tests, and the offer of employment by Urban Health Plan may be withdrawn if I do not satisfactorily pass the required tests.

I further understand and agree that, if Urban Health Plan subsequently employs me, I may be required to submit to periodic drug/alcohol screen tests or other tests that Urban Health Plan may lawfully require as a condition of employment or continued employment.  I understand that my refusal to take, or failure to pass satisfactorily any such tests, may result in the termination of my employment.

I have read this Drug/Alcohol Screen Authorization and Release, understand all of its terms, and hereby release Urban Health Plan, Inc. and its employees, officers, directors or agents, in both their individual and representative capacities, from any and all liability for damages, of whatever nature arising, whether directly or indirectly, from such tests.

_____

Please Print Name

_____

Signature

_____

Date

©Copyright 2017 Urban Health Plan, Inc.
Administration Policies & Procedures, Human Resources
All rights reserved

Urban Health Plan, Inc.
Human Resources
Policies and Procedures

# ASSOCIATE GRIEVANCE

**POLICY:** The Human Resources Department will administer and oversee the grievance procedure. The purpose of this procedure is to promote consistency in the resolution of associate relations issues which are encountered on a day-to-day basis by associates, during the performance of their duties. The policy is intended to assure fair and equitable treatment.

A grievance shall be defined as a dispute or complaint by an associate against a Department Head/Coordinator or UHP alleging a breach of the terms of employment, including equal employment opportunity complaints, the inequitable application of a policy or procedure, associate performance or disciplinary action.

**PROCEDURE**
**Step 1**
If an associate feels unjustly treated or that he/she has been disciplined unfairly, the associate can present a grievance in writing to his/her immediate supervisor. It is at this step, that the problems can best be resolved. The immediate supervisor will hear the grievance during a meeting with the associate within five (5) working days of the request. The supervisor must reply in writing to the associate within five (5) working days after the grievance meeting is held.

**Step II**
If no mutually satisfactory settlement of the grievance results from Step 1, the grievance may be submitted, in writing, by the associate to the appropriate department director within five (5) working days of the Step 1 decision. A meeting of the department director, supervisor and the associate shall take place no later than five (5) working days following the submission of the grievance to Step II. The department director must reply in writing to the associate's grievance within five (5) working days.

**Step III**
If the grievance has not been satisfactorily resolved at Step II, the grievance may be submitted to the appropriate Senior Manager. A meeting with the Senior Manager shall take place within five (5) working days following the submission of the grievance to.

**Step IV**
The Senior Manager shall reply to the associate's grievance within five (5) working days of the Step III meeting.

**Step V**
Should the grievance fail to be resolved at Step III, the associate may request referral to

©Copyright 2017 Urban Health Plan, Inc.
Administration Policies & Procedures, Human Resources
All rights reserved

Urban Health Plan, Inc.
Human Resources
Policies and Procedures

the Human Resources Director, or his/her designee for final review.  At this point, the Human Resources Director will review Step IV grievances with the CEO prior to final disposition.

At any step in this process associates and/or managers may seek the advice of Human Resources with regards to the policy, precedent and/or employment law guidelines.

<u>Documentation</u>
Every effort should be made to resolve all problems brought to management through coaching, counseling, mentoring, etc. A record should be kept of all actions taken.

©Copyright 2017 Urban Health Plan, Inc.
Administration Policies & Procedures, Human Resources
All rights reserved

Urban Health Plan, Inc.
Human Resources
Policies and Procedures

# LEAVE DURING EMPLOYMENT

©Copyright 2017 Urban Health Plan, Inc.
Administration Policies & Procedures, Human Resources
All rights reserved

Urban Health Plan, Inc.
Human Resources
Policies and Procedures

| Issued by (Site/Dept): Human Resources | | | | Revision Date: November 2017 | |
|---|---|---|---|---|---|
| Prepared By: | *Marta Ruyo* (signature) | 11/29/17 | Approved By: | (signature) | 12/0/17 |
| | Signature | Date | | Signature | Date |

## VACATION LEAVE

POLICY:  Vacations are to be scheduled on a year-round basis.  An exempt associate must give 60 days' notice and arrange his/her vacation in accordance with UHP's needs and schedules.  A non-exempt associate must give 30 days and arrange his/her vacation in accordance with UHP's needs and schedules. Longevity shall apply in conflicting scheduling.

You can carry vacation time into the following year. However, upon separation you will only be entitled to one year's worth of accrued vacation time.

For the purposes of this policy, the following job classification will apply:

A.  **Associates in Executive, Professional, Senior Management and Management (exempt) job classifications, such as:**
Chief Executive Officer/ President, Senior Vice President & Chief Medical Officer, VP of Finance & Chief Financial Officer, VP of Community Relations/Engagement,  Chief Operating Officer, Chief of Staff,  Chief Medical Information Officer, Chief Talent and Learning Officer, Chief Technology Officer, Chief of Pediatrics , Assistant VP of Finance/ Corporate Controller, Assistant VP of Medical Regulatory & External Affairs, Assistant VP for Care Management, Associate VP Senior Administrator for Health Center, Deputy Chief of Staff/Assistant Counsel,  Dir of Accounting, Dir of Clinical Best Practice & Education, Clinical Research Nurse, CHW Supervisor, Community Relation & Outreach Manager, Compliance Manager, Deputy Chief of Staff,  Dir of Clinical Best Practice & Education, Dir of Care Management, Dir of Community Based Research, Dir of Compliance, Dir of External Affairs, Dir of Health Literacy, Dir of HIM, Dir of Human Resources, Dir of IACH, Dir of Informatics, Dir of Managed Care,  Dir of MIS, Dir of Non Physician Provider Development, Dir of Nursing, Dir of Nutrition Service, Dir of Patient Advocacy, Dir of Patient Care Connection, Dir of Practice & Performance Improvement, Dir of Practice Management, Dir of Physical Therapy, Dir of Procurement & Office Services, Dir of Property Management & Facility Services, Dir of Quality Improvement Data Analysis Reporting,  Dir of Social Services, Dir of Plaza Del Sol, Director WIC, , all Associate Medical Directors, all Clinical Directors, all Physician's, Attorney,  Audiologist, Assistant Counsel, Dentist, Dental Hygienist, Physician Assistant , Physical Therapist , Program Director, Respiratory Therapist, Facility Engineer, Lead Clinical Nurse, Nurse Care Manager, Nurse Midwife, Nurse Practitioner, Nutritionist, Pharmacist, Senior Accountant, Senior Administrator, Senior Account Executive for Physician Engagement, Senior Dir of

-118-
©Copyright 2017 Urban Health Plan, Inc.
Administration Policies & Procedures, Human Resources
All rights reserved

Urban Health Plan, Inc.
Human Resources
Policies and Procedures

Administrative Services , Senior Dir of Communications, Senior Dir of Emerging & Strategic Initiative, Senior Dir of Network Development,  Senior Dir Revenue Cycle Operations & Management, Senior Dir for Real Estate & Property Management, Senior Nurse Care Manager, Site Administrator, Site Director, Supervisor School Health,  Social Worker LCSW/LMSW, Administrator for Adult Medicine Department, Assistant Director of MIS, Assistant Director of Nutrition, Assistant Director of Social Services, Associate Dental Director, Associate Director of Nursing, OB/GYN Administrator, WIC Qualified Nutritionist

| Period of Continuous Employment | Amount of Paid Vacation |
|---|---|
| 6 months | 2 weeks (10 days) |
| 1 - 4 years | 4 weeks (20 days) |
| 5 - 9 years | 5 weeks (25 days) |
| 10 - 14 years | 6 weeks (30 days) |
| 15 - 19 years | 7 weeks (35 days) |
| 20   years | 8 weeks (40 days) |

B. **Associates in Management, Supervisory, and Professional (exempt) job classifications, such as:**

Assistant Administrator, Assistant Coordinator,  Coordinator of Adult Medicine, Assistant Dir of Health Literacy & Education, Assistant Dir of MIS, Business System Analyst, Coder Specialist Trainer, Coordinator of Adult Services, Coordinator of Adult Psychiatry, Coordinator for Associate Wellness & Internship, Coordinator of Billing, Coordinator of Breast Feeding, Coordinator of Call Center, Coordinator of Child Psych, Coordinator of Demo Kitchen, Coordinator of Dental Services, Coordinator of Diagnostics, Coordinator Gaps in Care, Coordinator Healthy Livable Communities,  Coordinator of HIV Services, Coordinator Insurance Collections, Coordinator of Laboratory Services, Coordinator of MIS, Coordinator MICHC Outreach Program, Coordinator Nutrition Services, Coordinator of Outreach & Enrollment, Coordinator of Patient Engagement, Coordinator of Patient Service & Sliding Fee, Coordinator of Payroll, Coordinator of Pediatrics,  Coordinator for PDS, Coordinator Quality Control, Coordinator of Referrals, Coordinator Support Services, Coordinator of Tracking, Coordinator of Walk In Clinic, Coordinator of Workforce Development, Diagnostic Tracking Specialist, Grant Accountant, Health Educator Supervisor, HR Compensation Analyst, HR Generalist/Recruiter, HR Senior Generalist, IS Analyst 3, Learning Specialist, Manager Rotation Program, Performance Management Specialist, Program Manager, Senior Business Intelligence Developer,  Senior Health Financial Analyst, Senior Office Manager, Senior Payroll Specialist, Special Event Manager, Staff Accountant II, WIC Site Manager,

| Period of Continuous Employment | Amount of Paid Vacation |
|---|---|
| 6 months | 1.5 week (7.5 days) |
| 1-4 years | 3 weeks (15 days) |
| 5 + years | 4 weeks (20 days) |

©Copyright 2017 Urban Health Plan, Inc.
Administration Policies & Procedures, Human Resources
All rights reserved

Urban Health Plan, Inc.
Human Resources
Policies and Procedures

C. **Associates in Professional (non-exempt) job classifications, such as:**
Charge Registered Nurse, License Practical Nurse, Registered Nurse - assigned to Exempt
time off code

| Period of Continuous Employment | Amount of Paid Vacation |
|---|---|
| 6 months | 2 weeks (10 days) |
| 1 - 4 years | 4 weeks (20 days) |
| 5 - 9 years | 5 weeks (25 days) |
| 10 - 14 years | 6 weeks (30 days) |
| 15 - 19 years | 7 weeks (35 days) |
| 20    years | 8 weeks (40 days) |

D. **Associates in Technical, Para Professional, Support and Service (non-exempt) job classifications, such as:**
Accounts Payable Clerk , Account Payable Specialist, Accounts Receivable Clerk, Administrative Assistant, Application Support Level I,  Assistant to the Administrator, Assistant to the Coordinator, Biller Coder, Breastfeeding Peer Counselor, Care Associate, Case Manager, Case Manager Specialist, Cash Collection Associate, Certified Personal Trainer, Clinical Research Associate, Communication Specialist, Community Health Advocate, Community Health Worker, Compliance Specialist, Credentialing Associate, Credentialing Specialist,  Demo Chef Assistant, Dental Assistant, Depression Case Manager, Diagnostic Clerk, Diagnostic Technician , Diagnostic Tracker, Driver, EKG Technician, EHR Specialist, EHR Trainer, EMR Audit Report Specialist, Entry Level Help Desk Associate, Environmental Service Associate, Gaps in Care Specialist, Handyman I & II, HCSR I & II, Health Educator, Health Home Case Manager, Health Home Enrollment Specialist, HIM Associate, Human Resources Associate, Human Resource Junior Generalist, Information Desk Associate, Intake Associate, Intake Case Manager, Intake Social Service Representative, Intake Specialist,  IT Support Technician I & II,  Job Developer,  Junior Accountant, Leah Handyman, Mammogram Tracking Specialist, Mammogram Technician, Managed Care Associate, Managed Care Compliance Analyst, Managed Care Office Assistant, Managed Care Specialist, Materials Management Associate, Medical Affairs Associate, Medical Coder Reviewer, Medical Assistant, Medical Assistant/Tracker , Messenger, MICHC Outreach Associate, Navigator, Nutrition Assistant, Office Manager, Office Support Specialist Provider Engagement, Operator/Patient Relations, Ordered Service Tracking Associate, Ordered Service Tracking Specialist, Outreach Associate, Outreach and Enrollment Associate, Outreach Specialist, Patient Advocate, Patient Financial Counselor I & II , Patient Service Representative ,  Payroll Specialist, Peer Review Associate, Phlebotomist,  Physical Therapy Aide, Porter, Program Assistant, Program Associate, Project Manager, PSR Intake, PSR Managed Care, Quality Control Specialist, Recall Tracker, Referral Associate, Risk Management Associate , Scanner, Senior Account Specialist, Senior Health Educator, Senior Health Home Case Manager, Senior Outreach Specialist, Senior Phlebotomist, Senior Share Point Developer, Senior Telephone

©Copyright 2017 Urban Health Plan, Inc.
Administration Policies & Procedures, Human Resources
All rights reserved

Urban Health Plan, Inc.
Human Resources
Policies and Procedures

Support Services Specialist, Social Services Representative, Specialty Case Manager, Talent & Learning Associate, Team Leader, Tracking Associate, Tracking Specialist, Transportation Associate, WIC Nutrition Assistant, WIC Program Assistant, WIC Training Specialist, Youth Development Health Educator,  X-Ray Technician, Zumba Instructor

| Period of Continuous Employment | Amount of Paid Vacation |
| --- | --- |
| 6 months | 1 week (5 days) |
| 1-4 years | 2 weeks (10 days) |
| 5-14 years | 3 weeks (15 days) |
| 15 + years | 4 weeks (20 days) |

NOTE:  An associate hospitalized during his vacation and who desires to be placed on sick leave shall notify his/her Department Head/Coordinator promptly.  The associate may then be placed on sick leave as of the first day of his next normal work week.  Upon his/her return to work, the balance of his vacation can be rescheduled.

