UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
CHRISTINA TUEROS and HERMEL LOPEZ,

                          Plaintiff,

-against-

URBAN HEALTH PLAN, INC.

                         Defendants.
-------------------------------------------------------------x

21-cv-4525 (JMF)

**DECLARATION OF KEVIN ORIA**

I, KEVIN ORIA, declare, upon personal knowledge and under penalty of perjury, pursuant to 28 U.S.C. §1746, that the following is true and correct:

1. I am a payroll manager for Urban Health Plan. My duties generally include processing payroll data that my department receives from all of the various departments across all of Urban's several locations in the Bronx and Queens, NY.

2. Paylocity is a payroll system that allows employees to punch in and punch out, and which stores the data electronically. In order to run payroll, our department pulls data from Paylocity. Before the recent pandemic, punching was done using biometric clocks. During the pandemic, Urban moved to a web-based punch interface, meaning that employees may enter their punches at a computer terminal or though their mobile devices.

3. All Urban employees utilize Paylocity, whether they are exempt or non-exempt. Exempt Executives, Directors and Providers punch once per day and all other Exempt employee punch in twice a day representing time in and out. Non-exempt employees punch four times per day, representing time in, lunch out, lunch in, time out.

4. After our department pulls data from Paylocity, we review for several points. We review to check for missing punches and to verify managerial approvals for any departures or

1

variance between the punched time and scheduled hours. After all missed punches and time differences are accounted for, we lock the payroll and process it.

5. The payroll department is not responsible for authorizing or approving changes to punch data. The individual managers in the several departments do that. Our role is limited to communicating with the managers to request clarification or follow-up from the managers as need based upon our review. In other words, we in Payroll do not change or fix the punch data we receive from the departments.

6. Urban provides training regarding Paylocity to all new hires during the orientation period. In addition to my regular payroll duties, I conduct Paylocity training during employee orientations. Part of my practice for these orientation sessions is to spend time instructing the employees on (1) the requirement to document any changes to the schedule in the comments portion of Paylocity, and (2) showing them how to do so.

7. I have read the foregoing six paragraphs and I believe them to be true. I understand I am subject to perjury if anything herein is willfully false.

Dated: New York, New York
       February 4, 2022

_____
Kevin Oria