UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- x
CHRISTINA TUEROS and HERMEL LOPEZ,   :
                                     :
                          Plaintiff, :
                                     :       21-cv-4525 (JMF)
-against-                            :
                                     :       **DECLARATION OF GRACE**
URBAN HEALTH PLAN, INC.              :       **BAEZ**
                                     :
                          Defendants. :
------------------------------------------------------------- X

I, GRACE BAEZ, declare, upon personal knowledge and under penalty of perjury,

pursuant to 28 U.S.C. §1746, that the following is true and correct:

1.      I work for Urban Health Plan as a Health Educator. I work in the Pediatrics

Department at El Nuevo San Juan Health Center, 1065 Southern Boulevard, Bronx, New York. I

have worked for Urban for almost fifteen years.

2.      I punch my time using a system call Paylocity. Urban has provided me

instruction regarding how to use Paylocity. I have not experienced any trouble using the system.

3.      I know I am supposed to punch four times per shift to record when I begin and

end my shift and when I begin and end my lunch.

4.      I understand that whenever I work more than my scheduled hours, I am required

to notify my manager, so that the manager may approve the additional time. Paylocity contains a

comments feature, which is where employees are supposed to place these kinds of notifications.

5.      For example, if I needed to stay late or cut lunch short because a patient visit runs

long, I would explain that in a comment in Paylocity. On occasions where I may have forgotten

to place a comment in the system, my manager has followed up with a reminder to do so.

1

6.      I have never experienced a situation where I needed an adjustment to the schedule and my manager refused. That is, whenever I have needed to stay late or leave early or work though lunch, I have informed my manager and my manager has approved the necessary adjustment to my schedule.

7.      I review my payroll and stay on top of my hours. Every pay period, I review my approved payroll before it gets submitted for processing. My director has told me many times to do so--to verify that everything is to par. I have also been told this in orientation sessions. Paylocity allows for this and has an option for the employee to check that the approved payroll needs further review. I have had to do this on a few occasions. In each case, my supervisor made the additional adjustments that I thought were needed.

8.      I have never had a situation where I worked beyond my scheduled hours and did not get paid for it.

9.      I also have never had a situation where I performed work while I was not on the clock. No one in my department has ever asked me to work off the clock. I am unaware of any employees in my department ever having worked off the clock.

10.     I have read the foregoing nine paragraphs and I believe them to be true. I understand I am subject to perjury if anything herein is willfully false.


Dated: New York, New York
       February 4, 2022

_Grace Baez_
Grace Baez

2