```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
CHRISTINA TUEROS, et al.,                          :
                                                   :   21-CV-4525 (JMF) (RWL)
                                  Plaintiffs,      :
                                                   :
              - against -                          :   ORDER
                                                   :
URBAN HEALTH PLAN INC.,                            :
                                                   :
                                  Defendant.       :
                                                   :
-------------------------------------------------------------X
```

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

As discussed at the conference held on March 10, 2022, this resolves the issues raised in Dkt. 41-44:

1. By **March 17, 2022**, Defendants shall file a letter indicating whether they opt to rely on any or all of the eleven declarations submitted in opposition to Plaintiffs' motion for collective certification. To the extent Defendants opt to rely on those declarations, Defendants must make those declarants available for deposition and produce their related documents. If Defendants chooses the option to rely on the declarations, Defendants will be given the opportunity to file a sur-reply responding to Plaintiffs' reply brief.

2. The request for production of class contact information is denied without prejudice as that same issue is a subject of the pending motion for collective certification.

3. The request for class-wide discovery is denied without prejudice as premature given the pending motion for collective certification.

1

4. The request to enjoin Defendants from communicating with potential class members is denied at this time as no clear record of abuse has been established. Of course, if such evidence emerges, the Court will consider the request anew.

5. Defendants shall produce outstanding document production by **March 24, 2022**.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: March 10, 2022
New York, New York

Copies transmitted this date to all counsel of record.