UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
CHRISTINA TUEROS, et al.,

                Plaintiffs,

      - against -

URBAN HEALTH PLAN INC.,

                Defendant.
------------------------------------------------------------X

21-CV-4525 (JMF) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

      Whereas Plaintiff set forth a plan for distribution of class notice (Dkt. 69); and

      Whereas Defendant requested and received additional time to consider and comment on the proposed plan for distributing notice (Dkt. 70-71); and

      Whereas that additional time expired without comment from Defendant;

      It is hereby ordered that the plan of distribution of notice set forth in Dkt. 69 is approved, and the parties shall proceed in accordance therewith.

                              SO ORDERED.

                              _____
                              ROBERT W. LEHRBURGER
                              UNITED STATES MAGISTRATE JUDGE

Dated: August 18, 2022
         New York, New York

Copies transmitted this date to all counsel of record.