USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/14/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
CHRISTINA TUEROS, et al.,

                    Plaintiffs,

      - against -

URBAN HEALTH PLAN INC.,

                    Defendant.
------------------------------------------------------------X

21-CV-4525 (JMF) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

As discussed at the discovery conference held in court on September 14, 2022 and resolving the issues raised at Dkts. 73, 75, and 77:

1. Defendant will provide plaintiff the certified collective contact list by **September 21, 2022**.

2. Defendant will provide the outstanding interrogatory verification by **September 21, 2022**.

3. With respect to Plaintiff's requests for admission, Defendant need not respond to the individual requests for confirmation of data contained in work records; instead, Defendant shall provide a sworn affidavit that the data contained in the records that are the subject of the requests is true and accurate.

4. The parties shall meet and confer, and by **September 28, 2022** file a joint status letter, about the employees that will be included in the sample for whom work records will be provided; the number of employees that comprise those within the collective and that comprise the putative Rule 23 class; the proposed sample size; and the extent to which – if any – employee contact information will be redacted from any

1

portion of the documents to be produced for the employees in the sample.  Additionally, the parties shall meet and confer, and address in the joint status letter to be filed on September 28, 2022, narrowing the scope of 30(b)(6) topics to facilitate an earlier deposition of a 30(b)(6) witness.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: September 14, 2022
          New York, New York

Copies transmitted this date to all counsel of record.