# LEE LITIGATION GROUP, PLLC

148 WEST 24TH STREET, EIGHTH FLOOR
NEW YORK, NY 10011
TEL: 212-465-1180
FAX: 212-465-1181
INFO@LEELITIGATION.COM

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/6/2022
```

WRITER'S DIRECT:   (212) 465-1188
cklee@leelitigation.com

October 5, 2022

**Via ECF**

The Honorable Robert W. Lehrburger, U.S.M.J.
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

Re: *Tueros et al. v. Urban Health Plan, Inc. et al.*
Case No.: 21-cv-4525 (JMF)

Dear Judge Lehrburger:

We are counsel to Plaintiffs in the above-referenced matter. We write jointly with Defendants pursuant to the Court's September 14, 2022 Order [Dkt. 80], to request a stay in this action as parties' have agreed to engage in a class mediation.

After several discussions, the parties have agreed to engage in private mediation with third-party mediator, Ms. Dina Jansenson. Parties are currently scheduling this mediation, and anticipate, based in part on Ms. Dina Jansenson's availability, the mediation will occur in late December or early January.

Additionally, the parties request that they report to the Court concerning the outcome of the mediation in a joint letter by January 20, 2023. If the parties are unable to reach a resolution at mediation, the parties propose that they, with their joint letter, submit a new Scheduling Order, with a new schedule for distribution of notice to the collective.

We thank the Court for its consideration of the above.

Respectfully submitted,

*/s/ C.K. Lee*
C.K. Lee, Esq.

cc: all parties via ECF

The request is granted. The case is stayed until January 23, 2023, by which time the parties shall jointly report as to status, and, if the case is not settled by then, include a proposed schedule for bringing the case to completion. If the parties agree to a settlement, they shall notify the Court within seven days of having done so.

SO ORDERED:

10/6/2022

HON. ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE