```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
CHRINSTINA TUEROS, et al.,               :
                                         :      21-CV-4525 (JMF) (RWL)
                        Plaintiffs,      :
                                         :
        - against -                      :      ORDER
                                         :
URBAN HEALTH PLAN INC.,                  :
                                         :
                        Defendant.       :
------------------------------------------------------------X
```

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

This order resolves Plaintiffs' request that the current stay pending mediation be lifted at this time. (Dkt. 87.) Plaintiff's request is denied. Given that the parties have agreed in principle to a monetary figure but have other issues that are impeding agreement, the parties shall reengage with the mediator for assistance in resolving those other issues. By **March 9, 2023**, the parties shall jointly submit a list of open issues to the mediator along with a request for a further mediation session to take place at the mediator's earliest convenience. The parties shall file a status report by the earlier of **April 7, 2023**, or within five days of completing the mediation. The stay will remain in place for the time being.

The Clerk of Court is respectfully requested to terminate the letter motion at Dkt. 87.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

1

Dated: March 1, 2023
        New York, New York

Copies transmitted this date to all counsel of record.