USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/10/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------X

CHRISTINA TUEROS, et al.,

                Plaintiffs,

     - against -

URBAN HEALTH PLAN INC.,

                Defendant.

-------------------------------------------------------------X

21-CV-4525 (JMF) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

Based on Plaintiffs' request that the stay currently in place be lifted, and in light of the status of settlement discussions, the stay shall be deemed lifted as of **April 17, 2023** without further action being necessary. The parties shall meet and confer and submit a new case management plan by **April 24, 2023**.

The Clerk of Court is respectfully requested to terminate the letter motion at Dkt. 99.

                              SO ORDERED.

                              _____
                              ROBERT W. LEHRBURGER
                              UNITED STATES MAGISTRATE JUDGE

Dated: April 10, 2023
       New York, New York

Copies transmitted this date to all counsel of record.