UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHRISTINA TUEROS and HERMEL LOPEZ, *on behalf of themselves the FLSA Collective and the Class,* | |
| Plaintiffs, | Case No.: 21-cv-04525 |
| v. | [PROPOSED] **RULE 68 JUDGMENT** |
| URAN HEALTH PLAN, INC., | |
| Defendant. | |

**WHEREAS**, pursuant to Rule 68 of the Federal Rules of Civil Procedure, Defendant URAN HEALTH PLAN, INC.("Defendant"), has offered to allow Plaintiffs CHRISTINA TUEROS and HERMEL LOPEZ ("Plaintiffs") to take a judgment against it, in the sum of Twenty-Five Thousand Dollars and No Cents ($25,000.00), inclusive of legal fees, with respect to all of their individual wage claims against Defendant, in accordance with the terms and conditions of Defendant's Rule 68 Offer dated April 27, 2023 and filed as Exhibit A to Docket Number 104;

**WHEREAS**, on May 11, 2023, Plaintiffs' attorney having confirmed Plaintiffs' acceptance of Defendant's Offer of Judgment (Dkt. No. 104);

It is **ORDERED, ADJUDGED, AND DECREED**, that judgment is entered in favor of Plaintiffs CHRISTINA TUEROS and HERMEL LOPEZ, in the sum of $25,000.00, in accordance with the terms and conditions of Defendant's Rule 68 Offer dated April 27, 2023 and filed as Exhibit A to Docket Number 104. The Clerk of Court is respectfully directed to close this case.

**SO ORDERED:**
Dated: __May 11_____, 2023
New York, New York

_____
U.S.D.J. JESSE M. FURMAN

Any pending motions are moot.  All conferences are vacated.  The Clerk of Court is directed to close the case.