©Copyright 2017 Urban Health Plan, Inc.
Administration Policies & Procedures, Human Resources
All rights reserved

Urban Health Plan, Inc.
Human Resources
Policies and Procedures

## SICK LEAVE

**POLICY:**   To assure that eligible associates earned sick leave to be utilized to compensate for the loss of pay during a legitimate illness and/or injury. Assurance the sick benefits are properly accrued, adequately recorded, and that associates are free of illness before returning to work.

For the purpose of this policy, **all** job classifications will apply to:

| Period of Continuous Employment | Amount of Paid Sick Leave |
|---|---|
| 6 months | 3 days |
| 1 + years | 6 days annually |

For the purpose of this policy, **New York City Sick Pay Law,** all job classifications will apply to:

| Period of Continuous Employment | Amount of NYC Sick Pay |
|---|---|
| 30 hours per week | 1 hour of sick pay |

## PROCEDURE

1. After an associate's introductory period, he/she shall be entitled to paid sick leave earned at the rate of one half (1/2) day for each month of employment, retroactive to date of hire, up to a maximum of six (6) days per year.  These days are cumulative from year to year.

2. In order to be eligible for sick pay benefits, an associate who is absent due to illness or injury must notify his/her supervisor in accordance with the "Notification of Absence" policy and procedure.  UHP may require proof of illness.
    a.   In the event that an associate is out <u>sick</u> for three or more consecutive days, a sick note from his/her attending physician is required (See #3).
    b.   In the event that an associate is out <u>sick</u> on three or more occasions in the same month, a note from his/her attending physician is required.  In a case like this, a note will be required for every occasion for the following six months.
        If an associate fails to comply with these policies, he/she will not be entitled to sick pay.

3. Department Director/ Supervisor/Coordinator should send associates who have been on sick leave for three (3) or more consecutive days to Employee Health Service for examination before permitting them to return to duty.

4. Department Director/ Supervisor/Coordinator, at their discretion, may require

-122-
©Copyright 2017 Urban Health Plan, Inc.
Administration Policies & Procedures, Human Resources
All rights reserved

Urban Health Plan, Inc.
Human Resources
Policies and Procedures

associates to see Employee Health Services upon return to work after one day's illness before permitting them to return to work.

5. Department Director/ Supervisor/Coordinator, at their discretion, may require associates to see Employee Health Services upon return to work after one day's illness before permitting them to return to work.

6. You can use a sick leave when:
   a. You have a mental or physical illness, injury, or health condition; you need to get a medical diagnosis, care or treatment of your mental or physical illness, injury, or condition; you need preventive medical care.

   b. You must care for a family member who needs medical diagnosis, care, or treatment of a mental or physical illness, injury, or health condition, or who needs preventive medical care. Medical certification will be required.

   c. UHP closes due to a public health emergency or you need to take care for a child whose school or child care provider closed due to a public health emergency.

      *Family Members:*
      The law recognizes the following as family members:
      • Child (biological, adopted or foster child; legal ward; child of an associate standing in loco parentis)
      • Grandchild
      • Spouse
      • Domestic Partner
      • Parent
      • Grandparent
      • Child or parent of an associate's domestic partner
      • Sibling (including a half, adopted, or step sibling)

      **Sick days are to be used for the associate's own illness or for their family members and are not authorized for use as personal, holiday or vacation time.**

   d. You have the right to be free from retaliation from UHP for using Sick Leave.
      UHP cannot retaliate against you for:
      • Requesting and using sick leave
      • Filing a complaint for alleged violations of the law with DCA (Department of Consumer Affairs)
      • Communication with any person, including coworkers, about the

-123-
©Copyright 2017 Urban Health Plan, Inc.
Administration Policies & Procedures, Human Resources
All rights reserved

Urban Health Plan, Inc.
Human Resources
Policies and Procedures

violation of the law
- Participating in a court proceeding regarding an alleged violation of the law.
- Informing another person of that person's potential rights.

Retaliation includes any threat, discipline, discharge, demotion, suspension, or reduction in your hours, or any other adverse employment action against you for exercising or attempting to exercise any right guaranteed under the law.

Accrued but unutilized sick time is **<u>not</u>** payable, upon separation.

©Copyright 2017 Urban Health Plan, Inc.
Administration Policies & Procedures, Human Resources
All rights reserved

Urban Health Plan, Inc.
Human Resources
Policies and Procedures

| Issued by (Site/Dept):<br>Human Resources | | | | Revision Date:<br>November 2017 | |
|---|---|---|---|---|---|
| Prepared<br>By: | *Marta Reyes* (signature) | 11/29/17 | Approved<br>By: | (signature) | 12/10/17 |
| | Signature | Date | | Signature | Date |

# PERSONAL DAYS

**POLICY:**  To recognize the associate's need, occasionally, to take time from work for "personal" reasons.  UHP offers its exempt associate six (6) personal days per year prorated as indicated in the procedures of this policy, in lieu of the hours worked over the associates regularly scheduled hours. UHP offers its non-exempt associate two (2) days per year prorated as indicted in the procedures of this policy.

**A. Associates in Executive, Professional, Senior Management, Management and Supervisory (exempt) job classifications, such as:**  Chief Executive Officer/ President, Senior Vice President & Chief Medical Officer, VP of Finance & Chief Financial Officer, VP of Community Relations/Engagement,  Chief Operating Officer, Chief of Staff,  Chief Medical Information Officer, Chief Talent and Learning Officer, Chief Technology Officer, Chief of Pediatrics , Assistant VP of Finance/ Corporate Controller, Assistant VP of Medical Regulatory & External Affairs, Assistant VP for Care Management, Associate VP Senior Administrator for Health Center, Deputy Chief of Staff/Assistant Counsel,  Dir of Accounting, Dir of Clinical Best Practice & Education, Clinical Research Nurse, CHW Supervisor, Community Relation & Outreach Manager, Compliance Manager, Deputy Chief of Staff,  Dir of Clinical Best Practice & Education, Dir of Care Management, Dir of Community Based Research, Dir of Compliance, Dir of External Affairs, Dir of Health Literacy, Dir of HIM, Dir of Human Resources, Dir of IACH, Dir of Informatics, Dir of Managed Care,  Dir of MIS, Dir of Non Physician Provider Development, Dir of Nursing, Dir of Nutrition Service, Dir of Patient Advocacy, Dir of Patient Care Connection, Dir of Practice & Performance Improvement, Dir of Practice Management, Dir of Physical Therapy, Dir of Procurement & Office Services, Dir of Property Management & Facility Services, Dir of Quality Improvement Data Analysis Reporting,  Dir of Social Services, Dir of Plaza Del Sol, Director WIC, , all Associate Medical Directors, all Clinical Directors, all Physician's, Attorney, Audiologist, Assistant Counsel, Dentist, Dental Hygienist, Physician Assistant , Physical Therapist , Program Director, Respiratory Therapist, Facility Engineer, Lead Clinical Nurse, Nurse Care Manager, Nurse Midwife, Nurse Practitioner, Nutritionist, Pharmacist, Senior Accountant, Senior Administrator, Senior Account Executive for Physician Engagement, Senior Dir of Administrative Services , Senior Dir of Communications, Senior Dir of Emerging & Strategic Initiative, Senior Dir of Network Development,  Senior Dir Revenue Cycle Operations & Management, Senior Dir for Real Estate & Property Management, Senior Nurse Care Manager, Site Administrator, Site Director, Supervisor School Health,  Social Worker LCSW/LMSW, Administrator for

©Copyright 2017 Urban Health Plan, Inc.
Administration Policies & Procedures, Human Resources
All rights reserved

Urban Health Plan, Inc.
Human Resources
Policies and Procedures

Adult Medicine Department, Assistant Director of MIS, Assistant Director of Nutrition, Assistant Director of Social Services, Associate Dental Director, Associate Director of Nursing, OB/GYN Administrator, WIC Qualified Nutritionist, Assistant Administrator, Assistant Coordinator,  Coordinator of Adult Medicine, Assistant Dir of Health Literacy & Education, Assistant Dir of MIS, Business System Analyst, Coder Specialist Trainer, Coordinator of Adult Services, Coordinator of Adult Psychiatry, Coordinator for Associate Wellness & Internship, Coordinator of Billing, Coordinator of Breast Feeding, Coordinator of Call Center, Coordinator of Child Psych, Coordinator of Demo Kitchen, Coordinator of Dental Services, Coordinator of Diagnostics, Coordinator Gaps in Care, Coordinator Healthy Livable Communities,  Coordinator of HIV Services, Coordinator Insurance Collections, Coordinator of Laboratory Services,  Coordinator of MIS, Coordinator MICHC Outreach Program, Coordinator Nutrition Services, Coordinator of Outreach & Enrollment, Coordinator of Patient Engagement, Coordinator of Patient Service & Sliding Fee, Coordinator of Payroll, Coordinator of Pediatrics,  Coordinator for PDS, Coordinator Quality Control, Coordinator of Referrals, Coordinator Support Services, Coordinator of Tracking, Coordinator of Walk In Clinic, Coordinator of Workforce Development, Diagnostic Tracking Specialist, Grant Accountant, Health Educator Supervisor, IS Analyst 3, Learning Specialist, Manager Rotation Program, Program Manager, Senior Business Intelligence Developer,  Senior Health Financial Analyst, Senior Office Manager, Senior Payroll Specialist, Special Event Manager, Staff Accountant II, WIC Site Manager,

| Period of Continuous Employment | Amount of Paid Personal Days |
|---|---|
| 6 months | 3 days |
| 1 + years | 6   days annually |

**B. Associates in Professional (exempt) job classifications, such as:** HR Compensation Analyst, HR Generalist/Recruiter, HR Senior Generalist, Performance Management Specialist

| Period of Continuous Employment | Amount of Paid Personal Days |
|---|---|
| 6 months | 1.5 days |
| 1 + years | 3   days annually |

©Copyright 2017 Urban Health Plan, Inc.
Administration Policies & Procedures, Human Resources
All rights reserved

Urban Health Plan, Inc.
Human Resources
Policies and Procedures

**C. Associate in Professional (non-exempt) job classification, such as:**
Charge Registered Nurse - Registered Nurse – assigned to exempt time off code

| Period of Continuous Employment | Amount of Paid Personal Days |
|---|---|
| 6 months | 3 days |
| 1 + years | 6    days annually |

**D. Associate in Professional (non-exempt) job classification, such as:**
Licensed Practical Nurse

| Period of Continuous Employment | Amount of Paid Personal Days |
|---|---|
| 6 months | 1.5 days |
| 1 + years | i.   days annually |

**E. Associates in Technical, Para Professional, Support and Service (non-exempt) job classifications, such as:** Accounts Payable Clerk , Account Payable Specialist, Accounts Receivable Clerk, Administrative Assistant, Application Support Level I, Assistant to the Administrator, Assistant to the Coordinator, Biller Coder, Breastfeeding Peer Counselor, Care Associate, Case Manager, Case Manager Specialist, Cash Collection Associate, Certified Personal Trainer, Clinical Research Associate, Communication Specialist, Community Health Advocate, Community Health Worker, Compliance Specialist, Credentialing Associate, Credentialing Specialist,  Demo Chef Assistant, Dental Assistant, Depression Case Manager, Diagnostic Clerk, Diagnostic Technician , Diagnostic Tracker, Driver, EKG Technician, EHR Specialist, EHR Trainer, EMR Audit Report Specialist, Entry Level Help Desk Associate, Environmental Service Associate, Gaps in Care Specialist, Handyman I & II, HCSR I & II, Health Educator, Health Home Case Manager, Health Home Enrollment Specialist, HIM Associate, Human Resources Associate, Human Resource Junior Generalist, Information Desk Associate, Intake Associate, Intake Case Manager, Intake Social Service Representative, Intake Specialist,  IT Support Technician I & II,  Job Developer,  Junior Accountant, Leah Handyman, Mammogram Tracking Specialist, Mammogram Technician, Managed Care Associate, Managed Care Compliance Analyst, Managed Care Office Assistant, Managed Care Specialist, Materials Management Associate, Medical Affairs Associate, Medical Coder Reviewer, Medical Assistant, Medical Assistant/Tracker , Messenger, MICHC Outreach Associate, Navigator, Nutrition Assistant, Office Manager, Office Support Specialist Provider Engagement, Operator/Patient Relations, Ordered Service Tracking Associate, Ordered Service Tracking Specialist, Outreach Associate, Outreach and Enrollment Associate, Outreach Specialist, Patient Advocate, Patient Financial Counselor I & II , Patient Service Representative ,  Payroll Specialist, Peer Review Associate, Phlebotomist,  Physical Therapy Aide, Porter, Program Assistant, Program Associate, Project Manager, PSR Intake, PSR Managed Care, Quality Control Specialist, Recall Tracker, Referral Associate, Risk Management Associate ,

©Copyright 2017 Urban Health Plan, Inc.
Administration Policies & Procedures, Human Resources
All rights reserved

Urban Health Plan, Inc.
Human Resources
Policies and Procedures

Scanner, Senior Account Specialist, Senior Health Educator, Senior Health Home Case
Manager, Senior Outreach Specialist, Senior Phlebotomist, Senior Share Point Developer,
Senior Telephone Support Services Specialist, Social Services Representative, Specialty
Case Manager, Talent & Learning Associate, Team Leader, Tracking Associate, Tracking
Specialist, Transportation Associate, WIC Nutrition Assistant, WIC Program Assistant,
WIC Training Specialist, Youth Development Health Educator,  X-Ray Technician,
Zumba Instructor

| Period of Continuous Employment | Amount of Paid Personal Days |
| --- | --- |
| 6 months | 1 day |
| 1-2 years | 2 days annually |
| 3 + years | 3 days annually |

©Copyright 2017 Urban Health Plan, Inc.
Administration Policies & Procedures, Human Resources
All rights reserved

Urban Health Plan, Inc.
Human Resources
Policies and Procedures

# HOLIDAYS

**POLICY**:  Urban Health Plan, Inc. associates are entitled to nine (9) holidays per year, plus their birthdays.  The recognized legal holidays at Urban Health Plan, Inc. are:

| HOLIDAYS | MONTH |
|---|---|
| New Year's Day | January |
| Martin Luther King's Birthday' | January |
| Good Friday | March/April |
| Memorial Day | May |
| Independence Day | July |
| Labor Day | September |
| Thanksgiving Day | November |
| Day after Thanksgiving | November |
| Christmas Day | December |
| Birthday | |

If a Holiday falls on a Saturday, UHP will be closed on the Friday before the holiday.  If the holiday falls on a Sunday, UHP will be closed on the Monday after the holiday.

## PROCEDURE

1.  In the event that an associate is required to work on any of the nine (9) holidays, he/she will be paid at the rate of time and one-half his/her regular rate of pay for all hours worked on that holiday. The associate will also be entitled to receive a day off within 30 days, or may be paid for the holiday at straight time.

2.  If a legal holiday falls during an associate's vacation, the associate shall receive holiday pay for this day.

3.  If an associate is absent the scheduled work day before and/or the scheduled work day after a paid legal holiday, UHP will not pay for this day unless otherwise authorized by the Department Head, prior to its occurrence or proof of illness is presented.

4.  Regular Part-Time Associate: Part-time associates receive holidays on a pro-rata basis.

5.  Holidays and birthday do not carry over.

©Copyright 2017 Urban Health Plan, Inc.
Administration Policies & Procedures, Human Resources
All rights reserved

Urban Health Plan, Inc.
Human Resources
Policies and Procedures

## FAMILY AND MEDICAL LEAVE ACT

**POLICY:** The Family and Medical Leave Act is a federal regulation that grants eligible associates the right to take 12 workweeks of job-protected leave over a 12-month period based on the associate's anniversary hire date for:

- The birth or placement of a child for adoption or foster care or qualified same sex domestic partner as defined by New York State Law.
- To care for an immediate family member (spouse/same sex-domestic partner, child or child of a same-sex domestic partner, or parent) with a serious health condition.
- To take medical leave when the employee is unable to work because of his/her own serious health condition.
- To take medical leave when a covered service member with a serious injury or illness who is the spouse/same-sex domestic partner, child/child of the same-sex domestic partner, parent, or next of kin of an associate.
- To take medical leave when a qualifying exigency arising out of the fact that your spouse/same-sex domestic partner, child/child of the same-sex domestic partner, parent is on active duty or call to active duty status in support of a contingency operation as a member of the National Guard or Reserves.

Eligible Associates:
To be eligible for FMLA an associate must have worked for UHP for at least one year and have completed 1,250 hours over the 12 months prior to the commencement of the leave. The 12-month period during which an eligible associate may take up to 12 weeks of unpaid leave will be calculated using the eligible associate's service anniversary date

**Reasons for Policy**
This policy describe the circumstances in which FMLA leave may be taken, notice provisions, medical certification requirements, coordination with other types of leave, reinstatement issues, and other issues related to FMLA.

**Procedure:**
- An eligible associate who wishes to take FMLA must provide his/her supervisor with 30 days advance notice when the leave is foreseeable.  At the time of the request, the associate may complete a "Family Medical Leave Information/Request Form".  Once FMLA is requested or designated by UHP, the associate will receive an information packet containing the full policy, forms, rights and duties of the FMLA for both the associate and UHP.
- In most cases, the eligible associate must submit medical certification to support a request for leave.  Health and dental benefits will continue during the FMLA provided the associate the employee makes his/her regular, monthly contributions

©Copyright 2017 Urban Health Plan, Inc.
Administration Policies & Procedures, Human Resources
All rights reserved

Urban Health Plan, Inc.
Human Resources
Policies and Procedures

to the plan as required by type of coverage.  Failure to pay premiums may result in lapse of coverage.  Contact the Human Resources Department for specific details on continuing benefits while on leave.

- An associate returning from FMLA within the 12 week period will be restored to their original job, or to an equivalent job with equivalent pay and benefits.
- Associates returning from a medical FMLA may be required to present medical certification of fitness for duty.  Failure to provide medical certificate of fitness for duty may result in a denial of the job reinstatement until medical certificate release is provided.
- FMLA may be taken in increments as small as one hour.
- Associates may not earn additional paid time off while on FMLA.
  Contact human resources for the complete policy on the Family and Medical Leave Act and for a full explanation of your rights.  FMLA will always begin with paid time off until paid time is used.  After exhausting paid FMLA leave, non-paid FMLA will continue until the conclusion of the protected 12 week time limit.  Following the conclusion of protected leave, UHP will decide whether non-FMLA leave should apply.

The medical Certification of Health Care Provider serves as a "doctor not" to certify the reason and expected duration of the extended medical leave in writing.  All requests for medical leave must be accompanied by a doctor's statement verifying your total disability and your estimated date of return to work.  Further, UHP requires written medical verification of your ability to resume work and a list of restrictions that would directly relate to your ability to perform your job.

**NON-FMLA Qualifying Leave**
In certain cases a leave of absence will not qualify as FMLA protected.  In these cases, an employee may be granted up to three months of non-paid leave without benefits for full time associates who has completed at least 12 months of interrupted service and 1250 hours of service with UHP.  Associates will not be entitled to collect unemployment during this time.  Requests for personal leaves, other than Family Medical Leave, will be approved only for compelling reasons.  Each request is considered separately and approval is at the sole discretion of UHP.  All available vacation time will be paid out upon a non-FMLA leave as though the associate had resigned.

©Copyright 2017 Urban Health Plan, Inc.
Administration Policies & Procedures, Human Resources
All rights reserved

Urban Health Plan, Inc.
Human Resources
Policies and Procedures

**URBAN HEALTH PLAN, Inc**
*FAMILY AND MEDICAL LEAVE ACT*

**EMPLOYER CHECKLIST**

Associate Name: _____

Request is for: _____ Employee   _____ Associate's Spouse, child or parent

_____ 1. Has the associate been employed by UHP for at least 12 months or worked at least 1,250 hours in the 12 month period immediately preceding the date the leave is to begin?

_____ 2. If request for other than the associate, is the relationship in accordance with 29 Code of Federal Regulations 825 (spouse, son, daughter or parent)?

_____ 3. Has medical certification completed by health care provider been returned?

_____ 4. Does condition qualify as a serious health condition according to FMLA guidelines?

_____ 5. Has associate used leave for FMLA purposes in the preceding 12 months?

_____6. If yes, does associate has entitlement available to use?

_____ 7. Has written notification of FMLA status been provided to the associate?

Completed by: _____
                        Human Resources Representative

_____
Signature

_____
Date

-132-
©Copyright 2017 Urban Health Plan, Inc.
Administration Policies & Procedures, Human Resources
All rights reserved

**URBAN HEALTH PLAN, Inc**

**FAMILY AND MEDICAL LEAVE ACT**

NOTICE OF DESIGNATION OF FMLA LEAVE

| | |
|---|---|
| _____ | _____ |
| Name | Department |
| _____ | _____ |
| ___ | |
| Social Security Number | Date |

This serves to notify you that Urban Health Plan, Inc has designated your medical leave as qualifying for Family and Medical Leave Act (FMLA) coverage as a serious medical condition under the provisions noted below.

Start Date of Anticipated Leave: _____

Expected Date of Return to Work: _____

I am requesting to take family or medical leave due to:
Check On:

**Family Leave**
_____ The birth of a child, or the placement of a child with you for adoption or foster care; OR

**Medical Leave:** (serious medical condition)*
_____ A serious health condition that makes you unable to perform the essential functions of your job; or
_____ A serious health condition affecting your ___ spouse, ___ child, ___ parent, for which you are needed to provide care; or (underline one
_____ Because of any qualifying exigency arising out of the fact that the employee's family member is on active duty (or has been notified of an impending call or order to active duty) in the Armed Forces in support of a contingency operation.
_____ Worker's Compensation/On-the-Job Injury

©Copyright 2017 Urban Health Plan, Inc.
Administration Policies & Procedures, Human Resources
All rights reserved

Urban Health Plan, Inc.
Human Resources
Policies and Procedures

*In the case of FMLA Medical leave, the associate must furnish a physician's medical certification of the serious health condition on the "Certification of Health Care Provider" form.  When medical leave is for the employee's own health condition, the physician must certify that the employee is unable to perform his/her essential job functions.  The "Certification of Health Care Provider" form must be submitted with the "Application for Family or Medical leave" form within 15 days of application. Failure to provide adequate certification may result in a denial or delay in the FMLA.

_____ Certification of Health care Provider attached (*Required for medical leave for either employee or family member as defined by FMLA within 15 days of application for FMLA)

Leave Approved From: _____ Through: _____

_____ FMLA Personal Illness/Injury
_____ FMLA Family Illness/Injury
_____ FMLA Childbirth/Adoption/Placement
_____ FMLA associate's family member is on active duty

**LEAVE REQUESTED IN INCREMENTS OF:**
_____ Weeks            _____ Days            _____ Intermittent

**PAID OR UNPAID LEAVE:**
The associate may elect to use accrued vacation, personal or sick leave, in lieu of unpaid leave time for any FMLA-qualifying purpose.  Sick leave may be used for associate own serious health condition contingent upon the circumstances meeting the requirements for use of sick leave under UHP policies and procedures and two days for a seriously ill child as defined by FMLA

| Current Paid Leave Available: (HR to complete) | I wish to use: |
|---|---|
| _____ Hours Vacation | _____ hours |
| _____ Hours Personal | _____ hours |
| _____ Hours Sick | _____ hours |
| _____ Total hours | _____ Total hours |
| _____ Hours without pay | |

©Copyright 2017 Urban Health Plan, Inc.
Administration Policies & Procedures, Human Resources
All rights reserved

Urban Health Plan, Inc.
Human Resources
Policies and Procedures

I hereby certify that I intent to return to work at Urban Health Plan, Inc. upon completion of my FMLA Leave.  I will notify my Department Head and Human Resources at least one (1) week prior to my intended return to work date.

Please feel free to discuss any questions regarding FMLA with you department head or Human Resource Department (718) 589-2440 ext 3124/3129.


_____        _____
Signature                                                            Date


**ACKNOWLEDGE BY:**


_____        _____
Department Head                                              Date


_____        _____
Director of Human Resources                        Date


Distribution:
➢ Original sent to the Department of Human Resources
➢ Copy: Associate

©Copyright 2017 Urban Health Plan, Inc.
Administration Policies & Procedures, Human Resources
All rights reserved

# URBAN HEALTH PLAN, Inc.
# FAMILY AND MEDICAL LEAVE ACT

Authorization for Release of Health Information to Urban Health Plan, Inc.

I, _____ *(Associate Name) hereby authorize the following healthcare provider to release to Urban Health Plan, Inc. the health information as stated below.*

**Health Information From:**
Physician/Clinic/Healthcare Provider (name & Address):

_____
_____
_____
_____
Phone: _____

Health Information About:
Patient Name: (if different from patient): _____

Purpose of Release: Leave requested under FMLA based on health condition of: *(check one)*
_____ Self            _____ Child            _____ Spouse            _____ Parent

Release to:
*Urban Health Plan, Inc*
*Human Resources department*
*1070 Southern Boulevard*
*Bronx, NY 10459*
*Phone: (718) 589-2440 ext 3124/3129*
*Fax: (718) 991- 1268*

**Information to be released**: Information is to be limited to reason associate is requesting leave under FMLA.

**Expiration of authorization**: This **authorization** will expire one year from the date on which it is signed or when I am no longer requesting leave under **FMLA**, whichever is later.

**Withdrawal of Authorization:** I understand that I may withdraw or revoke this **authorization** at any time by giving written notice to my healthcare provider designated above.  A withdrawal of this **authorization** will not apply to records/**information** already released in reliance upon the **authorization.**

©Copyright 2017 Urban Health Plan, Inc.
Administration Policies & Procedures, Human Resources
All rights reserved

Urban Health Plan, Inc.
Human Resources
Policies and Procedures

**Re-disclosure:** I understand that once the above **information** is disclosed, it may be re-disclosed by the designated recipient and the **information** may no longer be protected by Federal privacy laws and regulations.

A photocopy or faxed copy of this signed **authorization** shall constitute a valid **authorization.**
I understand that the healthcare provider who is releasing this information to UHP will not condition my treatment, payment, enrollment or eligibility for benefits on whether I sign this **authorization**.

Employee Signature: _____     Date: _____

*Human Resources Representative Section*

If a Human Resources Representative executes this form, that Representative warrants that he or she has the authority to sign this form on the basis of: _____
_____
_____
_____
_____

**Note:** This form is mandatory for associates requesting FMLA for a serious health condition. Failure to submit the Release of Health Information could delay your FMLA or cause your FMLA to be denied. The completion and submission of this Release of Health Information authorizes your attending physician to release all information requested on the Certificate of Health Care Provider.

©Copyright 2017 Urban Health Plan, Inc.
Administration Policies & Procedures, Human Resources
All rights reserved

Urban Health Plan, Inc.
Human Resources
Policies and Procedures

## URBAN HEALTH PLAN, Inc
## FAMILY AND MEDICAL LEAVE ACT

### CERTIFICATION of HEALTH CARE PROVIDER
(Family and Medical Leave Act of 1993)

Note: Failure to fully complete this form could result in an initial denial of an FMLA leave or a   delay in approval of an FMLA leave for the employee.

**The information sought relates only to the condition for which the associate is taking FMLA leave.  Complete this form, sign, and return to the Department of Human Resources.  If the is "foreseeable, a 30-day advance notice of the need for a leave is requested to the supervisor/department head along with the completed forms.**

| |
|---|
| 1.  Associate's Name: |
| 2.  Patient's Name (if different from associate) |
| 3.  Page 4 describe what it meant by a **"serious health condition"** under the Family and Medical Leave Act.  Does the patient's condition (1) qualify under any of the categories described?  If so, please check the applicable category<br>(1) _____   (2) _____   (3) _____   (4) _____   (5) _____   (6) _____, or none of the above _____ |
| 4.       Describe the **medical facts** which support your certification, including a brief statement as to how the medical facts meet criteria of one of these categories: |
| 5.<br>a. State the approximate **date** the condition commenced and the probable duration of the condition (and also the probable duration of the patient's present incapacity(2) if different):<br><br>b. Will it be necessary for the associate to take work only **intermittently or to work on a less than full schedule** as a result of the condition (including the treatment described in #6 below)?<br><br>If yes, give the probable duration:<br><br>c. If the condition is a **chronic condition** (condition #4) or **pregnancy,** state whether the patient is presently incapacitated(2) and the likely duration and frequency of **episodes of incapacity(1):** |

©Copyright 2017 Urban Health Plan, Inc.
Administration Policies & Procedures, Human Resources
All rights reserved

Urban Health Plan, Inc.
Human Resources
Policies and Procedures

6.

a. If additional **treatments** will be required for the condition, provide an estimate of the probable number of such treatments:

If the patient will be absent from work or other daily activities because of **treatment** on an **intermittent** or **part-time** basis, also provide an estimate of the probable number of and interval between such treatments, actual or estimated dates of treatments if known, and period required for recovery, if any:

b. If any of these treatments will be provided by **another provider or health service** (e.g. physical therapist) please state the nature of the treatments:

c. **If regimen of continuing treatment** by the patient is required under your supervision, provide a general description of such regimen (e.g. prescription drugs, physical therapy requiring special equipment):

7.

a. If a medical leave is required for the associate's **absence from work** because of the **associate's own condition** (including absences due to pregnancy or a chronic condition), is the associate **unable to perform work** of any kind?

b. If able to perform some work, is the associate **unable to perform one or more of the essential functions of the associate's job** (the associate or the employer should supply you with information about the essential job functions)?  If yes, please list the essential functions the associate is unable to perform:

**c.** If neither a. nor b. applies, is it necessary for the employee to be **absent from work for treatment?**

8.

a. If leave is required to **care for a family member** of the associate with a serious health condition, **does the patient require assistance** for basic medical or personal needs or safety, or for transportation?

b. If no, would the associate's presence to provide **psychological comfort** be beneficial to the patient or assist in the patient's recovery?

c. If the patient will need care only **intermittently** or on a part-time basis, please indicate the probable **duration** of this need.

©Copyright 2017 Urban Health Plan, Inc.
Administration Policies & Procedures, Human Resources
All rights reserved

Urban Health Plan, Inc.
Human Resources
Policies and Procedures

---

_____        _____
Signature of Health Care Provider         Type of Practice

_____        _____
Address                                   Telephone Number

_____        _____
                                          Date

---

**To be completed by the associate needing family leave to care for a family member:**
State the care you will provide and an estimate of the period during which care will be provided, including a schedule if leave is to be taken intermittently or if it will be necessary for you to work less than full schedule:

_____        _____
Associate Signature                              Date

---

A **"Serious Health Condition"** means an illness, injury impairment, or physical or mental condition that involves one of the following:

1. **Hospital Care**
   **Inpatient care** (i.e. an overnight stay) in a hospital, hospice or residential medical care facility, including any period or incapacity (2) or subsequent treatment in connection with or consequent to such inpatient care.

2. **Absence Plus Treatment**
   A period of incapacity (2) of **more than three consecutive calendar days** (including any subsequent treatment or period of incapacity (2) relating to the same condition), that also involves:
   (a) **Treatment**(3)**two or more times**  by a health acre provider, by a nurse or physician's assistant under direct supervision of a health care provider, or by a provider of health care services (e.g. physical therapist) under orders of, or on referral by, a health care provider; or
   (b) **Treatment** by a health acre provider on **at least one occasion** which results in a **regimen of continuing treatment** (4) under the supervision of the health care provider.

©Copyright 2017 Urban Health Plan, Inc.
Administration Policies & Procedures, Human Resources
All rights reserved

Urban Health Plan, Inc.
Human Resources
Policies and Procedures

### 3. Pregnancy

Any period of incapacity due to **pregnancy**, or for **prenatal care**

### 4. Chronic Conditions Requiring Treatments

A **Chronic condition** which:

(a) Requires **periodic visits** for treatment by a health care provider, or by a nurse or physician assistant under direct supervision of a health acre provider;

(b) Continues over an **extended period of time** (including recurring episodes of a single underlying condition); and

(c) May cause **episodic** rather than a continuing period of incapacity(2) (e.g. asthma, diabetes, epilepsy, etc.).

### 5. Permanent/Long-term Conditions Requiring Supervision

A period of **incapacity (2)** which is **permanent or long-term** due to a condition for which treatment may not be effective. The employee or family member must be **under the continuing supervision of, but need not be receiving active treatment by, a health care provider**. Examples include Alzheimer's, a severe stroke, or the terminal stages of a disease.

### 6. Multiple treatments (Non-Chronic Conditions)

a. Any period of absence to receive **multiple treatments** (including any period of recovery from) by a health care provider or by a provider of health care services under orders of, or on referral by, a health care provider, either for **restorative surgery** after an accident or other injury, **or** for a condition that **would likely result in a period of Incapacity(2) of more than three consecutive calendar days in the absence of medical intervention or treatment,** such as cancer (chemotherapy, radiation, etc.), severe arthritis (Physical therapy), and kidney disease (dialysis)

b. Incapacity for purposes of FMLA means inability to work, attend school or perform other regular daily activities due to the serious health condition, treatment for, or recovery from

c. Treatment includes examination to determine if a serious condition exits and evaluations of the condition; treatment does not include routine physical examination, eye examinations or dental examinations.

d. A regimen of continuing treatment includes, for example, a course of prescription medication (e.g. an antibiotic) or therapy requiring special

©Copyright 2017 Urban Health Plan, Inc.
Administration Policies & Procedures, Human Resources
All rights reserved

Urban Health Plan, Inc.
Human Resources
Policies and Procedures

equipment to resolve or alleviate the health condition; a regimen of treatment does not include the taking of over-the-counter medications such as aspirin, antihistamine or salves; or bed-rest, drinking fluids, exercise and other similar activities that can be initiated without a visit to a health care provider.

©Copyright 2017 Urban Health Plan, Inc.
Administration Policies & Procedures, Human Resources
All rights reserved

Urban Health Plan, Inc.
Human Resources
Policies and Procedures

## URBAN HEALTH PLAN, Inc
## FAMILY AND MEDICAL LEAVE ACT

Associate Name: _____

**TO BE COMPLETED BY HEALTH CARE PROVIDER:**

The above associate is hereby released to full duty, as s/he is able to perform the essential job functions as recorded on the accompanying "Essential Job Functions" form without limitation.

_____          _____
Health Care Provider (Please Print Name)          Type of Practice

_____          _____
Address          Telephone Number

_____
City, State, Zip Code

_____          _____
Signature of Health Care Provider          Date

©Copyright 2017 Urban Health Plan, Inc.
Administration Policies & Procedures, Human Resources
All rights reserved

Urban Health Plan, Inc.
Human Resources
Policies and Procedures

---

**Family and Medical Leave Act Request and Notice**                    Appendix A
_____

The Family & Medical Leave Act is a federal regulation that allows eligible associates to take job-protected, unpaid leave for up to a total of 12 workweeks in a rolling 12-month period due to an FMLA-qualifying reason.  This request must be completed on each occasion that an associate notifies Urban Health Plan, Inc of the need for FMLA leave including leave due to a serious health condition covered by worker's compensation. Only one such request is required in cases of intermittent or reduced schedule leaves, unless the circumstances regarding the leave change.  In the event of unforeseen leave, this Request will be provided to the associate by mail or otherwise as soon as possible.

Section I – To Be Completed By Associate

A.  Associate Information

_____          _____
Associate's Name — Printed                 Patient's Name (if different from employee)


_____          _____
Associate's Department                     Relationship to Employee


B. Expected Leave Dates

My leave is expected to begin _____ (date) and end on
_____ (date).

Request is for: ☐ Continuous leave   ☐ Intermittent leave   ☐ Reduced Schedule


C.  **Reason for Leave**
   Requested leave of absence is due to the following FMLA-qualifying event:

   ☐ Due to my serious health condition[1] that renders me unable to perform one or more essential functions of my job

   ☐ Birth of my child

_____
[1] For the FMLA definition of "serious health condition," refer to Section IV.

©Copyright 2017 Urban Health Plan, Inc.
Administration Policies & Procedures, Human Resources
All rights reserved

Urban Health Plan, Inc.
Human Resources
Policies and Procedures

☐ The placement with me of a child for adoption or foster care

☐ To care for my child during the twelve months following birth or placement

☐
☐ Because I am needed to care for my
spouse[2] (as defined by state law), who has a serious health condition;

☐ parent (excluding in-law), who has a serious health condition; or

☐ child (under age 18, unless he or she is incapable of self-care because of a mental or physical disability), who has a serious health condition.

☐ because of any qualifying exigency arising out of the fact that the associate's family member is on active duty (or has been notified of an impending call or order to active duty) in the Armed Forces in support of a contingency operation.

**D. Pay Status During Leave.**

Accrued, unused paid sick leave **must** be used during FMLA leave.  For care of a family member, employees are limited to 10 days of sick leave per fiscal year.  Sick leave must be used for pregnancy-related leaves while under the care of a health care provider, but may not be used to care for your child during the 12 months following birth or placement. Employees **have the right to** use accrued, unused paid vacation, paid personal business days, or paid personal holiday after using all accrued, unused paid sick leave.

☐ Upon exhausting sick leave while on FMLA leave, I elect to use my: ☐ accrued, unused paid vacation, and/or ☐ paid personal business days, and/or ☐ paid personal holiday (check all that apply), according to the following schedule:

**E. Associate Acknowledgement and Consent**

I acknowledge that I have received a copy of the FMLA Notice.  I acknowledge that it is my responsibility to ensure that my contact information (i.e., address and phone number) is updated and accurate (see the Human Resources department).  I permit UHP's designated EHS provider to contact my health care provider for purposes of obtaining clarifying information and authenticity of the FMLA Medical Certification, if necessary.

_____      _____

Associate's Signature                                         Date

---

[2] While the FMLA definition of "spouse" does not include same sex domestic partners, same sex domestic partners will be deemed "spouses" for purposes of this policy, pursuant to the Board of Trustees' September 2002 resolution which granted benefits to same sex domestic partners.

-145-
©Copyright 2017 Urban Health Plan, Inc.
Administration Policies & Procedures, Human Resources
All rights reserved

Urban Health Plan, Inc.
Human Resources
Policies and Procedures

F. <u>Intermittent or Reduced Schedule Leaves</u> (*for use by exempt employees only for verification of workweek*).

We, the undersigned, agree that the above-named exempt employee worked an average of _____ hours per workweek over the twelve weeks immediately preceding the commencement of leave.

| | | | |
|---|---|---|---|
| Associate's Signature | Date | Supervisor's Signature | Date |

**Section II – To Be Completed by Department Representative**

A. <u>FMLA Request/Initiation.</u> **Check one.**

☐ Associate requested leave.    ☐ Department initiated leave due to associate's absence

B. <u>Preliminary Leave Designation.</u> Associate is preliminarily eligible for FMLA leave if all three items are checked (in addition to Section I.C.) If all three items are not checked, return notice to associate indicating ineligibility for leave under the FMLA.

☐ Associate has been employed by UHP for at least 12 months (consecutive or non-consecutive)

☐ Associate has <u>worked</u> at least 1250 actual work hours in past 12 months (excluding paid leaves).

☐ Rolling year allotment of FMLA (12 workweeks) has <u>not</u> been exhausted.

Note: This does not indicate final approval of leave. Human Resources will make the final determination when all appropriate documentation is received (see Section III).

☐ Associate is not eligible for FMLA leave. (Provide employee with *Request for Leave,* for completion.)

C. <u>Available Leave Amounts</u> as of _____ (date). Sick leave balance: _____ Vacation balance: _____ Personal Days_____ Holiday balance: _____ FMLA balance: _____

D. <u>First date without pay (if applicable):</u> _____

E. <u>Insurance.</u>

☐ During paid leave, insurance premiums will be deducted from employee's paycheck. In the event of unpaid leave, contact Human Resources at 718 589 – 2440 ext, 3124 to arrange health insurance premium payments.

☐ Associate currently does not have insurance benefits through Urban Health Plan, Inc.

F. **<u>Return-To-Work Statement.</u>**

Associate (select one)   ☐ will   ☐ will not be required to provide a return-to-work statement certifying that he or she is able to return-to-work prior to being restored to employment. (See Section VIII for an explanation).

©Copyright 2017 Urban Health Plan, Inc.
Administration Policies & Procedures, Human Resources
All rights reserved

Urban Health Plan, Inc.
Human Resources
Policies and Procedures

## G. Department Certification.

I certify that, on _____(date), the FMLA Notice was (select one):
☐ hand-delivered to employee ☐ mailed to associate    ☐ faxed to associate.

_____

Human Resources Associate Name, Phone Number, and E-mail Address (Printed)

_____       _____
Human Resources Representative's Signature       Department Signature

NOTE:  Provide employee with copy of notice.  Send original pages 1-2 to appropriate Human Resources department to be maintained in associate's FMLA leave file.  All correspondence will be sent to the address on record.

| Section III – To Be Completed by Human Resources |
| --- |

### A. Key Associate Designation.  Check only if applicable.  ☐ Associate is a key associate (as defined by FMLA regulation.)

B. FMLA Request/Notice. ☐ Received _____      ☐ Completed _____

C. Medical Certification. ☐ Received _____      ☐ Completed _____

D. Adoption/Foster Care Documentation. ☐ Received _____      ☐ Completed _____

Comments:
_____

E. Active Duty documentation ☐ Received _____      ☐ Completed _____

### F. Leave Approval.  You are hereby notified that:

☐ Your leave of absence is approved – qualifying reason for FMLA and certifying documentation received.

☐ Your leave of absence will not be counted against your FMLA leave entitlement.

Reason: ☐ Not a qualifying reason for FMLA.    ☐ Medical certification not provided.

☐ Adoption/foster care documentation not provided.

☐ Form FMLA ABSENCE provided to associate for completion, if associate's leave is not tracked as FMLA leave.

☐ Copy of Notice (pages 1-2) provided to Associates Benefits.

☐ Copies of Approved Notice (pages 1-2) provided to associate and departmental Business Office.

_____       _____
Human Resources Signature       Date

©Copyright 2017 Urban Health Plan, Inc.
Administration Policies & Procedures, Human Resources
All rights reserved

Urban Health Plan, Inc.
Human Resources
Policies and Procedures

## Note To Associate Carefully Read All Of This Notice

The Family and Medical Leave Act of 1993 (FMLA) grants eligible associates the right to take 12 workweeks of job-protected leave over a 12-month period for FMLA-covered medical and family reasons. UHP uses a rolling 12-month period measured backward from the date FMLA leave commences.

As required by the United States Department of Labor FMLA regulations, this notice specifies Urban Health Plan, Inc expectations of you and your obligations under the FMLA. All matters addressed in this notice will be governed by the terms of UHP written FMLA policy and Guidelines, dated July 1, 2007. If you have any questions about FMLA leave, you are encouraged to review the policy and the Guidelines. You are also encouraged to contact Human Resource Services department or your supervisor for assistance.

This notice will be provided to each employee on each occasion that s/he notifies Human Resources of the need for FMLA leave, including leave due to a serious health condition covered by worker's compensation. However, only one such notice is required in cases of intermittent or reduced schedule leaves, unless the circumstances regarding the leave change. In the event of unforeseen leave, this notice will be provided to the employee by mail or otherwise as soon as possible.

## Section IV – Definition of Serious Health Condition

A "serious health condition" means an illness, injury, impairment, or physical or mental condition that involves one of the following:

A. Hospital Care – Inpatient care (i.e., an overnight stay) in a hospital, hospice, or residential medical care facility, including any period of incapacity or subsequent treatment in connection with or consequent to such inpatient care.

B. Absence Plus Treatment – A period of incapacity of more than three consecutive calendar days (including any subsequent treatment or period of incapacity relating to the same condition) that also involves:
   1. Treatment two or more times by a health care provider, by a nurse or physician's assistant under direct supervision of a health care provider, or by a provider of health care services (e.g., physical therapist) under orders of, or on referral by, a health care provider; or
   2. Treatment by a health care provider on at least one occasion which results in a regimen of continuing treatment under the supervision of the health care provider.

C. Pregnancy – Any period of incapacity due to pregnancy, or for prenatal care.

D. Chronic Serious Health Condition – Any period of incapacity or treatment for such incapacity due to a chronic serious health condition that:
   1. Requires periodic visits for treatment by a health care provider, or by a nurse or physician's assistant under direct supervision of a health care provider;
   2. Continues over an extended period of time (including episodes of a single underlying condition); and
   3. May cause episodic rather than a continuing period of incapacity (e.g., asthma, diabetes, epilepsy, etc.)

b. Permanent/Long-term Conditions Requiring Supervision – A period of incapacity that is permanent or long-term due to a condition for which treatment may not be effective. The employee or family member must be under the continuing supervision of, but need not be receiving active treatment by,

Reviewed by Human Resources 12/2015

148

©Copyright 2017 Urban Health Plan, Inc.
Administration Policies & Procedures, Human Resources
All rights reserved

Urban Health Plan, Inc.
Human Resources
Policies and Procedures

a health care provider.  Examples include Alzheimer's, a severe stroke, or the terminal stages of a disease.

c.  <u>Multiple Treatments</u> – Any period of absence to receive multiple treatments (including any period of recovery there from) by a health care provider or by a provider of health care services under orders of, or on referral by, a health care provider, either for restorative surgery after an accident or other injury, or for a condition that would likely result in a period of incapacity of more than three consecutive calendar days in the absence of medical intervention or treatment, such as cancer (chemotherapy, radiation, etc.), severe arthritis (physical therapy), and kidney disease (dialysis).

## Section V– Medical Certification Requirements

If your leave is due to your serious health condition or a serious health condition of your spouse, child, or parent, you are required to furnish Human Resource department with a completed medical certification form regarding the serious health condition.

A.  This certification must be issued and signed by the health care provider for the person with the serious health condition <u>within 15 calendar days</u> of the date that the certification form is made available to you.  If you are unable to return the certification within 15 calendar days despite your diligent, good faith efforts, it must be returned to your campus Human Resource Services department as soon as possible.

B.  If you fail to submit a certification, the leave or continuation of leave may be delayed until the certification is provided.  Any absence prior to the effective date of the certification may be considered unauthorized.  If you are absent without authorization, you may be disciplined, up to and including termination.

C.  Human Resource department will give you a reasonable opportunity to correct any deficiency in a certification.  It is your responsibility or your family member's with a serious health condition to use a health care provider who will timely complete and furnish an accurate and complete certification.

D.  A health care provider representing UHP may contact the health care provider who completed the certification, upon your prior written permission, to clarify and authenticate the certification.

E.  If your FMLA leave qualifies for worker's compensation coverage, a representative of Human Resource department may contact your health care provider as provided under the NYS Worker's Compensation Act.

F.  Re-certification
Your department may require re-certification in connection with your absence, under the following conditions:
1.  Re-certification will be required no more often than every 30 calendar days and not earlier than the minimum duration specified on the medical certification unless:
    a.  You request an extension of leave;
    b.  Circumstances described by the previous Certification have changed significantly; or
    c.  Your department receives information that casts doubt upon your stated reason for the absence.
2.  You must provide re-certification to Human Resource department <u>within 15 calendar days</u> of the department's request.  A second opinion may not be required with respect to re-certification.

149

©Copyright 2017 Urban Health Plan, Inc.
Administration Policies & Procedures, Human Resources
All rights reserved

Urban Health Plan, Inc.
Human Resources
Policies and Procedures

## Section VI – Coordination with Other Leaves of Absence

Any leave that you use, or UHP requires you to use, during FMLA leave, will decrease in whole or in part your 12-workweek FMLA leave entitlement.

When you are absent due to your serious health condition or a family member's serious health condition, and you have accrued, unused paid sick leave, you must use the sick leave during your FMLA leave. (Note that you are limited to 2 days of sick leave per fiscal year for care of a family member.) You have the right to use accrued, paid vacation leave, paid personal business days, or your paid personal holiday during FMLA leave.

If you qualify for worker's compensation benefits during your FMLA leave, the FMLA leave and worker's compensation leave will run concurrently. Any paid leave will run concurrently with the FMLA leave.

## Section VII – Group Health Benefits

During your FMLA leave, your coverage under our group health plan will be maintained on conditions the same as those applicable to associates actively at work, unless you request, in writing, that UHP cancel your coverage during the leave.

If you cancel coverage, you will be entitled, upon returning to work, to reinstatement of the same coverage you had prior to cancellation, unless your employment or coverage would have terminated regardless of taking FMLA leave.

If you do not cancel coverage, UHP will continue to pay its share of the premiums for your medical insurance. To continue coverage, you must pay your share of the premiums. If any period of your FMLA leave is paid leave, your share of the premiums for that period will be deducted from your pay in accordance with normal payroll practices. If the leave is unpaid, you must pay your share of the premiums UHP.

If you fail to pay your share of the premiums, but do not cancel coverage, and UHP voluntarily pays your share, UHP may recover your share of the premiums from you regardless of whether you return to work. (UHP does not assume any responsibility to voluntarily pay your share of the premium costs.)

**If you fail to return to work after your FMLA leave, then UHP may recover from you the insurance premiums it paid during the unpaid portion of your FMLA leave, unless your failure to return to work was due to (a) a serious health condition that would have otherwise entitled you to FMLA leave or, (b) other circumstances beyond your control.**

## Section VIII – Return-to-Work

If your FMLA leave is due to your own serious health condition, then you will not be restored to active employment until you obtain from the health care provider and present to your supervisor a written statement that you are fit to return to active employment (with respect to the particular health condition for which you took FMLA leave). The statement must also specify any physical or other limitations on your ability to perform your job and the duration of the limitations. A return-to-work statement is not required for intermittent leaves.

If, at the conclusion of this FMLA leave, you fail to provide either a return-to-work statement or a new certification for a serious health condition and fail to qualify for a leave of absence for any other reason, then your employment may be terminated.

## Section IX – Extension of Leave

If it is necessary for you to take more FMLA leave than you originally anticipated, you must notify your supervisor within two business days (Monday through Friday) of learning of the need for additional leave. You may be required to obtain a medical re-certification to verify the medical need for an extension.

## Section X – Return to Duty Prior to Expiration of Leave

If the circumstances of your leave change and you are able to return to work prior to the date indicated in Section III, you must notify your supervisor at least two business days (Monday through Friday) prior to the date that you

150

Reviewed by Human Resources 12/2015

©Copyright 2017 Urban Health Plan, Inc.
Administration Policies & Procedures, Human Resources
All rights reserved

Urban Health Plan, Inc.
Human Resources
Policies and Procedures

intend to report for work (unless the change in circumstances that enables you to return to work early was not foreseeable at least two business days in advance).  (See Section VIII for return-to-work requirements).

## Section XI – Reinstatement

Except as provided below, upon completing FMLA leave, you will be reinstated to the same position you held when the leave began, or to an equivalent position with equivalent benefits, pay, and other terms and conditions of employment if such a position remains available and you are able to perform the essential functions of the job, with or without reasonable accommodation.  Note, however, that you have no greater right to reinstatement or benefits than if you had been actively employed during your leave.

If you exceed your FMLA leave and remain off work under another UHP leave policy, you are not entitled to reinstatement to the same or a similar position under the FMLA.  Your right to reinstatement will be governed by the other leave policy.

Urban Health Plan, Inc. may deny you reinstatement if you are a salaried associate who is among the highest paid 10 percent of all individuals employed by UHP (defined as a key employee) and the denial is necessary
to prevent substantial and grievous economic injury to UHP.  UHP will notify you if you meet these criteria.

## Section XII – Intermittent/Reduced Schedule Leave

This section deals with intermittent and reduced schedule FMLA leaves.  Intermittent leave is FMLA leave taken in separate blocks of time due to a single qualifying reason. Reduced schedule leave is leave that reduces the usual number of working hours per day or week.

Intermittent or reduced schedule leave must be medically necessary.  Medically necessary means there must be a medical need for the leave and the leave can be best accommodated through an intermittent or reduced leave schedule, as certified by the health care provider in the Certification. However, you are not required to provide a return-to-duty statement upon your return to your regular work schedule from intermittent or reduced schedule FMLA leave.

**You must consult with your supervisor and make a reasonable effort to schedule intermittent or reduced schedule leave so as not to unduly disrupt UHP operations, subject to the approval of your health care provider.**

A.  Qualifying Leaves
   1.  Intermittent or reduced schedule leave may be taken:
       a.  after the birth of a child, subject to approval by the employee's supervisor;
       b.  after the placement with the employee of a child for adoption or foster care, subject to the approval of the employee's supervisor;
       c.  for treatment of an employee's or qualifying family member's serious health condition by or under the supervision of a health care provider;
       d.  for recovery from treatment or recovery from an employee's or a qualifying family member's serious health condition;
       e.  to care for a qualifying family member with a serious health condition including, but not limited to, providing needed psychological comfort to the family member; and
       f.  for periods of an employee's or qualifying family member's incapacity or if the employee is unable to perform the essential functions of his/her job because of a serious health condition even if not receiving treatment.

151

Reviewed by Human Resources 12/2015

©Copyright 2017 Urban Health Plan, Inc.
Administration Policies & Procedures, Human Resources
All rights reserved

Urban Health Plan, Inc.
Human Resources
Policies and Procedures

      g.  because of any qualifying exigency arising out of the fact that the employee's family member is on active duty (or has been notified of an impending call or order to active duty) in the Armed Forces in support of a contingency operation.

  2.  Intermittent leave (but not reduced schedule leave) may also be used for:

      a.  periodic medical appointments for a serious health condition, *e.g.*, chemotherapy; or

      b.  periodic occurrence of a serious health condition, *e.g.*, severe morning sickness.

**B.**  Temporary Transfer

UHP may temporarily transfer you to another position for which you are qualified with equivalent pay and benefits that better accommodates the leave when the need for leave is foreseeable based on planned medical treatment, or if your supervisor authorizes the leave for the birth of a child or for placement of a child for adoption or foster care.

**C.**  Calculating the Workweek for Intermittent/Reduced Schedule Leaves

To determine how much of your 12-workweek FMLA entitlement has been used by intermittent or reduced schedule leave, your department will determine how many hours you normally work in one workweek. Under the FMLA, your workweek will be based on an average of the hours worked over the 12 weeks prior to the beginning of your leave.

  1.  Non-exempt Associate

If you are a non-exempt associate, your workweek is determined on the basis of payroll records.

  2.  Exempt Associate

If you are an exempt associate, your workweek is determined jointly by you and your supervisor and agreed to in writing in Section I, item F of this form.

# FMLA Associate Checklist                       Appendix C

The Family & Medical Leave Act is a federal regulation that grants eligible associates the right to take 12 workweeks of job-protected leave over a 12-month period due to an FMLA-qualifying reason (see item 2). UHP employees are required to use accrued, unused paid sick leave during FMLA leave in accordance with UHP's FMLA policy[3]. Upon exhausting paid sick leave, associates <u>have the right to</u> use accrued, paid vacation leave, paid personal business days, or paid personal holidays during FMLA leave.

This checklist is provided for your convenience. All terms and conditions of FMLA leave will be governed by the FMLA Policy, effective July 1, 2007, and the Family & Medical Leave Act Staff Guidelines, effective July 1, 2007. For questions, contact the Human Resources department.

☐  1.  Determine whether you are eligible for FMLA leave:

Employed by UHP for at least 12 months (consecutive or non-consecutive) AND <u>worked</u> at least 1,250 hours during 12 months prior to beginning of leave. (Does not include paid time off, such as vacation)

☐  2.  Determine whether the purpose for the leave qualifies under FMLA:

---

[3] Note that employees are limited to 2 days of sick leave per calendar year for care of a family member. Sick leave must be used for pregnancy-related leaves, but may not be used to care for your child during the twelve months following birth or placement for adoption or foster care.

152

Reviewed by Human Resources 12/2015

©Copyright 2017 Urban Health Plan, Inc.
Administration Policies & Procedures, Human Resources
All rights reserved

Urban Health Plan, Inc.
Human Resources
Policies and Procedures

    a.  Serious health condition of you or of a spouse, child, or parent[4] (including pregnancy, chronic conditions that require on-going treatments, and non-chronic conditions that require multiple treatments);

    b.  Birth of your child;

    c.  Placement of a child with you for adoption or foster care; or

    d.  To care for a child during the first 12 months following birth or placement for adoption or foster care ("bonding" with the child).

    e.  Because of any qualifying exigency arising out of the fact that the employee's family member is on active duty (or has been notified of an impending call or order to active duty) in the Armed Forces in support of a contingency operation.

☐ 3.  Notify your supervisor immediately of your intent to take leave (either verbally or in writing) and schedule a time with your supervisor and/or human resources department to receive and discuss the following forms:

    a.  UHP's *Family and Medical Leave Act Request and Notice* (Appendix A)

    b.  UHP's *FMLA Medical Certification Form* (Appendix B), if applicable

☐ 4.  For reduced schedule or intermittent leaves:

    a.  Consult with your supervisor to determine how your leave can be scheduled to minimize disruption of your department; AND

    b.  If you are an exempt associate, work with your supervisor to calculate your normal workweek over the 12 weeks immediately preceding your leave.

☐ 5.  Ask your health care provider or your family member's health care provider to complete the *FMLA Medical Certification Form* (Appendix B) and return it to Human Resource department within 15 calendar days of UHP request, unless it is not practicable to do so despite your diligent, good faith efforts.

☐ 6.  Contact Human Resources at (718) 589 – 2440 ext 3124 to arrange to pay your share of medical insurance premiums if any of your leave will be in unpaid status. (As long as you are in paid status, your premiums will be deducted from your paycheck as usual.)

☐ 7.  Keep track of your leave time (in weeks, days, and/or hours). Meet with Human Resources for completion of UHP *Associate Record of FMLA Leave* (Appendix F.)

☐ 8.  Submit a dated, return-to-work statement to your supervisor upon your return to work if you are on leave due to your own serious health condition. The statement must clearly state that you are able to work and specify any physical or other limitations on your ability to work and the duration of the limitations. A return-to-work statement is not required when returning from an FMLA intermittent leave.

☐ 9.  If it is necessary for you to take more FMLA leave than you originally anticipated, notify your supervisor within two business days (Monday through Friday) of learning of the need for additional leave. You will be asked to provide documentation to support the extension. If circumstances of your leave change and you are able to return to work prior to the expected date of return, notify your supervisor within two business days (Monday through Friday) of your intention to report to work.

---

[4] For a more complete definition of serious health condition, and spouse, child, or parent, see the FMLA Policy Definitions, Section I.

153

Reviewed by Human Resources 12/2015

©Copyright 2017 Urban Health Plan, Inc.
Administration Policies & Procedures, Human Resources
All rights reserved

Urban Health Plan, Inc.
Human Resources
Policies and Procedures

**FMLA Procedures & Responsibilities for Supervisors and Human Resource Services**
Appendix D

## Introduction
This is a general summary of the steps to follow when considering if and how FMLA applies to an associate's leave.

 *If you are aware that the reason for an associate's absence from work qualifies under the FMLA, provide the associate with the appropriate FMLA forms even if the associate does not request it by name.*

## Step 1:  Determine Eligibility
Determine if the associate is eligible for FMLA leave according to federal regulations and UHP policy.  To be eligible, the associate must have been employed by UHP for at least twelve months (consecutive or non-consecutive) AND have <u>worked</u> at least 1,250 hours during the twelve-month period preceding the date FMLA leave commences.  (The 1,250 hours does not include paid time off, such as vacation.)

Proceed to Step 2 if the associate meets the above requirements.  (If the associate does not meet the requirements, the department may grant a non-FMLA leave according to UHP policy.  Provide the associate with, *Request for Leave,* for completion.)

## Step 2:  Determine if Reason for Leave is FMLA-Qualifying
Determine if the reason for leave is an FMLA-qualifying event listed below:
- Associate's serious health condition[5] that renders associate unable to perform one or more essential functions of his/her job (including conditions that require multiple treatments on an intermittent basis or reduced work schedule) and requires inpatient care or continuing treatment by a health care provider
- Birth or placement of a child for adoption or foster care
- Care for associate's child during the 12 months following birth or placement
- Care for spouse[6], as defined by state law, who has a serious health condition
- Care for child (under 18 unless he or she is incapable of self-care because of a mental or physical disability) who has a serious health condition
- Care for a parent (excluding in-law) who has a serious health condition
- because of any qualifying exigency arising out of the fact that the employee's family member is on active duty (or has been notified of an impending call or order to active duty) in the Armed Forces in support of a contingency operation.

---

[5] All references to "serious health condition" mean a condition involving inpatient care or continuing treatment by a health care provider.  The following definition summarizes the definition of "continuing treatment":
1. A period of incapacity of more than three consecutive calendar days and any subsequent treatment or period of incapacity that also involves:
   a. Treatment two or more times by a designated health care provider; or
   b. Treatment by a health care provider on at least one occasion which results in a regimen of continuing treatment under the supervision of the health care provider;
2. Any period of incapacity due to pregnancy, or for prenatal care;
3. Any period of incapacity or treatment due to a chronic serious health condition which:
   a. Requires periodic visits for treatment by a designated health care provider;
   b. Continues over an extended period of time; and
   c. May cause episodic rather than a continuing period of incapacity; or
4. Permanent/long-term incapacity.
5. Any period of absence to receive multiple treatments or recover from multiple treatments.
For a more complete definition of serious health condition see the FMLA Policy, Definitions, Section I.
6

154

Reviewed by Human Resources 12/2015

©Copyright 2017 Urban Health Plan, Inc.
Administration Policies & Procedures, Human Resources
All rights reserved

Urban Health Plan, Inc.
Human Resources
Policies and Procedures

Proceed to Step 3 if the reason for leave is FMLA-qualifying.  If the reason is not FMLA-qualifying, inform the employee that he or she does not qualify for FMLA job-protected leave by completing Section II, B. Preliminary Leave Designation on the *Family and Medical Leave Act Request and Notice* (Appendix A). If you are uncertain whether the reason is FMLA-qualifying, contact Human Resource Department, at (718) 589-2440 ext 3129/3124 for assistance.

## Step 3:  Complete Appropriate Forms

If an associate requests a leave, or if you become aware of an associate's FMLA-qualifying event, and the associate is an eligible associate as defined in Step 1, meet with the associate to complete the forms listed below <u>within two business days</u> of being notified of the leave.  If the associate is not available, complete as much of the forms as possible, retain copies for your records, and mail the forms to the employee's address on record within two business days.

- *Family and Medical Leave Act Request and Notice* (Appendix A)
  - o Instruct the associate to complete Section I.
  - o Complete Section II (including preliminary leave designation and associate's leave balances), review this section with the associate, and certify the Notice by signing it.
  - o Make 2 **copies** of pages 1-2 (one copy for the associate and one copy for department records), and give the associate the originals of pages 3-5.
  - o Send the completed **original** pages 1-2 of the Notice to Human Resources Department as soon as possible.
  - o Human Resources will make the final determination of approval of leave when all appropriate documentation is received.  Human Resources will complete Section III and send copies of pages 1-2 of the Notice to the associate and the associate's department supervisor.

Inform the associate that he or she must keep track of the weeks, days, and/or hours of absence during the FMLA leave. (associates should use reasonable means of documentation their time to provide to their departments or Human Resources department to enable the completion of *Associate Record of FMLA Leave* .  (See Step 4 for further information.)

- *FMLA Medical Certification Form* (Appendix B)
  - o Instruct the associate to complete Sections I and II (and Section III if applicable).
  - o Inform the associate to request that his or her health care provider (or family member's health care provider) complete Sections IV through IX.
  - o Inform the associate that the FMLA Medical Certification Form is to be completed and returned directly to the appropriate Human Resource departmental address within 15 calendar days.  NOTE: Associate medical records are maintained in confidential medical files within Employee Health Services.
  - o Inform associate that a recertification of a medical condition will be required in circumstances discussed in the FMLA Associates Guidelines.

- *Associate Checklist* (Appendix C)
  - o Provide a copy of this checklist to assist the associate in completing his or her responsibilities under the FMLA.

- *Form 33FMLA,  Associate Record of FMLA Leave (Appendix E)*

155

Reviewed by Human Resources 12/2015

©Copyright 2017 Urban Health Plan, Inc.
Administration Policies & Procedures, Human Resources
All rights reserved

Urban Health Plan, Inc.
Human Resources
Policies and Procedures

o   Use this form to record the type of FMLA leave (continuous, intermittent, or reduced schedule), dates of the leave, and associate's pay usage (see Step 4 for further information).

## Step 4:  Record Amount of FMLA Leave Taken by Associate

The associate and his or her departmental office or human resources department will jointly complete the Form 33FMLA.  Inform the associate that he or she must keep track of the weeks, days, and/or hours of absence taken during his or her FMLA leave.  (NOTE: An eligible associate may take up to a total of 12 workweeks in a rolling 12-month period due to an FMLA-qualifying event)  The type of FMLA leave, dates of leave, how the leave was taken, and the associate's pay status during the leave will be documented on the Form 33FMLA.

- The associate **is required to** use accrued, unused sick leave during his or her FMLA leave.
- Upon exhausting all sick leave, the associate **has the right to** use accrued, unused vacation, and/or unused personal days.
- If the associate is on FMLA leave to care for a family member with a serious health condition, he or she **must** use up to 2 days of his or her accrued, unused sick leave for family illness per fiscal year, in accordance with UHP policy.  Upon exhausting the 6 days of sick leave, the associate **has the right to** use accrued, unused vacation, and/or unused personal days.

The *Associate Record of FMLA Leave* form for leaves of more than three consecutive calendar days (referred to as continuous leaves) may be completed either before the associate's leave, during the associate's leave, or shortly after the associate returns to work.  Once the Form FMLA is completed, it will be sent to Human Resources department for processing.  If you need to revise the Form FMLA, mark the 'Revised' box in the top right corner, complete the form and submit it to the appropriate Human Resources department for processing.  In situations where it becomes necessary that the employee take more leave than originally intended, a 'Revised' Form FMLA marked as *"Extension"* may also be submitted.

A Form 33FMLA may be completed on a quarterly basis for intermittent or reduced schedule leaves if the leave spans a duration of time, i.e., three months or longer.  The form should document the amount of time (days, and/or hours) taken as FMLA leave throughout the quarter.  Otherwise, for intermittent leaves or reduced schedule leaves that are taken in a short amount of time, a Form FMLA will be completed at the conclusion of the leave.

## ASSOCIATES RECORD OF FMLA LEAVE

Associate and Human Resource Department:
Complete Sections 1-3.  Forward to Human Resources department for processing

| Section 1.  COMPLETED BY ASSOCIATE AND DEPARTMENT OR HUMAN RESOURCES | | | | | | | |
|---|---|---|---|---|---|---|---|

A. Name (Printed): _____  D. FTE:  100%
B. Department: _____  E. Work Week[1]:  M ___ – ___ F ___   8am ___ – ___ 5pm
C. Position Title: _____       Day      Day       AM/PM    AM/PM

| Leave | From (Start Date) | To (End Date) | Leave Type | Pay Usage | Leave Pay | FMLA (See list | (FMLA Usage) Record in Weeks, Days, |
|---|---|---|---|---|---|---|---|

156

Reviewed by Human Resources 12/2015

©Copyright 2017 Urban Health Plan, Inc.
Administration Policies & Procedures, Human Resources
All rights reserved

Urban Health Plan, Inc.
Human Resources

| Section 2. ADDITIONAL COMMENTS (Optional) | | | | | | | |
|---|---|---|---|---|---|---|---|
| | (MM/DD/Y | (MM/DD/ | (See list | (See list | (%) | below) | or Hours |
| Section 3.  SIGNATURES | | | | | | | |
| 1 | | | | | | | |
| Associate Signature | | Date | | Supervisor Signature | | | Date |
| 3 | | | | | | | |
| 4 | | | | | | | |
| Department Signature | | Date | | Human Resources Signature | | | Date |

| HUMAN RESOURCES USE ONLY | Total FMLA Usage for this Leave |
|---|---|
| | |

List range of days and hours scheduled to work; e.g.; Monday – Friday 8 a.m. to 5 p.m.    Human Resources distributes completed copies to: Department (provide associate copy) and EHS..  Original retained in associate's confidential FMLA leave file.

## Step 5:  Prepare for the Associate's Return-to-Work

Notify the associate that he or she is required to provide a written return-to-work statement if the associate was on FMLA leave for his or her own serious health condition.  (This is accomplished by checking Section II. F. of the *Family and Medical Leave Act Request and Notice* form.  The statement must include any restrictions and the duration of the restrictions.  Once the associate has provided the return-to-work statement, forward it to Human Resources department for placement in his/her FMLA leave file.  NOTE:  An associate is not required to provide a return-to-work statement for an intermittent FMLA leave.

## Special Notes

> *If an associate qualifies for worker's compensation benefits, and the worker's compensation leave is for an FMLA-qualifying reason, the associate's worker's compensation leave and the FMLA leave will run concurrently.*

> *If an **FMLA-eligible associate** who is absent for an FMLA-qualifying reason **does not want the absence to be counted as FMLA** leave, and will not provide the appropriate documentation, contact the Human Resources department.*

For information regarding **forms and FMLA processing**, contact the Human Resources department.

157

Reviewed by Human Resources 12/2015

©Copyright 2017 Urban Health Plan, Inc.
Administration Policies & Procedures, Human Resources
All rights reserved

Urban Health Plan, Inc.
Human Resources
Policies and Procedures

## MILITARY LEAVE

**POLICY:** Military leaves are governed by federal and state law, and will be treated in accordance with applicable regulations.   Generally, such leaves include National Guard and Reserve Duty, and must be granted.  Where reasonable possible, associates must give advance notice that he/she will be taking a military leave of absence.

**PROCEDURE:** Associates who are inducted into the U.S Armed Forces or who are reserve members of the U.S Armed Forces or state militia groups will be granted leaves of absence for military service, training or other obligations in compliance with state and federal laws.  Urban Health Plan, Inc. which will be deducted from the associate's accrued vacation and/or personal time. Such associate will submit a receipt or certification of their military pay to Human Resources. An associate may use his/her may use accrued vacation time for the purpose of military duty but are not required to do so.

During the period of leave, the associate will retain his/her previously earned vacation, personal and sick time, but not additional benefits shall accrue.

At the conclusion of the leave, associate generally have the right to return to the same position held prior to the leave or to positions with equivalent seniority, pay and benefits.

158

Reviewed by Human Resources 12/2015

©Copyright 2017 Urban Health Plan, Inc.
Administration Policies & Procedures, Human Resources
All rights reserved

Urban Health Plan, Inc.
Human Resources
Policies and Procedures

| Issued by (Site/Dept):<br>Human Resources | | Issue Date:<br>November 2017 | |
|---|---|---|---|
| Prepared<br>By: | *Marta Reyes*   11/29/17<br>Signature                       Date | Approved<br>By: | *[signature]*   12/10/17<br>Signature                  Date |

# New York Paid Family Leave

**POLICY:** Effective January 1, 2018, Urban Health Plan will provide paid leave (up to a certain percentage of the associate weekly wages) to eligible associates pursuant to New York's Paid Family Leave Benefits Law.

## Eligibility:
To be eligible associates must: 1) regularly work 20 or more hours per week and be employed for at least 26 consecutive workweeks preceding the first full day family leave is taken; 2) regularly work less than 20 hours per week and be employed for at least 175 days preceding the first day leave is taken.

## Permissible Purposes for Leave:
Eligible associates will be entitled to paid time away from work for:
- To care for a family member with a serious health condition;

- to bond with a child after birth or placement for adoption or foster care within the first 12 months after the birth or placement;

- because of any qualifying event arising from that an associate's spouse, domestic partner, child or parent is on active duty (or has been notified of an impending call or active duty) in the armed forces of the United States.

## Notice of Need for Paid Family Leave:
An associate must provide at least 30 days advance notice before leave is to begin if the qualifying reason is foreseeable. When not foreseeable, the associate must provide a notice as soon as practicable under the facts and circumstances and within the time prescribed by our usual and customary notice requirements. Failure to provide timely notice may result in leave being delayed or denied.

## Certification:
Eligible associate who wish to take paid leave must comply with applicable certification requirements any may be required to provide additional documentation (such as copies of military orders), as permitted by law.

159

Reviewed by Human Resources 12/2015

©Copyright 2017 Urban Health Plan, Inc.
Administration Policies & Procedures, Human Resources
All rights reserved

Urban Health Plan, Inc.
Human Resources
Policies and Procedures

**Use of Other Leave and Interplay:**
To the extent permitted by law, the associate may elect to charge all or part of their paid family leave time to unused vacation and personal days and receive full pay. In such case, UHP will seek reimbursement from the carrier out of any family leave benefits due prior to the carrier's payment of such family leave benefit to you.

**Job and Benefits Protection:**
Leave taken under this policy is job protected. Thus UHP must generally restore an associate who returns from leave to the same or comparable position. While on leave, associates will continue to receive health insurance coverage, provided that they continue to pay their share of the health insurance premiums. You may lose coverage retroactively to the date an unpaid premium was due (upon proper notice to the carrier) if you fail to pay your portion of the premium in a timely fashion.

**Limitations and Rules Related to Use of Paid Family Leave**
Paid Family leave may only be taken in full day increments, unless otherwise provided by law. Disability leave and paid family leave may not be used at the same time. You will not be entitled to paid family leave if your family leave combined with your disability benefits previously received exceeds 26weeks during the same 52 consecutive calendar weeks.

**Funding of Paid Family Leave Benefits**
In accordance with state law, paid leave benefits are funded through payroll deductions at a prescribed amount from each eligible associate  Associates who are ineligible for paid family leave will be given the option of filing a waiver of benefits, exempting them from payroll deductions, as permitted by law.

Please see HR Benefits Administrator if you have any question about this benefit or how to apply.

**New York paid family leave benefits will phase in over 4 years with a gradually increasing benefits amount and duration as depicted below.**

| Starting Date | Maximum Length of Paid Leave | Amount of PFL Benefits (expressed as % of the associate's average weekly wage (AWW)) | Maximum Amount of PFL Benefits Payable (expressed as % of the NY AWW) |
|---|---|---|---|
| January 1, 2018 | 8 weeks | 50% | 50% |
| January 1, 2019 | 10 weeks | 50% | 50% |
| January 1, 2020 | 10 weeks | 60% | 60% |
| January 1, 2021 | 12 weeks | 67% | 67% |

160

Reviewed by Human Resources 12/2015

©Copyright 2017 Urban Health Plan, Inc.
Administration Policies & Procedures, Human Resources
All rights reserved

Urban Health Plan, Inc.
Human Resources
Policies and Procedures

## BEREAVEMENT LEAVE

**POLICY:** In the unfortunate event of a death in the immediate family, a leave of absence of up to three (3) days with pay will be granted.  These three days are taken consecutively within a reasonable time of the day of the death or the day of the funeral, and may not be split or postponed.

For this purpose, immediate family is defined as:
*Spouse*
*Child*
*Stepchild*
*Parents (including in-laws), step-parents*
*Siblings, step-siblings*
*Grandparents*
*Grand children*

Associates should make their supervisors aware of their situation.  In turn, the supervisor should notify Human resources of the reason and length of the associate's absence.

Upon return to work the associate must record his/her absence as a Bereavement Leave on his/her attendance record.  At the discretion of Department director/supervisor proof of death and relationship to the deceased may be requested.

If more time is needed, associates may request to take vacation or personal days, which must be approved by the Department director/supervisor.

161

Reviewed by Human Resources 12/2015

©Copyright 2017 Urban Health Plan, Inc.
Administration Policies & Procedures, Human Resources
All rights reserved

Urban Health Plan, Inc.
Human Resources
Policies and Procedures

## JURY DUTY

**POLICY:** A leave of absence for jury duty will be granted to any full-time or part-time associate who has been notified to serve.  During this leave, associates will be compensated their regular wages.  An associate on jury duty is expected to report to work any day he/she is excused from jury duty.

Upon receipt of the notice to serve jury duty, the associate should immediately notify his/her supervisor, as well as the Human Resources Department.  Additionally, a copy of the notice to serve jury duty should be attached to the employee's timesheet for payroll/attendance purposes.

Upon the associate's return, the associate must notify Human Resources and must submit a signed certificate of Jury Service indicating the number of days served.

If jury duty falls at a time when the associate cannot be away from work, UHP may request that the court allow the associate to choose a more convenient time to serve if he/she makes a request in accordance with the court's procedure.  The associate must cooperate with this request.

162

©Copyright 2017 Urban Health Plan, Inc.
Administration Policies & Procedures, Human Resources
All rights reserved

Urban Health Plan, Inc.
Human Resources
Policies and Procedures

## TEMPORARY DISABILITY

**POLICY:** New York State requires employers to provide partial wage reimbursement for eligible associates who have a Temporary Disability.  The reimbursement begins on the eighth day of disability and, with proper medical certification may continue up to a maximum of twenty-six (26) weeks.

**PROCEDURE:**

**A.** Eligibility
- The disability may not be work-related.
- Full time associates are eligible after four (4) consecutive weeks of employment.
- Part-time associates are eligible on the twenty-fifth (25) day of employment.
- For disability purposes any part of a day worked is considered a day of employment.
- If an associate has established eligibility with one employer and then looses his/her job, he/she is eligible from day one (1) with her new employer unless:
  a. Twenty- eight (28) days has elapsed between jobs and
  b. No unemployment has been collected during laps in time between jobs (unemployment is considered to be time worked for this purpose)

**B.** Processing and Payment of Disability Claims
- Associates who are absent from work for more than seven (7) consecutive days due to disability must complete a "Disability Benefits Claim Form " and provide it to the Human Resources Department.
- The disability carrier must receive the form within thirty (30) days of the commencement of the disability or the claim may be reduced or denied.
- Benefits are payable beginning with the eight (*) day of disability to a current state maximum of 26 weeks.
- The amount payable is based upon State Law, one half of the associate's average weekly wage for the eight (8) weeks prior to the disability, to a current maximum of $170.00 weekly.
- Associates may use accrued sick time to supplement what is paid by temporary disability.

163

Reviewed by Human Resources 12/2015

©Copyright 2017 Urban Health Plan, Inc.
Administration Policies & Procedures, Human Resources
All rights reserved

Urban Health Plan, Inc.
Human Resources
Policies and Procedures

## WORKER'S COMPENSATION

**POLICY:** Urban Health Plan provides insurance coverage for medical bills and wage reimbursement, when associates sustain work-related injuries or illness. The amount of medical coverage and the percentage of wage reimbursement is dependent upon State Law and the Insurance Company's claim assessment.

## PROCEDURE:
A. Reporting/Treatment
1. If an associate sustains an injury at work, or contracts a work related illness, he/she should report the incident to his/her immediate supervisor and complete an occurrence report.
2. The associate should be referred to the employee health provider for an evaluation.
3. If the injury is serious enough to require emergency treatment, the associate should be send to ER.
4. After the initial assessment the associate will be refer to their private physician for any further necessary treatment.
5. The associate must provide a written notice and proof of disability, from the associate's treating practitioner, to the employer, within thirty (30) days of the commencement of the period of disability, and thereafter from time to time, as required by the insurance carrier, but no more than once per week. Failure to comply will result in reduction and/or loss of benefits.
6. Urban Health Plan, Inc. is required by law to report all work-related injuries or illnesses which:
   - Cause loss of time from the workplace (regular duties) beyond the working day of the accident.
   - Require either medical treatment beyond ordinary first aid, or more than two treatments by the physician rendering first aid.
   - May cause permanent loss, or loss of use of, a toe, finger, limb, eyesight-hearing, or a facial disfigurement.
   - Results in death
7. The report must be filed, with the Worker's Compensation Board and the Workers Compensation Insurance Carrier with **10 days** of the accident or the onset of the illness, or within ten days of the time the employer knew or should have known of the accident.

164

Reviewed by Human Resources 12/2015

©Copyright 2017 Urban Health Plan, Inc.
Administration Policies & Procedures, Human Resources
All rights reserved

Urban Health Plan, Inc.
Human Resources
Policies and Procedures

B. Wages and Payments of Medical Bills
1. Bills must be submitted to the insurance carrier in order to be paid.
2. The Insurance carrier may require medical evaluation by one of their physicians. Failure to comply will result in loss of benefits.
3. There is a seven (7) day waiting week for wage compensation.  Associates may use accrued sick time during that seven day period, after which time Worker's Compensation Insurance will begin.  The amount paid depends upon statutory requirements.  Current law requires temporary wage loss payments equal to 2/3 of the associate's average salary to a maximum of $400 per week, for a work-related illness or injury.  Associates may utilize their accrued sick time to supplement Worker's Compensation, utilizing a portion of a sick day in order to make up the difference between their regular pay and Worker's Compensation payments.
4. Compensability is the decision of the Worker's Compensation Insurance Carrier within the framework of the law.
5. Questions concerning Worker's Compensation should be directed to Human Resources.

165

©Copyright 2017 Urban Health Plan, Inc.
Administration Policies & Procedures, Human Resources
All rights reserved

Urban Health Plan, Inc.
Human Resources
Policies and Procedures

# BENEFITS

Reviewed by Human Resources 12/2015

©Copyright 2017 Urban Health Plan, Inc.
Administration Policies & Procedures, Human Resources
All rights reserved

Urban Health Plan, Inc.
Human Resources
Policies and Procedures

## EMPLOYEE HEALTH INSURANCE (Includes Vision and Prescription)

**POLICY:** Urban Health Plan, Inc. provides a Group Health Insurance Plan for eligible associates and their dependents (Spouse and Dependent Children to age 25 if he/she is a student – NYS extend dependent care to age 29).

The premium cost of this insurance is free for the associates and the company will be responsible for 50% of the premium for others coverage i.e. family, E/S and E/C.

A. Eligibility
1. Associates who work 30 hours or more per week.
2. Upon (3) three months of employment.
3. Must complete an online electronic enrollment

B. COBRA (*Consolidated Omnibus Benefit Reconciliation Act*)
1. Associates and/or dependents who lose insurance due to a "qualifying event" may elect to continue group coverage by paying Urban Health Plan, Inc. group premium cost subsequent to the "qualifying event" (i.e. termination, retirement, divorce, dependent reaching age 29, or reduction of hours to non-eligible status).
2. Associates and/or dependents are not eligible to receive COBRA benefits if other coverage (i.e. Spouse's Coverage) is available.

**PROCEDURE:**

A. In order to enroll in UHP Group Health Insurance Plan an online electronic enrollment form must be completed.  Failure to complete enrollment may result in loss of coverage.

B. A "Summary Plan Description" will be given to you by Human Resources, which will explain the provisions of the plan.

C. For COBRA participation, you may request information from the HR Office. All associates who separate from their employment at UHP will receive their COBRA information directly from the Insurance Carrier.

167

Reviewed by Human Resources 12/2015

©Copyright 2017 Urban Health Plan, Inc.
Administration Policies & Procedures, Human Resources
All rights reserved

Urban Health Plan, Inc.
Human Resources
Policies and Procedures

## DENTAL INSURANCE

**POLICY:** Urban Health Plan provides a Group Dental Insurance Plan for eligible associates and their dependents (Dependent Children to <u>age 21</u> with proof of school enrollment.)

UHP pays for all eligible associates and their dependents 25% of the premium and the employee is responsible for the remaining 75% of the premium.

C.   Eligibility
1. Associates who work 30 hours or more per week.
2. Upon (3) three months of employment.
3. Must complete an online electronic enrollment.

D.   COBRA (*Consolidated Omnibus Benefit Reconciliation Act*)
1. Associates and/or dependents who lose insurance due to a "qualifying event" may elect to continue group coverage by paying Urban Health Plan, Inc. group premium cost subsequent to the "qualifying event" (i.e. termination, retirement, divorce, dependent reaching age 25, or reduction of hours to non-eligible status).

2. For COBRA participation, you may request information from the HR Office. All associates who separate from their employment at UHP will receive their COBRA information directly from the Insurance Carrier.

168

Reviewed by Human Resources 12/2015

©Copyright 2017 Urban Health Plan, Inc.
Administration Policies & Procedures, Human Resources
All rights reserved

Urban Health Plan, Inc.
Human Resources
Policies and Procedures

| Issued by (Site/Dept): Human Resources | | Revision Date: November 2017 | |
|---|---|---|---|
| Prepared By: | *Marta Reyes* Signature  11/29/17 Date | Approved By: | Signature  12/10/17 Date |

**TITLE:   FLEXIBLE SPENDING BENEFITS**
**Section 125**

**PURPOSE:**   To help make benefits more affordable to associates.

- **Health care Reimbursement Account (HCR)** – Use this plan to pay for unreimbursed medical and dental expenses for you, your spouse, and your dependents.
- **Dependent Care reimbursement Account (DCR)** – Use this plan for child or eldercare expenses.  Eligibility is based upon your employment and/or students status.
- **Limited Health Care Reimbursement (LMT)** – Use for vision and dental claims in conjunction with a Health Savings Account (HSA).

**PROCEDURE:**
When you participate in either or both plans, you choose a set dollar amount to have deducted from your gross income before any taxes out.  The money is deposited into a reimbursement account which has been set up in your name.  When you pay for an expense, send your receipt to ABS and they will reimburse your account

Eligibility
- 30 hours per week (regularly scheduled)
- First of the month following 90 days of employment

Annual Elections:
- Health Care $260.00 minimum/$2,600.00 maximum
- Dependent Care $260.00 minimum/$5,000.00 maximum
*Over-the-counter drugs not prescribed by a doctor can't be reimbursed through a health FSA*

Eligible Health Care Reimbursements: (abbreviated list)

| | |
|---|---|
| Acupuncture | Fees for healing services |
| Alcoholism Treatment | Fees for practical nurses |
| Artificial teeth | Hearing aids, devices & batteries |
| Chiropractic Care | Infertility treatment |
| Co-Insurance | Laboratory fees |
| Contact lenses and solution | Laser eye surgery |
| Co-pay: Office, prescription, hospital (inpatient & outpatient), etc. | Mileage to and from medical appts. |
| | Oral contraceptives |

169

Reviewed by Human Resources 12/2015

©Copyright 2017 Urban Health Plan, Inc.
Administration Policies & Procedures, Human Resources
All rights reserved

Urban Health Plan, Inc.
Human Resources
Policies and Procedures

- Deductibles – medical and dental          Orthodontia (braces, etc)
- Dental work (un-reimbursed and non- cosmetic)
- Psychiatric care                          Diabetic supplies and insulin
- Psychologist fees                         Diagnostic fees
- Routine Physicals                         Durable medical supplies
- Substance abuse treatment                 Eldercare expenses
- X-rays                                     Eyeglasses, prescription sunglasses

These Health Care Reimbursement **REQUIRE A DOCTOR'S NOTE** stating the specific medical condition that requires the recommended treatment:

- Braille books, magazines, keyboard, phones, etc
- Companion dog for sight or hearing disabled
- Mouth guard                               Orthopedic shoes
- Electrolysis                              Over the Counter medicines
- Health Club membership                    (require prescription)
- Home Improvements                         Prosthetics
Swimming pool/spa installation & maintenance
- Telephone equipment for the hearing impaired
- Hypnosis                                   Vitamin and Nutritive supplements
- Lead based paint removal                  Weight loss programs
- Massage Therapy

*This is only a partial list.  Other expenses may require documentation from your physician.*

Eligible Dependent Care Account Reimbursements:
(dependent children must be under age 13)

- Before/after school programs             Child care expenses
- Day camp                                  Preschool
- Care for the mentally and physically disabled (see IRS eligibility guidelines)

You can only sign once a year during open enrollment (unless you are a new associate, in which case you will have limited enrollment period).

In order to participate, you must complete an enrollment form annually.

Grace period

- Eligible HCR & DCR expenses can be incurred up to 2 1/2 months following the end of the plan year and applied to any remaining account balance in the prior plan year.

*\*The 2 1/2 month grace period & yearend run-off period run concurrently. (Applies to current plan year)*

170

Reviewed by Human Resources 12/2015

©Copyright 2017 Urban Health Plan, Inc.
Administration Policies & Procedures, Human Resources
All rights reserved

Urban Health Plan, Inc.
Human Resources
Policies and Procedures

Monthly Elections:
- Transportation - $255.00 maximum
- Qualified Parking - $255.00 maximum

Year End Run –off Period
- Reimbursements can be submitted up to 90 days following the end of the plan year

Claim Reimbursement:
- Processed weekly ($20.00 minimum reimbursement)

Reimbursement Type(s):
- Check/Direct Deposit/Debit Card (a fee of $10.00 is charged by the debit card company for replacement of lost or stolen cards.  This fee, subject to change is responsibility of the card holder, payable to Advanced Benefit Strategies.)

Plan Year Deductions:
- 26 payrolls

171

Reviewed by Human Resources 12/2015

©Copyright 2017 Urban Health Plan, Inc.
Administration Policies & Procedures, Human Resources
All rights reserved

Urban Health Plan, Inc.
Human Resources
Policies and Procedures

# GROUP LIFE/ACCIDENTAL DEATH & DISMEMBERMENT INSURANCE

**PURPOSE:**   To provide life insurance to all eligible associates

**PROCEDURE:**
- In order to enroll in Urban Health Plan, Inc Group Life/AD&D Plan, an online electronic enrollment must be completed.  Failure to complete may result in loss of coverage.
- Life/AD&D Insurance continues while you are an eligible associate of UHP.  Should you become ineligible, due to reduction in hours, you may continue with the Insurance if you purchased additional insurance you at the time of enrollment.
- A "Summary Plan Description" is available through Human Resources that will explain the provisions of the plan, See the schedule of benefits attached.

| COVERAGE OPTIONS | VOLUNTARY TERM LIFE |
|---|---|
| Associate Benefit | $50,000 term insurance covered by UHP; the associate may elect to buy additional insurance coverage for up to $100,000.00 |
| Spouse Benefit | 50% of associate coverage to a max of $25,000 |
| Child benefit-children age 14days to 24 years (25 if full time student) | 10% of associate coverage to a max of $4,000. Coverage limits are based on child age. |

*Spouse coverage terminates at age 70.  Premiums for Voluntary Life increase in five-year increments.

172

Reviewed by Human Resources 12/2015

©Copyright 2017 Urban Health Plan, Inc.
Administration Policies & Procedures, Human Resources
All rights reserved

Urban Health Plan, Inc.
Human Resources
Policies and Procedures

## 401K PLAN

**PURPOSE:**   To help all eligible associates meet their financial needs during their retirement years.(student interns do not qualify)

**PROCEDURE:**
- In order to be eligible to participate you must 21 years old and completed one (1) year of service and during this period you must complete 1,000 hours of service  as defined by the plan.
- You are eligible to participate in the plan on any business day, following the completion of the plan's eligibility requirements.
- After 90 days of employment you could do your own contribution through payroll deductions, you may make before-tax contributions up to the maximum allowed by the plan, not to exceed Internal Revenue Code limits.  Federal Tax Law limits the before tax contributions to $18,000.
- **Catch-up Contributions** – if you are 50 or older, you may qualify to make additional before-tax "Catch-up" Contributions.  The federal Catch-up Contribution limit is $6,000.
- You may increase or decrease your contribution to the plan on any business day. You may also stop making contributions at any time.
- You may roll over your plan account balance from prior qualified retirement plan at any time.
- Certain events must occur before you may withdraw money from the Plan.  In general, benefits may be withdrawn upon termination of employment after attaining normal retirement age or upon Plan termination

Normal retirement age under this Plan is age 65

You may withdraw all or a portion of your vested Individual Account if you:
- Terminate employment before attaining normal retirement age
- Become disabled
- Attain normal retirement age but continue to work

You may also withdraw if you:
- Qualify for in-service distributions on account of financial hardship and are 100% vested
- Incur a financial hardship

Note: Visit the Human Resources Department for a detailed explanation of your 401K benefit package.

173

Reviewed by Human Resources 12/2015

©Copyright 2017 Urban Health Plan, Inc.
Administration Policies & Procedures, Human Resources
All rights reserved

Urban Health Plan, Inc.
Human Resources
Policies and Procedures

| Issued by (Site/Dept): | | | Issue Date: | | |
|---|---|---|---|---|---|
| Human Resources | | | November 2017 | | |
| Prepared By: | *Marta Reyes* | 11/29/17 | Approved By: | *[signature]* | 12/10/17 |
| | Signature | Date | | Signature | Date |

# EMPLOYEE ASSISTANCE PROGRAM (EAP)

**PURPOSE:**   Provide support to associates, household members living in home and dependents leaving outside the home that may be affected by life's challenges.

**PROCEDURE:**
Support is available through ComPsych (24) hours by calling toll- free (800) 272-7255 TDD: (800) 697-0353 or online www.guidanceresources.com  Company ID: COM589. Website can be viewed in multiple languages.

**(EAP) TROUGH COMPSYCH OFFERS THE FOLLOWING ASSISTANCE:**
- Short Term Counseling (8) face to face sessions per issue per year. Referrals issued for long term counseling trough associate insurance carrier
- Behavioral Health Programs
- Crisis Intervention
- Financial Advise (confidential and objective)
- Legal Advise through a Licensed Attorney
- Work Life Balance for Child Care, Elder Care, Event Planning, Home Improvement, Buying or selling home, relocation, Assistance with shopping, locating items, Wedding Planner, and budgeting for wedding.

All services are confidential and maintained only by ComPsych. If requested ComPsych will and only submit to the Employer a summary of number of requested services.

174

Reviewed by Human Resources 12/2015

©Copyright 2017 Urban Health Plan, Inc.
Administration Policies & Procedures, Human Resources
All rights reserved

Urban Health Plan, Inc.
Human Resources
Policies and Procedures

## UHP ASSOCIATE REFERRAL PROGRAM

Urban Health Plan recognizes the importance of recruiting highly qualified associates to provide the highest quality of care possible. Filling vacant position is a high priority, and accordingly, a referral bonus may be granted to UHP associates who refer an applicant that is selected and retained by UHP.

### Eligibility

All associates are eligible to participate in the program regardless of status (FT or PT) unless they are excluded. The following classifications cannot be referred for employment: temporary associates, agency workers and contract associates already working at UHP. The following classifications are not eligible to refer an applicant and to receive the referral bonus: temporary agency staff, administrative associates, members of management and human resources associates.

- The referring associate must be employed by UHP at the time of the referral
- The referring associate must be employed by UHP at the time of hire of the referred candidate
- The referring associate must remain an associate of UHP to be eligible for subsequent referral bonus payments.

### Requirements

To be eligible for referral under the Associate Referral Program, referred applicants must fully meet the qualification requirements of the position description.

### Referral Procedure

- Applicant _must_ include the name of current UHP associate who referred them on the application that he or she submits to Human Resources.
- This is done in the front of the application "Referral Source".
- This _must_ be done at the time the application is submitted/completed for employment.
- There is no limit to the number of referrals you may submit or how many awards you can receive.

If duplicate referrals occur, the first referral received will be eligible for the payment.

### Selection Procedures

All applicants must go through our selection process and meet our employment standards for your referral to be effective. Applicants must successfully complete all aspects of pre-employment process. All information regarding the reason(s) for making a decision not to hire an applicant will be strictly confidential.

175

Reviewed by Human Resources 12/2015

©Copyright 2017 Urban Health Plan, Inc.
Administration Policies & Procedures, Human Resources
All rights reserved